IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | Case No. 03-12872 (JLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF APPEAL

Law Debenture Trust Company of New York, as Indenture Trustee, by and through its undersigned counsel, hereby appeals pursuant to 28 U.S.C. § 158(a), to the United States District Court for the District of Delaware from the Order Granting in Part Denying in Part the Request for Payment of Administrative Expenses Pursuant to 11 U.S.C. Section 503 by Law Debenture Trust Company of New York as successor Trustee for the 8.45% Cumulative Quarterly Preferred Securities, Series A (the "QUIPS") (the "Order"), which was entered by United States Bankruptcy Judge John L. Peterson on July 5, 2005 [Docket No. 3170].

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| **The Debtor:**<br>William M. Austin, Esq.<br>NorthWestern Corporation<br>125 South Dakota Avenue, Suite 11<br>Sioux Falls, SD 57104<br>Tel. (605) 978-2908 | |
| **Counsel to Debtors:**<br>Jesse H. Austin, Esq.<br>Paul, Hastings, Janofsky & Walker LLP600 Peachtree Road, N.E.<br>Atlanta, GA 30308<br>Tel. (404) 815-2400 | William E. Chipman, Jr., Esq.<br>Greenberg Traurig, LLP<br>The Brandywine Building<br>1000 West Street, Suite 1540<br>Wilmington, DE 19801<br>Tel. (302) 661-7000 |

Dated: July 15, 2005

SMITH, KATZENSTEIN & FURLOW LLP

/s/ Kathleen M. Miller
Kathleen M. Miller (ID No. 2898)
The Corporate Plaza
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400

*Of Counsel*
NIXON PEABODY LLP
John V. Snellings (BBO No. 548791)
Francis C. Morrissey (BBO No. 567589)
Lee Harrington (BBO No. 548791)
100 Summer Street
Boston, MA 02110
Telephone:    (617) 345-1201
Facsimile:    (866) 947-1732

Counsel for Law Debenture Trust Company of New York