## TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

Case Number: **03-12872**
Deputy Clerk Transferring Case: Lisa M. Ciconte (302) 252-2900 ext. 5115
Case Type: Appeal **- AP-05-55**

### Order, Date Entered

Order Granting in Part and Denying in Part the Request for Payment of Administrative Expenses by Law Debenture Trust Company of New York as Successor Trustee for the 8.45% Cumulative Quarterly Preferred Securities, Series A (The "Quips"). (related document(s)2608 ) Order Signed on 7/5/2005.

| | |
|---|---|
| **Debtor:** | NorthWestern Corporation |
| **Counsel:** | **William E. Chipman, Esq.** |
| | Greenberg Traurig, LLP |
| | The Brandywine Building |
| | 1000 West Street, Suite 1450 |
| | Wilmington, DE 19801 |
| **Telephone:** | **(302) 661-7000** |
| | |
| **Appellant(s):** | Law Debenture Trust Company of New York |
| **Counsel:** | **Kathleen M. Miller** |
| | Smith, Katzenstein & Furlow LLP |
| | The Corporate Plaza |
| | 800 Delaware Avenue |
| | Wilmington, DE 19899 |
| **Telephone:** | **(302) 652-8400** |
| | |
| **Appellees:** | NorthWestern Corporation |
| **Counsel:** | **William E. Chipman, Esq.** |
| | Greenberg Traurig, LLP |
| | The Brandywine Building |
| | 1000 West Street, Suite 1450 |
| | Wilmington, DE 19801 |
| **Telephone:** | **(302) 661-7000** |