IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NORTHWESTERN CORPORATION, <br><br> Debtor. <br><br> LAW DEBENTURE TRUST COMPANY OF NEW YORK, <br>         Appellant <br><br> v. <br><br> NORTHWESTERN CORPORATION, <br>         Appellee. | Chapter 11 <br> Case No. 03-12872 (JLP) |

**LAW DEBENTURE TRUST COMPANY OF NEW YORK'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF THE ISSUES TO BE PRESENTED ON APPEAL**

Law Debenture Trust Company of New York, as Indenture Trustee and Guarantee Trustee ("Law Debenture"), by and through its undersigned counsel, in connection with their appeal from the Order Granting in Part and Denying in part the Request for Payment of Administrative Expenses pursuant to 11 U.S.C. § 503 by Law Debenture Trust Company of New York as successor trustee for the 8.45% Cumulative Preferred, Series A (the "Order"), which was entered by United States Bankruptcy Judge John L. Peterson on July 5, 2005 (Docket No. 3170), hereby files this Designation of Items to be Included in the Record on Appeal and

{10005105.DOC}BOS1512882.1

Statement of the Issues to be Presented to the United States District Court for the District of Delaware.

### Designation of Items to be Included in the Record on Appeal

| Appellant's Exhibits | Docket Number | Description |
|---|---|---|
| 1 | 930 | Debtor's Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 2 | 931 | Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Plan of Reorganization of the Debtor (including all exhibits thereto) |
| 3 | 933 | Motion to Approve (a) Debtor's Proposed Disclosure Statement; (b) Establishing Procedures for Solicitation and Tabulation of Votes on Debtor's Plan of Reorganization; (c) Approving the Form and Manner of Notice; (d) Scheduling a Hearing on Confirmation; and (e) Granting Related Relief |
| 4 | 1123 | Complaint by Magten Asset Management Corporation, Law Debenture Trust Company of New York against Northwestern Corporation |
| 5 | 1186 | Objection of Law Debenture Trust Company to Debtor's Motion to Approve Disclosure Statement |
| 6 | 1187 | Limited Objection of Wells Fargo Bank Minnesota, National Association, in its Capacity as Indenture Trustee, to Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Plan of Reorganization of the Debtor. |
| 7 | 1193 | Objection of Indenture Trustee to Debtor's Motion for Order Approving Disclosure Statement |
| 8 | 1201 | Joinder by Harbert Management Corporation in Objection of Indenture Trustee to Debtor's Motion for Order Approving Disclosure Statement |
| 9 | 1202 | Objection of RCG Carpathia Master Fund, Ltd. To Disclosure Statement |
| 10 | 1203 | Objection of Magten Asset Management Corporation to the Debtor's Motion for an Order (a) Approving Debtor's Proposed Disclosure Statement; (b) Establishing Procedures for Solicitation and Tabulation of Votes on Debtor's Plan of Reorganization; (c) Approving the Form and Manner of Notice; (d) Scheduling a Hearing on Confirmation; and (e) Granting Related Relief |
| 11 | 1297 | Amended Disclosure Statement Filed by NorthWestern Corporation (including all Exhibits thereto) |
| 12 | 1302 | Omnibus Response to Objections to Debtor's Disclosure Statement in Respect of Debtor's Plan of Reorganization (including all exhibits thereto) |
| 13 | 1305 | First Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Plan of Reorganization of the Debtor – Blacklined |
| 14 | 1306 | Amended Plan Filed by NorthWestern Corporation |
| 15 | 1307 | Chapter 11 Plan Of Reorganization Re Debtor's First Amended Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code (Blacklined) |
| 16 | 1317 | Transcript of Hearing on April 8, 2004 |
| 17 | 1351 | First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (including all exhibits thereto) |
| 18 | 1352 | First Amended Disclosure Statement Pursuant to Section 1125 of the |

