IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>NORTHWESTERN CORPORATION,<br><br>    Reorganized Debtor. | : Chapter 11<br>:<br>: Case No. 03-12872 (JLP)<br>:<br>: |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>    Appellant,<br><br>    v.<br><br>NORTHWESTERN CORPORATION,<br><br>    Appellee. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-603-JJF<br>:<br>:<br>:<br>: |

**O R D E R**

WHEREAS, according to the April 4, 2006 Status Letter (D.I. 14) submitted by the Debtor, the parties intend to submit an agreed upon briefing schedule of the above-captioned appeal, to the extent that the appeal is not rendered moot by the Court's decisions in Civil Action No. 04-1389 ("Consolidated Appeals of Confirmation Order and MOU") and Civil Action No. 05-209 (the "9010 Appeal");

WHEREAS, on September 29, 2006, the Court adjudicated the Consolidated Appeals of Confirmation Order and MOU and the 9019 Appeal;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The parties to the above-captioned appeal shall provide the Court with the status of this action no later than **Friday, October 20, 2006.**

    2.   If this appeal is not withdrawn or dismissed as moot and briefing is required, the parties' status letter shall include a stipulated proposed briefing schedule.

_October 5, 2006_
Date

_[signature]_
UNITED STATES DISTRICT JUDGE