IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTHWESTERN CORPORATION, | Case No. 03-12872 (JLP) |
| Reorganized Debtor. | |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK, | |
| Appellant, | |
| v. | Civil Action No. 05-603 (JJF) |
| NORTHWESTERN CORPORATION, | |
| Appellee. | |

**ORDER ON BRIEFING SCHEDULE**

1. Appellant's opening brief shall be filed on or before November 21, 2006.

2. Appellee's answering brief shall be filed on or before December 21, 2006.

3. Appellant's reply brief shall be filed on or before January 16, 2007.

Oct. 20, 2006

_____
UNITED STATES DISTRICT JUDGE