IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | Case No. 03-12872 (KJC) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ) ) | Civil Action No. 05-603 (JJF) |
| Appellant | ) ) | |
| v. | ) | Re: Docket No. 17 |
| | ) | |
| NORTHWESTERN CORPORATION | ) ) | |
| Appellee | ) ) ) | |

**STIPULATION EXTENDING TIME TO FILE APPELLEE'S
BRIEF AND APPELLANT'S REPLY BRIEF**

WHEREAS, on October 20, 2006, the Court entered its *Order on Briefing Schedule* (D.I. No. 17);

WHEREAS, on November 21, 2006, appellant, Law Debenture Trust Company of New York (the "Appellant") filed the *Opening Brief of Appellant Law Debenture Trust Company of New York, as Indenture Trustee* (D.I. 18);

WHEREAS, the parties have agreed that the time for filing of the appellee, Northwestern Corporation's (the "Appellee"), answering brief shall be extended, to and including, January 19, 2007; and

WHEREAS, the parties have further agreed that the time for filing of the Appellant's reply brief shall be extended, to and including, February 16, 2007.

NOW, THEREFORE, based upon the foregoing, it is hereby stipulated by undersigned counsel that:

1. Appellee's answering brief shall be filed on or before January 19, 2007;

2. Appellant's reply brief shall be filed on or before February 16, 2007.

**STIPULATED AND AGREED:**

SMITH, KATZENSTEIN & FURLOW, LLP

*/s/ Kathleen M. Miller*
Kathleen M. Miller (No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Facsimile: (302) 652-8405

and

NIXON PEABODY LLP
Amanda D. Darwin (BBO No. 547654)
John v. Snellings (BBO No. 548791)
Lee Harrington (DE No. 4046)
Christopher M. Desidero
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300

Counsel to Appellant

GREENBERG TRAURIG, LLP

*/s/ Victoria W. Counihan*
Victoria W. Counihan (No. 3488)
1007 North Orange Street,
Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360

Counsel to Appellee

**SO ORDERED** this
\_\_\_\_ day of December, 2006.

_____
Honorable Joseph J. Farnan, Jr.
United States District Court Judge