# Greenberg Traurig

December 19, 2006

**_VIA HAND DELIVERY_**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

        Re:    **_In re NorthWestern Corporation_**
                **Law Debenture Trust Company of New York v. NorthWestern Corp.**
                **Civil Action No. 05-0603-JJF**

Dear Judge Farnan:

        Enclosed please find a Stipulation Extending Time to File Appellee's Brief and Appellant's Reply Brief that has been signed by both parties to the above-referenced appeal, evidencing their agreement to an extension of certain of the briefing deadlines in this case. The parties request that the court approve the Stipulation and the new briefing deadlines at its earliest convenience, as the current deadline for the reply brief is Thursday, December 21, 2006.

        If Your Honor has any questions with regard to the foregoing, please feel free to contact me.

Respectfully submitted,

*[signature]*

Victoria W. Counihan

Enclosure
cc:    Kathleen Miller, Esq.
        John Snellings, Esq.

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH
*Strategic Alliance
Tokyo-Office/Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | The Nemours Building | 1007 North Orange Street | Suite 1200 | Wilmington, DE 19801
Tel 302.661.7000 | Fax 302.661.7360

www.gtlaw.com