IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: ) | Chapter 11 | |
| ) | | |
| NORTHWESTERN CORPORATION, ) | Case No. 03-12872 (KJC) | |
| ) | | |
| Debtors. ) | | |
| ) | | |
| ) | | |
| LAW DEBENTURE TRUST COMPANY ) | Civil Action No. 05-603 (JJF) | |
| OF NEW YORK ) | | |
| Appellant ) | | |
| ) | | |
| v. ) | Re: Docket No. 17 | |
| ) | | |
| NORTHWESTERN CORPORATION ) | | |
| ) | | |
| Appellee ) | | |
| ) | | |

**SECOND STIPULATION EXTENDING TIME TO FILE
APPELLEE'S BRIEF AND APPELLANT'S REPLY BRIEF**

WHEREAS, on October 20, 2006, the Court entered its *Order on Briefing Schedule* (D.I. No. 17);

WHEREAS, on November 21, 2006, appellant, Law Debenture Trust Company of New York (the "Appellant") filed the *Opening Brief of Appellant Law Debenture Trust Company of New York, as Indenture Trustee* (D.I. 18);

WHEREAS, on December 21, 2006, the Court approved the parties' *Stipulation Extending Time to File Appellee's Brief and Appellant's Reply Brief*;

WHEREAS, the parties have agreed that the time for filing of the appellee, Northwestern Corporation's (the "Appellee"), answering brief shall be extended, to and including, February 2, 2007; and

WHEREAS, the parties have further agreed that the time for filing of the Appellant's reply brief shall be extended, to and including, March 2, 2007.

NOW, THEREFORE, based upon the foregoing, it is hereby stipulated by undersigned counsel that:

1. Appellee's answering brief shall be filed on or before February 2, 2007;

2. Appellant's reply brief shall be filed on or before March 2, 2007.

**STIPULATED AND AGREED:**

| **SMITH, KATZENSTEIN & FURLOW, LLP** | **GREENBERG TRAURIG, LLP** |
|---|---|
| /s/ Kathleen M. Miller | /s/ Victoria W. Counihan |
| Kathleen M. Miller (No. 2898) | Victoria W. Counihan (No. 3488) |
| 800 Delaware Avenue, 7th Floor | 1007 North Orange Street, |
| P.O. Box 410 | Suite 1200 |
| Wilmington, DE 19899 | Wilmington, Delaware 19801 |
| Telephone: (302) 652-8400 | Telephone: (302) 661-7000 |
| Facsimile: (302) 652-8405 | Facsimile: (302) 661-7360 |
| and | Counsel to Appellee |

NIXON PEABODY LLP
Amanda D. Darwin (BBO No. 547654)
John v. Snellings (BBO No. 548791)
Lee Harrington (DE No. 4046)
Christopher M. Desidero
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300

Counsel to Appellant

**SO ORDERED** this ____ day of January, 2007.

_____
Honorable Joseph J. Farnan, Jr.
United States District Court Judge