IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | Case No. 03-12872 (KJC) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ) | C.A. No. 05-603 (JJF) |
| | ) | |
| Appellant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NORTHWESTERN CORPORATION | ) | |
| | ) | |
| Appellee | ) | |

### APPENDIX OF EXHIBITS IN SUPPORT OF APPELLEE NORTHWESTERN CORPORATION'S ANSWERING BRIEF

Dated: February 2, 2007

GREENBERG TRAURIG, LLP
Victoria W. Counihan (No. 3488)
Sandra G. M. Selzer (No. 4283)
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801
(302) 661-7000

Attorneys for Appellee, NorthWestern Corporation

## TABLE OF CONTENTS

| Exhibit Description | Ex No. |
|---|---|
| 4th Amended Notice of Appointment of Official Committee of Unsecured Creditors | 1 |
| Complaint by Magten Asset Management Corporation, Law Debenture Trust Company of New York against Northwestern Corporation | 2 |
| Objection to Debtor's Motion to Approve Disclosure Statement Filed by Law Debenture Trust Company of New York, as Indenture Trustee | 3 |
| Fifth Amended Notice of Appointment of Official Committee of Unsecured Creditors | 4 |
| First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code | 5 |
| First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code | 6 |
| First Amended Disclosure Statement Purs. To Section 1125 of the Bankr. Code for the Plan of Reorganization Under Chapter 11 of the Bankruptcy Code | 7 |
| Objection of Indenture Trustee to Confirmation of Debtor's First Amended Plan of Reorganization Filed by Wilmington Trust Co. | 8 |
| Objection by Harbert Management Corporation to Confirmation of the Debtor's First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code | 9 |
| Law Debenture Trust Company of New York's Objection to Confirmation | 10 |
| Memorandum of Law In Support of Law Debenture Trust Company of New York's Objection To Confirmation of Debtor's First Amended Plan of Reorganization | 11 |
| Emergency Motion of Law Debenture Trust Company of New York to Adjourn the Debtor's Confirmation Hearing | 12 |
| Debtor's Memorandum of Law in Support of Confirmation of Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code | 13 |
| Under Advisement Decision Re: Motion to Dismiss | 14 |
| Law Debenture Trust Company of New York's Objection to (A) the Debtor's Second Amended and Restated Disclosure Statement and Summary Disclosure Statement; and (B) Proposed Resolicitation Procedures | 15 |
| Debtors Second Amended and Restated Plan of Reorganization under Chapter 11 of the Bankrutpcy Code | 16 |
| Order (A) Approving the Debtor's Second Amended and Restated Disclosure Statement and Summary Disclosure Statement, (B) Setting a Record Date for Voting Purposes, (C) Authorizing Resolicitation of Votes, (D) Scheduling a Continued Hearing on Confirmation of Second Amended and Restated Plan of Reorganization, (E) Establishing Notice Requirements Regarding the Continued Confirmation Hearing and Approving the Form and Manner of Notice, and (F) Granting Related Relief | 17 |

## TABLE OF CONTENTS

| | |
|---|---|
| Law Debenture Trust Company Of New York's Limited Objection To The Debtor's Motion For An Order Authorizing It To Enter Agreements For Exit Financing Facility And To Pay Fees And Expenses And Incur Indemnification Obligations In Connection Therewith Pursuant To Section 105(A), 107(B) And 363(B) Of The Bankruptcy Code And Bankruptcy Rule 9018 | 18 |
| Transcript of Hearing held on August 20, 2004 before the Honorable Charles G. Case, II | 19 |
| Transcript of Hearing held on August 25, 2004 before the Honorable Charles G. Case, II | 20 |
| Law Debenture Trust Company of New York's Supplemental Objection to Confirmation of Debtor's Second Amended Plan of Reorganization | 21 |
| Order Confirming Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code | 22 |
| Application for Compensation for Payment of Fees and Expenses Pursuant to Plan of Reorganization Filed by Law Debenture Trust Company of New York, as Indenture Trustee | 23 |
| Order Regarding Motion and Memorandum of Law in Support of Motion for Stay of Adversary Proceeding Pending Resolution of Motion to Withdraw the Reference to Bankruptcy Court | 24 |
| Objection of The Debtor To The Request of Law Debenture Trust Company of New York For Payment of Fees And Reimbursement of Expenses Pursuant To The Debtor's Plan of Reorganization and Applicable Trust Indenture | 25 |
| Affidavit of Karol K. Denniston In Connection With Northwestern Corporation's Objection To The Request of Law Debenture Trust Company of New York For Payment Of Fees And Reimbursement Of Expenses Pursuant To The Debtor's Plan of Reorganization and Applicable Trust Indenture | 26 |
| Request for Administrative Expenses Pursuant to 11 U.S.C. Section 503 by Law Debenture Trust Company of New York as Successor Trustee for the 8.45% Cumulative Quarterly Income Preferred Securities Series Filed by Law Debenture Trust Company of New York, as Indenture Trustee | 27 |
| Debtor's Objection to the Request For Payment of Administrative Expenses By Law Debenture Trust Company of New York as Successor Trustee for the 8.45% Cumulative Quarterly Income Preferred Securities Series A | 28 |
| Exhibit A to Objection to the Request for Payment of Administrative Expenses by Law Debenture Trust Company of New York as Successor Trustee for the 8.45% Cumulative Quarterly Income Preferred Securities Series A | 29 |
| Motion for Leave to File a Reply to the Debtor's Objection to the Law Debenture Trust Company of New York's Request for Payment of Fees and Reimbursement of Expenses and Law Debenture Trust Company of New York's Request for Administrative Expenses Filed by Law Debenture Trust Company of New York, as Indenture Trustee | 30 |

## TABLE OF CONTENTS

| | |
|---|---|
| Reply to the Debtor's Objection to the Law Debenture Trust Company of New York's Request for Payment of Fees and Reimbursement of Expenses and Law Debenture Trust Company of New York's Request for Administrative Expenses Filed by Law Debenture Trust Company of New York, as Indenture Trustee | 31 |
| Transcript of Hearing held on May 3, 2005 before the Honorable John L. Peterson | 32 |
| Order Granting in Part and Denying in Part the Request for Payment of Administrative Expenses by Law Debenture Trust Company of New York as Successor Trustee for the 8.45% Cumulative Quarterly Preferred Securities, Series A (The "Quips") | 33 |
| Objection of Law Debenture Trust Company of New York, as Indenture Trustee, to the Claim of HSBC Bank USA, as Indenture Trustee | 34 |