# APP. 4

Case 1:05-cv-00603-JJF     Document 24-5     Filed 02/02/2007     Page 1 of 2

**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| NorthWestern Corporation | : | Case No. 03-12872 (CGC) |
| | : | |
| | : | ***FIFTH AMENDED*** * NOTICE OF |
| Debtor. | : | APPOINTMENT OF COMMITTEE |
| --------------------------------- | : | OF UNSECURED CREDITORS |
| | : | |

  Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. OCM Opportunities Fund IV, L.P. c/o Oaktree Capital Management, LLC, Attn: Ken Liang/Gloria Noh Cannon, 333 South Grand Avenue, 28th Floor, Los Angeles, CA 90071, Phone: (213) 830-6420, Fax: (213) 830-8585;

2. Franklin Templeton Mutual Series Fund c/o Franklin Mutual Advisers, LLC, Attn: Eric Yip, 51 JFK Parkway, Short Hills, NJ 07078, Phone: (973) 912-2043, Fax: (973) 921-8673;

3. Wilmington Trust Company as Trustee, Attn: Sandra Ortiz, 1100 N. Market Street, Wilmington, DE 19801, Phone: (302) 651-1000, Fax:(302) 636-4148;

4. HSBC Bank USA, as Indenture Trustee, Attn: Robert A. Conrad, 10 East 40th Street, New York, NY 10016-0200, Phone: (212) 525-1314, Fax: (212) 525-1300;

5. Avenue Capital Management, Attn: John Barrett, 535 Madison Avenue, New York, NY 10022, Phone: (212) 878-3501, Fax: (212) 878-3559;

6. AG Capital Recovery Partners III, L.P. c/o Angelo Gordon & Co., Attn: Thomas M. Fuller, 245 Park Avenue, New York, NY 10167, Phone: (212) 692-2285, Fax: (212) 867-6395; and

7. Comanche Park, LLC, Attn: Michael T. Schmechel, 100 North 27th Street, Suite 320, Billings, MT 59101, Phone: (406) 259-7782, Fax: (406) 259-7788.

             ROBERTA A. DeANGELIS
             ACTING UNITED STATES TRUSTEE


              /s/ Frank J. Perch, III
             FRANK J. PERCH, III
             ASSISTANT UNITED STATES TRUSTEE

DATED: May 6, 2004

Attorneys assigned to this Case: Mark S. Kenney, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Scott Cousins, Esq., Phone: (302) 661-7373, Fax: (302) 661-7360

*****Amended to reflect removal of Magten Asset Management Corporation and Law Debenture Trust Company of New York, Trustee, effective May 6, 2004.**