# APP. 10

**DE04183 THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 03-12872 (CGC) |
| NORTHWESTERN CORPORATION, ) | |
| ) | **Related Docket Nos.: 1295, 1306, 1351** |
| Debtor. ) | |

**LAW DEBENTURE TRUST COMPANY OF
NEW YORK'S OBJECTION TO CONFIRMATION**

Law Debenture Trust Company of New York as Indenture Trustee and Guarantee Trustee (the *"Trustee"*), hereby objects to the Debtor's First Amended Plan of Reorganization dated May 17, 2004. The grounds for the Trustee's objection will be set forth in its brief to be filed no later than August 9, 2004, as established by the Court's July 13, 2004 Scheduling Order for Confirmation Hearing.

August 2, 2004                                            Smith, Katzenstein & Furlow, LLP

                                                          /s/ Kathleen M. Miller
                                                          Kathleen M. Miller (I.D. No. 2898)
                                                          800 Delaware Avenue, 7th Floor
                                                          P.O. Box 410
Amanda D. Darwin, Esq. BBO No. 547654                     Wilmington, DE 19899
John V. Snellings, Esq., BBO No. 548791                   (Courier 19801)
Lee Harrington, Esq. (DE 4046)                            Telephone: (302) 652-8400
Nixon Peabody LLP                                         Facsimile: (302) 652-8405
100 Summer Street                                         Email: Kmiller@skfdelaware.com
Boston, MA 02110
Telephone: (617) 345-1000                                 Attorneys for Law Debenture Trust
Facsimile: (617) 345-1300                                 Company of New York

{KMM4667.DOC}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **2nd** day of **August, 2004,** a copy of the foregoing *Law Debenture Trust Company Of New York's Objection To Confirmation* was served by facsimile on out of town parties and hand delivery on local parties:

Jesse H. Austin, III
Karol K. Denniston
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street
Suite 2400
Atlanta, GA 30308
Facsimile: 404-815-2424

Timothy R. Pohl
Samuel Ory
Skadden Arps Slate Meager & Flom
333 West Wacker Drive
Chicago, IL 60606

Mark B. Joachim
Jennifer L. McBrien
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Facsimile: 212-468-7900

Neil B. Glassman
Charlene D. Davis
Eric M. Sutty
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Alan W. Kornberg
Ephraim I. Diamond
Talia Gil
Paul, Weiss, Rifkind, Wharton
   & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Scott D. Cousins
William E. Chipman Jr., Jr.
Greenberg Traurig, LLP
1000 West Street, Suite 1540
Suite 1540
Wilmington, DE 19801

/s/ Kathleen M. Miller
Kathleen M. Miller

{KMM4667.DOC}