| | | |
|---|---|---|
| | | Bankruptcy Code For the Plan of Reorganization of the Debtor (including all exhibits thereto) |
| 19 | 1373 | Order (I) Approving First Amended Disclosure Statement, (ii) Authorizing the Solicitation of Votes, (III) Scheduling a Hearing on Confirmation of the Joint Plan of Reorganization, (IV) Establishing Notice Requirements Regarding the Confirmation Hearing and Approving the Form and Manner of Notice, and (V) Granting Related Relief Respecting the Debtor's First Amended Plan of Reorganization (including all exhibits thereto) |
| 20 | 1374 | Transcript of Hearing on May 17, 2004 |
| 21 | 1502 | Motion of Magten Asset Management Corporation to Disqualify Paul, Hastings, Janofsky & Walker LLP (including all exhibits thereto) |
| 22 | 1789 | Objection of Indenture Trustee to Confirmation of Debtor's First Amended Plan of Reorganization |
| 23 | 1790 | Objection by Harbert Management Corporation to Confirmation of the Debtor's First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 24 | 1797 | Objection to Plan of RCG Carpathia Master Fund, Ltd. And Kellogg Capital Group, LLC f/k/a Performance Capital to Debtor's First Amended Plan of Reorganization (REDACTED) |
| 25 | 1798 | Motion of RCG Carpathia Master Fund, Ltd. And Kellogg Capital Group, LLC (f/k/a Performance Capital for Authority to File Portions of Objection to the Debtor's First Amended Plan of Reorganization Under Seal (including all exhibits thereto) |
| 26 | 1800 | Objection of David Fishel to Debtor's First Amended Plan of Reorganization and Joinder of David Fishel to Objection of RCG Carpathia Master Fund, Ltd. And Kellogg Capital Group, LLC f/k/a Performance Capital to Debtor's First Amended Plan of Reorganization |
| 27 | 1801 | Objection of Magten Asset Management Corporation to Confirmation |
| 28 | 1803 | Law Debenture Trust Company of New York's Objection to Confirmation |
| 29 | 1870 | Objection of Magten Asset Management Corporation to Confirmation of the Debtor's First Amended Plan of Reorganization (including all exhibits thereto) |
| 30 | 1871 | Memorandum of Law in Support of Law Debenture Trust Company of New York's Objection to Confirmation of Debtor's First Amended Plan of York's Objection to Confirmation of Debtor's First Amended Plan of Reorganization (including all exhibits thereto) |
| 31 | 1920 | Notice of Intent of Northwestern Corporation to Utilize 11 U.S.C. § 1129(b) In Connection With the Confirmation of the Debtor's First Amended Plan of Reorganization, As Amended (including all exhibits thereto) |
| 32 | 1921 | Debtor's Motion for an Order (A) Approving Debtor's Second Amended and Restated Disclosure Statement and Summary Disclosure Statement; (B) Establishing Procedures for Limited Resolicitation and Tabulation of Votes on Debtor's Second Amended Plan of Reorganization; (C) Approving the Form and Manner of Notice; and (D) Granting Related Relief (including all exhibits thereto) |
| 33 | 1921 | Summary Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code (including all exhibits thereto) |
| 34 | 1924 | Debtor's Second Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (including all exhibits thereto) |
| 35 | 1923 | Black line of Debtor's Second Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (including all exhibits thereto) |

| 36 | 1926 | Debtor's Second Amended Disclosure Statement Pursuant to Section 1125 of the bankruptcy Code For the Plan of Reorganization of the Debtor (including all exhibits thereto) |
|---|---|---|
| 37 | 1927 | Blackline of Debtor's Second Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code For the Plan of Reorganization of the Debtor (including all exhibits thereto) |
| 38 | 1928 | Memorandum of Law In Support of Confirmation of Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (including all exhibits thereto) |
| 39 | 1932 | Offer of Proof and Outline of Evidence in Support of the Adequacy of Debtor's Procedures and Notice in Conjunction with its Second Amended and Restated Plan Of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 40 | 1975 | Magten Asset Management Corporation's Notice of Appeal of Motion to Disqualify Paul, Hastings, Janofsky & Walker LLP |
| 41 | 1988 | Response of Magten Asset Management Corporation to the Debtor's Motion for an Order (A) Approving Debtor's Second Amended Disclosure Statement and Summary Disclosure Statement; (B) Establishing Procedures for Limited Resolicitation and Tabulation of Votes on Debtor's Second Amended Plan of Reorganization; (C) Approving the Form and Manner of Notice; and (D) Granting Related Relief |
| 42 | 1989 | Law Debenture Trust Company of New York's Objection to (A) the Debtor's Second Amended and Restated Disclosure Statement and Summary Disclosure Statement; and (B) Proposed Resolicitation Procedures |
| 43 | 2020 | Debtor's Second Amended and Restated Plan of Reorganization under Chapter 11 of the Bankruptcy Code (including all exhibits thereto) |
| 44 | 2021 | Second Amended and Restated Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Plan of Reorganization of the Debtor (including all exhibits thereto) |
| 45 | 2022 | Exhibits to Second Amended and Restated Disclosure Statement (including all exhibits thereto) |
| 46 | 2023 | Summary Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code |
| 47 | 2033 | Order (A) Approving the Debtor's Second Amended and Restated Disclosure Statement and Summary Disclosure Statement, (B) Setting a Record Date for Voting Purposes, (C) Authorizing Resolicitation of Votes, (D) Scheduling a Continued Hearing on Confirmation of Second Amended and Restated Plan of Reorganization, (E) Establishing Notice Requirements Regarding the Continued Confirmation Hearing and Approving the Form and Manner of Notice, and (F) Granting Related Relief |
| 48 | 2104 | Law Debenture Trust Company of New York's Supplemental Objection to Confirmation of Debtor's Second Amended Plan of Reorganization (including all exhibits thereto) |
| 49 | 2105 | Magten Asset Management's Supplemental Objection to Confirmation of the Debtor's Second Amended and Restated Plan of Reorganization (including all exhibits thereto) |
| 50 | 2121 | Notice of Filing of Plan Supplement in Connection with Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (including all exhibits thereto) |
| 51 | 2145 | Memorandum of Law in Further Support of Confirmation of Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the |

| | | Bankruptcy Code and in Response to Supplemental Objections to Confirmation |
|---|---|---|
| 52 | 2166 | Supplemental Offer of Proof and Outline of Evidence in Support of the Adequacy of Debtor's Procedures and Notice in Conjunction with its Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code and Request to take Judicial Notice of Certain Pleadings Filed with the Court |
| 53 | 2234 | Transcript of Hearing held on October 6, 2004 before the Honorable Charles G. Case, II. Hearing held in Phoenix, Arizona |
| 54 | 2238 | Order Confirming Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 55 | 2301 | Notice of Withdrawal of Objection of Law Debenture Trust Company of New York, as Indenture Trustee, to the Claim of HSBC Bank USA, as Indenture Trustee |
| 56 | 2317 | Order and Stipulation Establishing a Disputed Claims Reserve Signed on 11/03/2004 |
| 57 | 2330 | Transcript of Hearing held on October 25, 2004 before the Honorable Charles G. Case, II |
| 58 | 2427 | Application for Compensation for Payment of Fees and Expenses Pursuant to Plan of Reorganization Filed by Law Debenture Trust Company of New York, as Indenture Trustee |
| 59 | 2432 | Application for Compensation re Fifth Quarterly and Final Fee Application of Paul, Hastings, Janofsky & Walker LLP Filed by NorthWestern Corporation |
| 60 | 2469 | Notice of Deposition of Karol K. Denniston Filed by Magten Asset Management Corp. |
| 61 | 2470 | Notice of Deposition of Jesse H. Austin Filed by Magten Asset Management Corp. |
| 62 | 2502 | Order (A) Fixing Administrative Bar Date For Filing Proofs of Claim Against The Debtor, and (B) Approving Notice And Procedures Related Thereto |
| 63 | 2522 | Objection of the Debtor to the Request of Law Debenture Trust Company Of New York for Payment of Fees and Reimbursement of Expenses Pursuant to the Debtor's Plan Of Reorganization and Applicable Trust Indenture |
| 64 | 2523 | Affidavit of Karol Denniston in Connection with NorthWestern Corporation's Objection to the Request of Law Debenture Trust Company of New York for Payment of Fees and Reimbursement of Expenses Pursuant to the Debtor's Plan of Reorganization and Applicable Trust Indenture |
| 65 | 2527 | Magten Asset Management Corporation's Objection to Final Fee Application of Paul Hastings Janofsky & Walker LLP (including all exhibits thereto) |
| 66 | 2574 | Notice of Service of Law Debenture Trust Company of New York's First Set of Request for Production to Northwestern Corporation Filed by Law Debenture Trust Company of New York, as Indenture Trustee |
| 67 | 2608 | Request for Administrative Expenses Pursuant to 11 U.S.C. Section 503 by Law Debenture Trust Company of New York as Successor Trustee for the 8.45% Cumulative Quarterly Income Preferred Securities Series (the "Quips") |
| 68 | 2624 | Northwestern Corporation's Responses and Objections to Law Debenture Trust Company of New York's First Set of Request for Production to Northwestern Corporation |
| 69 | 2631 | Letter re Northwestern Corporation v. Magten Asset Management Corporation Filed by NorthWestern Corporation |
| 70 | 2832 | Joint Motion to Approve Settlement Between NorthWestern Corporation, |

| | | |
|---|---|---|
| | | Magten Asset Management Corporation and Law Debenture Trust Company of New York Filed by Magten Asset Management Corp (including all exhibits thereto) |
| 71 | 2833 | Declaration of Gary L. Kaplan (related document 2832) filed by Magten Asset Management Corp (including all exhibits thereto) |
| 72 | 2866 | Plan Committee's Objection to Joint Motion of Magten Asset Management Corporation and Law Debenture Trust Company of New York as Indenture Trustee for Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (including all exhibits thereto) |
| 73 | 2867 | Objection of Ad Hoc Committee of Class 7 Debtholders to Joint Motion of Magten Asset Management Corporation and Law Debenture Trust Company of New York as Indenture Trustee for Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving a Settlement Between Northwestern Corporation, Magten Asset Management Corporation ad Law Debenture Trust Company of New York |
| 74 | 2868 | Northwestern Corporation's Objection to the Joint Motion of Magten Asset Management Corporation and Law Debenture Trust Company of New York as Indenture Trustee for Order Approving Settlement |
| 75 | 2873 | Notice of Amendment to Plan Committee By-Laws in Connection with the Debtor's Second Amended and Restated Plan of Reorganization under Chapter 11 of the Bankruptcy Code |
| 76 | 2871 | Affidavit of Karol Denniston – Related to Debtors Objection to Joint Motion of Magten Asset Management Corporation and Law Debenture Trust Company of New York as Indenture Trustee for Order Approving Settlement (related document 2868) (including all exhibits thereto) |
| 77 | 2880 | Joint Reply to the Objections of Northwestern Corporation, the Plan Committee and the Ad Hoc Committee to the Joint Motion for an Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving a Settlement Between Northwestern Corporation, Magten Asset Management Corporation and Law Debenture Trust Company of New York filed by Law Debenture Trust Company of New York, as Indenture Trustee, and Magten Asset Management Corp. |
| 78 | 2881 | Declaration of Gary L. Kaplan (related document 2880) filed by Law Debenture Trust Company of New York, as Indenture Trustee and Magten Asset Management Corp. (including all exhibits thereto) |
| 79 | 2910 | Memorandum Opinion Denying Joint Motion of Magten Asset Management Corporation and Law Debenture Trust Company of New York |
| 80 | 2911 | Order Denying Joint Motion of Magten Asset Management Corporation and Law Debenture Trust Company of New York |
| 81 | 2919 | Notice of Appeal filed by Law Debenture Trust Company of New York, as Indenture Trustee and Magten Asset Management Corp. |
| 82 | 2936 | Transcript of Hearing held on March 8, 2005 before the Honorable John L. Peterson |
| 83 | -- | Proof of Claim filed by Law Debenture Trust Company of New York |
| 84 | -- | Debtor's Exhibits re: Confirmation Hearing (08/25/04) – All documents contained on Disc 1 |
| 85 | -- | Debtor's Exhibits re: Confirmation Hearing (08/25/04) – All documents contained on Disc 2 |
| 86 | -- | Debtor's Exhibits re: Confirmation Hearing (08/25/04) – All documents contained on Disc 3 |

| 87 | Case No. 04-53324, docket no. 1 | Complaint by Magten Asset Management Corporation, Law Debenture Trust Company of New York against Northwestern Corporation |
|---|---|---|
| 88 | Case No. 04-53324, docket no. 25 | Under Advisement Decision Re: Motion to Dismiss; Signed by The Honorable Charles G. Case, II on August 20, 2004 |
| 89 | Case No. 04-53324, docket no. 27 | First Amended Complaint to Avoid the Transfer of Assets of Clark Fork and Blackfoot LLC (f/k/a Northwestern Energy LLC) to Northwestern Corporation |
| 90 | 3003 | Law Debenture Trust Company of New York's Motion for Leave to File a Reply to the Debtor's Objection to Law Debenture Trust Company of New York's Request for Payment of Fees and Reimbursement of Expenses and Law Debenture Trust Company of New York's Request for Administrative Expenses |
| 91 | 3003 | Reply of Law Debenture of New York, Indenture Trustee, to the Debtor's Objection to its Request to Payment of Fees and Reimbursement of Expenses pursuant to the Debtor's Plan of Reorganization and Applicable Trust Indenture and Debtor's Objection to its Request for Payment of Administrative Expenses Pursuant to 11 U.S.C. § 503 |
| 92 | 3003 | Affidavit of Francis C. Morrissey |
| 93 | 3003 | Affidavit of Amanda D. Darwin |
| 94 | -- | Transcript of Hearing held on May 3, 2005 before the Honorable John L. Peterson *** transcript is being ordered |
| 95 | 3170 | Order Granting in Part and Denying in part the Request for Payment of Administrative Expenses pursuant to 11 U.S.C. § 503 by Law Debenture Trust Company of New York as successor trustee for the 8.45% Cumulative Preferred, Series A |
| | | |

STATEMENT OF ISSUES TO BE PRESENTED

1.   Whether the Bankruptcy Court erred in denying Law Debenture's Request for Payment of Administrative Expenses Pursuant to 11 U.S.C. § 503.

2.   Whether the Bankruptcy Court's order denying Law Debenture's administrative expense claim is contrary to the Debtor's Second Amended and Restated Plan of Reorganization under Chapter 11 of the Bankruptcy Code (the "Plan") and its previous Order Confirming the

Debtor's Second Amended and Restated Plan of Reorganization under Chapter 11 of the Bankruptcy Code (the "Confirmation Order").

3. Whether the Bankruptcy Court erred in ruling that the Debtor was not estopped and/or precluded from objecting to Law Debenture's administrative expense claims.

4. Whether the Bankruptcy Court erred in applying a "substantial contribution" standard to Law Debenture's Request.

5. Whether the Bankruptcy Court erred in ruling that "Law Debenture did not make a substantial contribution to this bankruptcy case, other than its participation on the Creditors' Committee and annual administration fee."

6. Whether the Bankruptcy Court erred in holding that the Indenture dated as of November 1, 1996, as amended, pursuant to which the Montana Power Company issued certain 8.5% Junior Subordinated Debentures was not an executory contract within the meaning of § 365 of the Bankruptcy Code that had been assumed pursuant to the Plan and the Confirmation Order.

July 25, 2005

                                            SMITH, KATZENSTEIN & FURLOW, LLP

                                            Kathleen M. Miller (DE No. 2898)
                                            800 Delaware Avenue, 7th Floor
                                            P.O. Box 410
                                            Wilmington, DE 19899
                                            Telephone:   (302) 652-8400
                                            Facsimile:    (302) 652-8405

                                                         - and -

NIXON PEABODY LLP
Amanda D. Darwin (BBO No. 547654)
John V. Snellings (BBO No. 548791)
Francis C. Morrissey (BBO No. 567589)
Lee Harrington (BBO No. 548791)
100 Summer Street
Boston, MA 02110
Telephone:    (617) 345-1000
Facsimile:    (617) 345-1300

Counsel for Law Debenture Trust Company of New York