

**Smith Katzenstein Furlow LLP**
*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Telecopy: (302) 652-8405
E. I. # 51-0286752

```
                                                Page: 1
Law Debenture Trust Co. of New York            07/16/2004
John V. Snellings, Esq.            Matter No.:     4110M
Nixon Peabody LLP
100 Summer Street
Boston  MA  02110


     Summary Statement


Balance Forward    Current Fee    & Costs    Payments    Total Due

Law Debenture Trust Company of New York
in teh Northwestern Corp.
Bankruptcy Adv. Proc. No.
04-53324 (CGC)
          0.00          990.00       10.82       0.00     $1,000.82
          ────         ──────       ─────       ────     ─────────
          0.00          990.00       10.82       0.00     $1,000.82
                                                         ═════════
```

**\*\*\*\*\* NET 30 DAYS \*\*\*\*\***



**Smith Katzenstein Furlow LLP**

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Telecopy: (302) 652-8405
E. I. # 51-0286752

---

```
                                                    Page: 1
    Law Debenture Trust Co. of New York            07/16/2004
    John V. Snellings, Esq.             Matter No.: 4110-04183M
    Nixon Peabody LLP
    100 Summer Street
    Boston  MA  02110



    Law Debenture Trust Company of New York
    in teh Northwestern Corp.
    Bankruptcy Adv. Proc. No.
    04-53324 (CGC)
```

| | | Hours |
|---|---|---|
| 05/11/04 | KMM Call with Ms. Darwin re: filing motions pro hac. | 0.20 |
| 05/12/04 | KMM Draft motion pro hac for Mr. Snellings and Ms. Darwin. | 0.40 |
| 05/13/04 | KMM File motions for admission pro hac. | 0.20 |
| 05/28/04 | KMM File pro hac motion for Ms. Darwin. | 0.10 |
| 06/04/04 | KMM Edit and file joinder in opposition to motion to intervene. | 0.20 |
| 06/09/04 | KMM Attend hearing. | 0.60 |
| 06/16/04 | KMM Call from Mr. Snellings re: response to Motion to Dismiss; coordinate filing with Mr. Burnett. | 0.30 |
| 06/17/04 | KMM Review supplemental affidavit of Jesse Austin re: withdrawal of Paul Hastings; review response to motion to dismiss. | 0.70 |

```
                                                                Page: 2
        Law Debenture Trust Co. of New York              07/16/2004
                                                  Matter No.: 4110-04183M


        Law Debenture Trust Company of New York
        in teh Northwestern Corp.
        Bankruptcy Adv. Proc. No.
        04-53324 (CGC)


                                                         Hours

06/24/04
        KMM E-mails re transferring adversary
            proceedings back to Judge Case.              0.30

06/29/04
        KMM Review reply brief on Motion to Dismiss.     0.30      _____

            Current Fees                                 3.30      990.00
```

### Summary of Hours

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Kathleen Miller | 3.30 | $300.00 | $990.00 |

```
        Courier Charge                                          5.00
        Postage Expense                                         2.22
        Photocopy charges                                       3.60

        Current Charges and Advances Through 06/30/04          10.82

        Total Current Fees, Charges and Advances            1,000.82

        Total Due                                        $1,000.82
                                                         =========
```

**\*\*\*\*\* NET 30 DAYS \*\*\*\*\***





**Smith Katzenstein Furlow LLP**
*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Telecopy: (302) 652-8405
E. I. # 51-0286752

```
                                                        Page: 1
    Law Debenture Trust Co. of New York               08/13/2004
    John V. Snellings, Esq.            Matter No.:        4110M
    Nixon Peabody LLP
    100 Summer Street
    Boston  MA  02110


    Summary Statement


 Balance Forward    Current Fee    & Costs    Payments    Total Due

    Law Debenture Trust Company of New York
    in teh Northwestern Corp.
    Bankruptcy Adv. Proc. No.
    04-53324 (CGC)
        1,000.82      2,490.00      21.58      0.00      $3,512.40


        1,000.82      2,490.00      21.58      0.00      $3,512.40
```

***** NET 30 DAYS *****



**Smith
Katzenstein
Furlow LLP**
*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Telecopy: (302) 652-8405
E. I. # 51-0286752

---

Law Debenture Trust Co. of New York
John V. Snellings, Esq.
Nixon Peabody LLP
100 Summer Street
Boston  MA  02110

Page: 1
08/13/2004
Matter No.: 4110-04183M

Law Debenture Trust Company of New York
in teh Northwestern Corp.
Bankruptcy Adv. Proc. No.
04-53324 (CGC)

Balance Forward                                          $1,000.82

|  | | Hours |
|---|---|---|
| 07/13/04 | | |
| KMM | Call with Mr. Snelling re: discovery and hearing. | 0.50 |
| 07/14/04 | | |
| KMM | Attend hearing on settlement with securities litigants and other contested matters. | 5.60 |
| 07/15/04 | | |
| KMM | Attend hearing on motion to disqualify Paul Hastings. | 1.10 |
| 07/16/04 | | |
| KMM | Draft report of hearing for Mr. Snelling. | 1.00 |
| 07/26/04 | | |
| KMM | Email to Mr. Snellings re: court's opinion on motion to disqualify. | 0.10 |
| | Current Fees | 8.30   2,490.00 |

Summary of Hours

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Kathleen Miller | 8.30 | $300.00 | $2,490.00 |

```
                                                          Page: 2
Law Debenture Trust Co. of New York                    08/13/2004
                                         Matter No.: 4110-04183M


Law Debenture Trust Company of New York
in teh Northwestern Corp.
Bankruptcy Adv. Proc. No.
04-53324 (CGC)


     Telecopy charges                                        1.00
     Pacer Service Center - Federal Judiciary's
     Docketing System - Period                              20.58
                                                        ----------
     Current Charges and Advances Through 07/31/04          21.58

     Total Current Fees, Charges and Advances           2,511.58


     Total Due                                         $3,512.40
                                                       ==========

                        Account Aging
         0-30         31-60        61-90      91-120        121+
       3,512.40        0.00         0.00        0.00        0.00
```

***** NET 30 DAYS *****





**Smith Katzenstein Furlow LLP**

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Telecopy: (302) 652-8405
E. I. # 51-0286752

---

```
                                                      Page: 1
Law Debenture Trust Co. of New York                 09/17/2004
John V. Snellings, Esq.            Matter No.:          4110M
Nixon Peabody LLP
100 Summer Street
Boston  MA  02110


   Summary Statement


Balance Forward    Current Fee    & Costs    Payments    Total Due

Law Debenture Trust Company of New York
in teh Northwestern Corp.
Bankruptcy Adv. Proc. No.
04-53324 (CGC)
     3,512.40      1,815.00     1,087.31       0.00      $6,414.71
     _____      _____     _____       ____      _____

     3,512.40      1,815.00     1,087.31       0.00      $6,414.71
                                                         =========
```

***** NET 30 DAYS *****



**Smith
Katzenstein
Furlow LLP**
*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Telecopy: (302) 652-8405
E. I. # 51-0286752

---

Law Debenture Trust Co. of New York
John V. Snellings, Esq.
Nixon Peabody LLP
100 Summer Street
Boston  MA  02110

Page: 1
09/17/2004
Matter No.: 4110-04183M


Law Debenture Trust Company of New York
in teh Northwestern Corp.
Bankruptcy Adv. Proc. No.
04-53324 (CGC)


Balance Forward                                    $3,512.40


                                              Hours

08/02/04
    KMM Draft and file objection to confirmation.       0.60

08/09/04
    KMM Edit and file brief in support of
        objection to confirmation.                      1.80

08/11/04
    KMM Call  with Mr. Morrissey re telephone
        hearing; contact court.                         0.30

08/12/04
    KMM Edit and file motion to supplement the
        record.                                         0.70

08/13/04
    KMM Teleconference with court re objections
        to confirmation.                                1.10

08/18/04
    RJK Telephone call to Mr. Morrissey.  Review
        and edit motion.                                0.20

08/23/04
    KMM Review opinion on Motion to Dismiss;
        contact court re telephonic hearing.            0.80

08/24/04
    KMM Edit and file objection to Disclosure

```
                                                              Page: 2
Law Debenture Trust Co. of New York                         09/17/2004
                                          Matter No.: 4110-04183M


Law Debenture Trust Company of New York
in teh Northwestern Corp.
Bankruptcy Adv. Proc. No.
04-53324 (CGC)


                                                 Hours
       statement.                                 0.10

08/25/04
     KMM File objection to disclosure statement.  0.20

08/31/04
     KMM Call with Mr. Morrissey re: discovery.   0.20
                                                 _____    _____
       Current Fees                               6.00    1,815.00
```

```
                        Summary of Hours
Timekeeper                       Hours   Hourly Rate      Total
Robert Katzenstein                0.20     $375.00       $75.00
Kathleen Miller                   5.80      300.00     1,740.00
```

```
       Delivery Expense                                163.50
       Postage Expense                                  41.95
       Telephone charges                                 1.25
       Telecopy charges                                 61.75
       Photocopy charges                                45.90
       Digital Legal Services LLC - Document Production
       - Requst for Expedited Teleconference - Emergency
       Motion to Adjourn Confimation Hearing           317.96
       Digital Legal Services, LLC - Document Production
       - Notice of Hearing re: Motion to Adjourn
       Confirmation Hearing                            455.00
                                                     _____
       Current Charges and Advances Through 08/31/04  1,087.31

       Total Current Fees, Charges and Advances       2,902.31


       Total Due                                     $6,414.71
                                                     =========
```

```
                       Account Aging
       0-30        31-60       61-90       91-120        121+
     2,902.31    2,511.58    1,000.82        0.00        0.00
```

**\*\*\*\*\* NET 30 DAYS \*\*\*\*\***



**Smith**
**Katzenstein**
**Furlow LLP**

*Attorneys at Law*



RECEIVED
OCT 15 2004
NIXON PEABODY LLP

The Corporate Plaza
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Telecopy: (302) 652-8405
E. I. # 51-0286752

---

```
                                                           Page: 1
Law Debenture Trust Co. of New York                     10/13/2004
John V. Snellings, Esq.                  Matter No.:        4110M
Nixon Peabody LLP
100 Summer Street
Boston  MA  02110


    Summary Statement



Balance Forward    Current Fee    & Costs      Payments    Total Due

Law Debenture Trust Company of New York
in teh Northwestern Corp.
Bankruptcy Adv. Proc. No.
04-53324 (CGC)
     6,414.71       1,515.00     1,857.99        0.00     $9,787.70
    _____       _____     _____       _____     _____

     6,414.71       1,515.00     1,857.99        0.00     $9,787.70
    ========       ========     ========       ======     ========
```

**\*\*\*\*\* NET 30 DAYS \*\*\*\*\***



**Smith
Katzenstein
Furlow LLP**

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Telecopy: (302) 652-8405
E. I. # 51-0286752

```
                                                        Page: 1
        Law Debenture Trust Co. of New York            10/13/2004
        John V. Snellings, Esq.              Matter No.: 4110-04183M
        Nixon Peabody LLP
        100 Summer Street
        Boston  MA  02110


        Law Debenture Trust Company of New York
        in teh Northwestern Corp.
        Bankruptcy Adv. Proc. No.
        04-53324 (CGC)


        Balance Forward                            $6,414.71
```

|  |  | Hours |  |
|---|---|---|---|
| 09/03/04 | KMM File objection to exit financing motion. | 0.20 | |
| 09/14/04 | KMM Calls re: transcript. | 0.20 | |
| 09/15/04 | KMM Attend hearing on objection to exit financing. | 1.60 | |
| 09/21/04 | KMM Edit and file objection to second plan of reorganization. | 0.30 | |
| 09/29/04 | KMM Review and file objection to estimation motion; call with Mr. Snellings re: claim objection. | 0.70 | |
| 09/30/04 | DAJ Review draft filing of claim objection. | 1.00 | |
| | KMM Review draft of claim objection; review WTC's previous motion. | 0.80 | |
| | Current Fees | 4.80 | 1,515.00 |

Summary of Hours

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| David Jenkins | 1.00 | $375.00 | $375.00 |

```
                                                    Page: 2
Law Debenture Trust Co. of New York               10/13/2004
                                    Matter No.: 4110-04183M


Law Debenture Trust Company of New York
in teh Northwestern Corp.
Bankruptcy Adv. Proc. No.
04-53324 (CGC)


Kathleen Miller                  3.80      300.00    1,140.00



     Delivery Expense                                    7.50
     Courier Charge                                     10.00
     Telephone charges                                 447.07
     Telecopy charges                                   84.75
     Federal Express charges                           608.73
     Photocopy charges                                   3.30
     U. S. Bankruptcy Court - Transcript               26.00
     Transcript hearing 08/25/04.  Writer's Cramp,
     Inc., Reporter                                    670.64
                                                  ------------
     Current Charges and Advances Through 09/30/04    1,857.99

     Total Current Fees, Charges and Advances         3,372.99


     Total Due                                       $9,787.70
                                                  ============


                      Account Aging
      0-30        31-60      61-90      91-120       121+
   6,275.30        0.00   3,512.40       0.00        0.00
```

**\*\*\*\*\* NET 30 DAYS \*\*\*\*\***

11/01/2004 16:51 FAX                                                    ☑002

# Smith
# Katzenstein
# Furlow LLP
*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Telecopy: (302) 652-8405
E. I. # 51-0286752

---

```
                                                        Page: 1
Law Debenture Trust Co. of New York                   11/01/2004
John V. Snellings, Esq.                 Matter No.:       4110M
Nixon Peabody LLP
100 Summer Street
Boston  MA  02110


        Summary Statement


 Balance Forward    Current Fee       & Costs       Payments        Total Due

     Law Debenture Trust Company of New York
     in teh Northwestern Corp.
     Bankruptcy Adv. Proc. No.
     04-53324 (CGC)
          9,787.70       1,237.50     1,223.28          0.00      $12,248.48


          9,787.70       1,237.50     1,223.28          0.00      $12,248.48
```

***** NET 30 DAYS *****

11/01/2004 16:51 FAX                                                    ☒003

**Smith
Katzenstein
Furlow LLP**
*Attorneys at Law*

·The Corporate Plaza
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Telecopy: (302) 652-8405
E. I. # 51-0286752

---

Law Debenture Trust Co. of New York
John V. Snellings, Esq.
Nixon Peabody LLP
100 Summer Street
Boston  MA  02110

Page: 1
11/01/2004
Matter No.: 4110-04183M

Law Debenture Trust Company of New York
in teh Northwestern Corp.
Bankruptcy Adv. Proc. No.
04-53324 (CGC)

Balance Forward                                        $9,787.70

| Date | | Description | Hours | |
|------|---|-------------|-------|---|
| | | | Hours | |
| 10/01/04 | KMM | Edit and file objection to HSBC's claim. | 1.70 | |
| | DAJ | Conference with Kathy Miller. | 0.30 | |
| 10/04/04 | YS | Retrieval of case. | 3.00 | |
| 10/07/04 | KMM | Calls with Mr. Morrissey re: confirmation. | 0.30 | |
| 10/08/04 | KMM | Email re: objection to HSBC's claim. | 0.10 | |
| 10/13/04 | KMM | Email re: claim objection. | 0.10 | |
| 10/15/04 | KMM | Email with Ms. Darwin re: HSBC claim objection. | 0.10 | |
| 10/26/04 | KMM | Review agenda for status of estimation hearing. | 0.10 | |
| 10/27/04 | KMM | Receive notice of reserve for claims. | 0.10 | |
| | | Current Fees | 5.80 | 1,237.50 |

```
                                                        Page: 2
Law Debenture Trust Co. of New York                     11/01/2004
                                        Matter No.: 4110-04163M


Law Debenture Trust Company of New York
in teh Northwestern Corp.
Bankruptcy Adv. Proc. No.
04-53324 (CGC)


                       Summary of Hours
Timekeeper                 Hours  Hourly Rate       Total
David Jenkins               0.30    $375.00       $112.50
Kathleen Miller             2.50     300.00        750.00
Yaprak Soysal               3.00     125.00        375.00



     Postage Expense                              39.85
     Telephone charges                             3.20
     Telecopy charges                             12.50
     Pacer Service Center - Federal Judiciary's
     Docketing System - Period                    16.73
     Federal Express charges                       18.60
     Photocopy charges                            448.35
     Digital Legal Services, LLC - Document Production
     - Objection to HSBL claim                    684.05
                                                 _____
     Current Charges and Advances Through 11/01/04   1,223.28

     Total Current Fees, Charges and Advances     2,460.78


     Total Due                                 $12,248.48
                                               ==========

                    Account Aging
     0-30        31-60       61-90       91-120       121+
   5,833.77    2,902.31    2,511.58    1,000.82       0.00
```

**\*\*\*\*\* NET 30 DAYS \*\*\*\*\***

**EXHIBIT A**

# Law Debenture Trust Company of New York

**Law Debenture Trust Company of New York**

767 Third Avenue, New York, New York 10017
Telephone: 212 750 6474   Fax: 212 750 1361 email: Daniel.Fisher@Lawdeb.com

To:  NorthWestern Corporation
125 S. Dakota Avenue
Sioux Falls, South Dakota 57104
Attention: Mr. Gary G. Drook

*Submitted to client via counsel*

RE: NORTHWESTERN CORPORATION
Law Debenture is indenture trustee, guarantee trustee, property
trustee for NorthWestern Corporation's (formerly Montana
Power Capital I) 8.45% Cumulative Quarterly Income Preferred
Securities, Series A, issued pursuant to an indenture and related
documents dated as of November 1, 1996

| | |
|---|---|
| Invoice No: | **NTC/10/04/001** |
| Customer No: | NW1200303 |
| Date: | October 27, 2004 |
| Contact Name: | D. Fisher |
| Trust Code: | 36944 |

| Code | Description | Charges |
|---|---|---|
| | ***Fees as Successor Indenture Trustee, Guarantee Trustee, Property Trustee to The Bank of New York for period 2003-2004*** | |
| 0201 | <u>Acceptance Fee</u> as Successor Trustee | *waived* |
| 0301 | <u>Annual Administration Fee</u> – *payable in arrears*<br>For the period December 2003 through to December 2004, for appointments as successor: | |
| |     *Indenture Trustee* | US$15,000.00 |
| |     *Property Trustee* | US $15,000.00 |
| |     *Guarantee Trustee* | US $15,000.00 |
| 0401 | <u>Transactional fees</u> | *n/a* |
| 0501 | <u>Extraordinary fees</u>  *related to Chapter 11 bankruptcy proceedings*<br>*(billed per officer @ $325 per administrative hour; D. Fisher, SVP: 218hrs.25min; P. Healy, VP: 180hrs.21min.) - [see attachment for detail]* | US$129,564.87 |
| 0700 | <u>Expenses</u>  - *[see attachment for detail]* | US$ 2,083.99 |
| | *Payment to be made in US dollars by check or by wire transfer within 30 days from invoice date; a cumulative late charge of 2% will be assessed each month on unpaid amounts in excess of 30 days.* | |
| | *Subtotal* | *$ 176,648.86* |
| | **Total amount due and payable:** | **$ 176,648.86** |

# NORTHWESTERN CASE

| Date | Description | Officer | Hours | $325/hr ($5.42/minute) |
|---|---|---|---|---|
| **September-03** | **Time for Patrick Healy, VP - Billing records** | | | |
| 9/24/2003 | Correspondence from Daniel Fisher. | PJH | :15 | $ 81.30 |
| **Total for September 2003** | | | 0:15:00 | $ 81.30 |
| | | | | |
| **October-03** | | | | |
| 10/1/2003 | Review of tripartite agreement. | PJH | 1:45 | $ 569.10 |
| 10/2/2003 | Review of documents from The Bank of New York. | PJH | 1:30 | $ 487.80 |
| 10/6/2003 | Correspondence with Amanda Darwin at Nixon Peabody. | PJH | :05 | $ 27.10 |
| 10/7/2003 | Correspondence with Amanda Darwin at Nixon Peabody. | PJH | :05 | $ 27.10 |
| 10/7/2003 | Correspondence from Daniel Fisher re: tripartite agmt. | PJH | :30 | $ 162.60 |
| 10/7/2003 | Correspondence from Daniel Fisher re: tripartite agmt. | PJH | 2:00 | $ 650.40 |
| 10/8/2003 | Review of tripartite agreement. | PJH | :30 | $ 162.60 |
| 10/20/2003 | Tripartite discussion with Dan Fisher | PJH | :25 | $ 135.50 |
| 10/21/2003 | Correspondence from Daniel Fisher re: tripartite agmt.. | PJH | :15 | $ 81.30 |
| 10/22/2003 | Review of tripartite agreement | PJH | :54 | $ 292.68 |
| 10/27/2003 | Discussion with Nixon peabody re the tripartite. | PJH | :25 | $ 135.50 |
| 10/28/2003 | Discussion with Nixon peabody re the tripartite. | PJH | :20 | $ 108.40 |
| 10/30/2003 | Discussion with Amanda Darwin at Nixon Peabody re: committee. | PJH | :20 | $ 108.40 |
| **Total for October 2003** | | | 8:44:00 | $ 2,840.08 |
| | | | | |
| **November-03** | | | | |
| 11/3/2003 | Correspondence from Daniel Fisher. | PJH | :15 | $ 81.30 |
| 11/13/2003 | Correspondence from Frank Hamblett at Nixon Peabody. | PJH | :05 | $ 27.10 |
| 11/13/2003 | Correspondence from Frank Hamblett at Nixon Peabody re: tripartite agmt. | PJH | :35 | $ 189.70 |
| 11/13/2003 | Correspondence from Frank Hamblett at Nixon Peabody re: tripartite agmt. | PJH | :20 | $ 108.40 |
| 11/14/2003 | Correspondence from Frank Hamblett at Nixon Peabody re: tripartite agmt. | PJH | :10 | $ 54.20 |
| 11/17/2003 | Correspondence from Michelle Russo at Bank of NY re: tripartite agmt. | PJH | :10 | $ 54.20 |
| 11/18/2003 | Correspondence from Daniel Fisher. | PJH | :20 | $ 108.40 |
| 11/18/2003 | Correspondence from Michelle Russo at Bank of NY re: tripartite agmt. | PJH | :05 | $ 27.10 |
| 11/18/2003 | Correspondence from Michelle Russo at Bank of NY re: tripartite agmt. | PJH | :20 | $ 108.40 |
| 11/18/2003 | Correspondence from Jon Tyras. | PJH | :05 | $ 27.10 |
| 11/18/2003 | Correspondence from Michelle Russo at Bank of NY re: tripartite agmt. | PJH | :10 | $ 54.20 |
| 11/18/2003 | Correspondence from Frank Hamblett at Nixon Peabody re: tripartite agmt. | PJH | :10 | $ 54.20 |
| 11/18/2003 | Correspondence from Michelle Russo at Bank of NY re: tripartite agmt. | PJH | :15 | $ 81.30 |
| 11/19/2003 | Correspondence from Frank Hamblett at Nixon Peabody re: tripartite agmt. | PJH | :10 | $ 54.20 |
| 11/25/2003 | Correspondence from Frank Hamblett at Nixon Peabody re: tripartite agmt. | PJH | :05 | $ 27.10 |
| **Total for November 2003** | | | 2:50:00 | $ 921.40 |

# NORTHWESTERN CASE

## December-03

| Date | Description | | Time | | Amount |
|------|-------------|----|------|---|--------|
| 12/3/2003 | Correspondence from Frank Hamblett at Nixon Peabody re: tripartite agmt. | PJH | :10 | $ | 54.20 |
| 12/3/2003 | Correspondence from Michelle Russo at Bank of NY re: tripartite agmt. | PJH | :15 | $ | 81.30 |
| 12/11/2003 | Correspondence from Jon Tyras. | PJH | :20 | $ | 108.40 |
| 12/12/2003 | Discussion & correspondence with Amanda Darwin at Nixon Peabody. | PJH | :42 | $ | 227.64 |
| 12/12/2003 | Correspondence from Frank Hamblett at Nixon Peabody re: tripartite agmt. | PJH | :20 | $ | 108.40 |
| 12/12/2003 | Correspondence with Amanda Darwin at Nixon Peabody. | PJH | :10 | $ | 54.20 |
| 12/16/2003 | Correspondence with Amanda Darwin at Nixon Peabody. | PJH | :05 | $ | 27.10 |
| 12/16/2003 | Correspondence from Daniel Fisher. | PJH | :05 | $ | 27.10 |
| 12/18/2003 | Committee Conference at Paul Weiss | PJH | 3:30 | $ | 1,138.20 |
| 12/23/2003 | Correspondence with Frank Hamblett at Nixon Peabody. | PJH | :10 | $ | 54.20 |
| 12/23/2003 | Correspondence with Amanda Darwin at Nixon Peabody. | PJH | :15 | $ | 81.30 |
| 12/24/2003 | Correspondence with Amanda Darwin at Nixon Peabody. | PJH | :18 | $ | 97.56 |
| 12/24/2003 | Correspondence with Frank Hamblett at Nixon Peabody. | PJH | :12 | $ | 65.04 |
| 12/29/2003 | Proof of claims discussion w/Frank Hamblett at Nixon Peabody. | | | | |

**Total for December 2003** — PJH  6:27:00  $ 2,097.54

## January-04

| Date | Description | | Time | | Amount |
|------|-------------|----|------|---|--------|
| 1/5/2004 | Correspondence from Talia Gil at Paul Weiss. | PJH | :05 | $ | 27.10 |
| 1/5/2004 | Correspondence with Frank Hamblett at Nixon Peabody. | PJH | :10 | $ | 54.20 |
| 1/6/2004 | Correspondence from Houlihan. | PJH | :55 | $ | 298.10 |
| 1/6/2004 | Committee conference call. | PJH | 1:15 | $ | 406.50 |
| 1/6/2004 | Correspondence from Ephraim Diamond at Paul Weiss. | PJH | :15 | $ | 81.30 |
| 1/6/2004 | Correspondence with Frank Hamblett at Nixon Peabody. | PJH | 1:05:00 | $ | 352.30 |
| 1/6/2004 | Discussion with Amanda Darwin at Nixon Peabody re: committee call. | PJH | :18 | $ | 97.56 |
| 1/6/2004 | Correspondence with Amanda Darwin at Nixon Peabody. | PJH | :05 | $ | 27.10 |
| 1/6/2004 | Correspondence from Daniel Fisher. | PJH | :45 | $ | 243.90 |
| 1/7/2004 | Correspondence from Ephraim Diamond at Paul Weiss. | PJH | 1:02 | $ | 336.04 |
| 1/7/2004 | Discussion & correspondence with Amanda Darwin at Nixon Peabody. | PJH | :15 | $ | 81.30 |
| 1/7/2004 | Correspondence from Talia Gil at Paul Weiss. | PJH | :15 | $ | 81.30 |
| 1/7/2004 | Correspondence with Amanda Darwin at Nixon Peabody. | PJH | :35 | $ | 189.70 |
| 1/7/2004 | Correspondence from Daniel Fisher re: confidentiality agreement. | PJH | :10 | $ | 54.20 |
| 1/8/2004 | Correspondence with Amanda Darwin at Nixon Peabody. | PJH | :15 | $ | 81.30 |
| 1/8/2004 | Correspondence from Daniel Fisher. | PJH | :15 | $ | 81.30 |
| 1/9/2004 | Correspondence with Amanda Darwin at Nixon Peabody. | PJH | :15 | $ | 81.30 |
| 1/9/2004 | Correspondence with Amanda Darwin at Nixon Peabody. | PJH | :10 | $ | 54.20 |
| 1/12/2004 | Correspondence with Frank Hamblett at Nixon Peabody. | PJH | :15 | $ | 81.30 |
| 1/12/2004 | Correspondence from Ephraim Diamond at Paul Weiss. | PJH | :20 | $ | 108.40 |
| 1/13/2004 | Correspondence from Talia Gil at Paul Weiss. | PJH | :12 | $ | 65.04 |
| 1/13/2004 | Correspondence w/Amanda Darwin at Nixon Peabody. | PJH | :15 | $ | 81.30 |
| 1/13/2004 | Correspondence with Frank Hamblett at Nixon Peabody. | PJH | :25 | $ | 135.50 |
| 1/14/2004 | Correspondence from Michelle Russo at Bank of NY. | PJH | :10 | $ | 54.20 |
| 1/14/2004 | Correspondence w/Frank Hamblett at Nixon Peabody re profits of claim. | PJH | :22 | $ | 119.24 |

# NORTHWESTERN CASE

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 1/14/2004 | Correspondence from Robert Pedersen. | PJH | :20 | $ 108.40 |
| 1/14/2004 | Correspondence from Talia Gil at Paul Weiss. | PJH | :25 | $ 135.50 |
| 1/14/2004 | Correspondence from Constantine Potamianos at Pryor Cashman. | PJH | :10 | $ 54.20 |
| 1/15/2004 | Correspondence from Alan Kornberg. | PJH | :10 | $ 54.20 |
| 1/15/2004 | Correspondence from Talia Gil at Paul Weiss. | PJH | :20 | $ 108.40 |
| 1/20/2004 | Correspondence from Ephraim Diamond at Paul Weiss. | PJH | :15 | $ 81.30 |
| 1/23/2004 | Matt Savitz phone inquiry. | PJH | :05 | $ 27.10 |
| 1/23/2004 | Jim Hanks phone inquiry. | PJH | :54 | $ 292.68 |
| 1/23/2004 | Discussion & correspondence with Amanda Darwin at Nixon Peabody. | PJH | :15 | $ 81.30 |
| 1/26/2004 | Correspondence from Ephraim Diamond at Paul Weiss. | PJH | :30 | $ 162.60 |
| 1/26/2004 | Discussion & correspondence with Amanda Darwin at Nixon Peabody. | PJH | :30 | $ 162.60 |
| 1/26/2004 | Correspondence from Talia Gil at Paul Weiss. | PJH | :30 | $ 162.60 |
| 1/27/2004 | Jim Hanks phone inquiry. | PJH | :48 | $ 260.16 |
| 1/27/2004 | Discussion & correspondence with Amanda Darwin at Nixon Peabody. | PJH | :20 | $ 108.40 |
| 1/27/2004 | Correspondence from Ephraim Diamond at Paul Weiss. | PJH | :10 | $ 54.20 |
| 1/28/2004 | Correspondence from Teily Embry. | PJH | :20 | $ 108.40 |
| 1/29/2004 | Correspondence from Alan Kornberg. | PJH | :15 | $ 81.30 |
| 1/29/2004 | Discussion & correspondence with Amanda Darwin at Nixon Peabody. | PJH | :20 | $ 108.40 |
| **Total for January 2004** | | | **16:01:00** | **$ 5,208.62** |
| | | | | |
| **February-04** | | | | |
| 2/1/2004 | Correspondence from Marc Skapof. | PJH | :10 | $ 54.20 |
| 2/4/2004 | Correspondence from Ephraim Diamond at Paul Weiss. | PJH | :15 | $ 81.30 |
| 2/5/2004 | Discussion & correspondence with Amanda Darwin at Nixon Peabody. | PJH | :25 | $ 135.50 |
| 2/6/2004 | Discussion & correspondence with Amanda Darwin at Nixon Peabody. | PJH | :20 | $ 108.40 |
| 2/9/2004 | Correspondence with Amanda Darwin at Nixon Peabody. | PJH | :10 | $ 54.20 |
| 2/9/2004 | Correspondence from Talia Gil at Paul Weiss. | PJH | :10 | $ 54.20 |
| 2/10/2004 | Discussion & correspondence with Amanda Darwin at Nixon Peabody. | PJH | :20 | $ 108.40 |
| 2/11/2004 | Correspondence from Daniel Fisher. | PJH | :20 | $ 108.40 |
| 2/11/2004 | Correspondence from Talia Gil at Paul Weiss. | PJH | :15 | $ 81.30 |
| 2/12/2004 | Correspondence from Talia Gil at Paul Weiss. | PJH | :10 | $ 54.20 |
| 2/13/2004 | Discussion & correspondence with Amanda Darwin at Nixon Peabody. | PJH | :50 | $ 271.00 |

# NORTHWESTERN CASE

| Date | Description | | Time | | Amount |
|---|---|---|---|---|---|
| 2/13/2004 | Correspondence from Liz Wilns. | PJH | :15 | $ | 81.30 |
| 2/13/2004 | Correspondence from Talia Gil at Paul Weiss. | PJH | :10 | $ | 54.20 |
| 2/13/2004 | Correspondence from Ephraim Diamond at Paul Weiss. | PJH | :15 | $ | 81.30 |
| 2/15/2004 | Correspondence from Ephraim Diamond at Paul Weiss. | PJH | :15 | $ | 81.30 |
| 2/15/2004 | Correspondence from Brad Scheler. | PJH | :10 | $ | 54.20 |
| 2/16/2004 | Correspondence from Mike Schmechel. | PJH | :10 | $ | 54.20 |
| 2/16/2004 | Committee Meeting (Conf. call) | PJH | :30 | $ | 162.60 |
| 2/17/2004 | Correspondence from Houlihan. | PJH | 1:15:00 | $ | 406.50 |
| 2/17/2004 | Correspondence from Marc Skapof. | PJH | :10 | $ | 54.20 |
| 2/18/2004 | Correspondence with Amanda Darwin at Nixon Peabody. | PJH | :10 | $ | 54.20 |
| 2/18/2004 | Correspondence with Frank Hamblett at Nixon Peabody. | PJH | :12 | $ | 65.04 |
| 2/19/2004 | Correspondence from Daniel Fisher. | PJH | :10 | $ | 54.20 |
| 2/19/2004 | Correspondence from Daniel Fisher. | PJH | :30 | $ | 162.60 |
| 2/20/2004 | Jim Hanks phone inquiry. | PJH | :15 | $ | 81.30 |
| 2/23/2004 | Correspondence from Talia Gil at Paul Weiss. | PJH | :15 | $ | 81.30 |
| 2/23/2004 | Correspondence from Talia Gil at Paul Weiss. | PJH | :36 | $ | 195.12 |
| 2/24/2004 | Correspondence with Amanda Darwin at Nixon Peabody. | PJH | :10 | $ | 54.20 |
| 2/24/2004 | Correspondence from Brad Scheler. | PJH | :30 | $ | 162.60 |
| 2/25/2004 | Al Beers phone inquiry. | PJH | :30 | | |

**Total for February 2004**   **9:08:00**   **$  2,970.16**

**March-04**

| Date | Description | | Time | | Amount |
|---|---|---|---|---|---|
| 3/1/2004 | Correspondence from Talia Gil at Paul Weiss. | PJH | :25 | $ | 135.50 |
| 3/3/2004 | Correspondence from Gary Kaplan. | PJH | :15 | $ | 81.30 |
| 3/8/2004 | Correspondence from Alan Kornberg. | PJH | :15 | $ | 81.30 |
| 3/9/2004 | Correspondence from Marc Skapof. | PJH | :55 | $ | 298.10 |
| 3/9/2004 | Correspondence with Amanda Darwin at Nixon Peabody re next committee meeting. | PJH | :25 | $ | 135.50 |
| 3/9/2004 | Correspondence from Talia Gil at Paul Weiss. | PJH | :10 | $ | 54.20 |
| 3/9/2004 | Correspondence from Daniel Fisher. | PJH | :10 | $ | 54.20 |
| 3/10/2004 | Correspondence from Talia Gil at Paul Weiss. | PJH | :20 | $ | 108.40 |
| 3/11/2004 | Correspondence from Marc Skapof. | PJH | :10 | $ | 54.20 |
| 3/11/2004 | Correspondence from Talia Gil at Paul Weiss. | PJH | :10 | $ | 54.20 |
| 3/12/2004 | Correspondence from Tally Embry. | PJH | :10 | $ | 54.20 |
| 3/15/2004 | William Tender phone inquiry. | PJH | :15 | $ | 81.30 |
| 3/15/2004 | Correspondence from Talia Gil at Paul Weiss. | PJH | :10 | $ | 54.20 |
| 3/16/2004 | William Tender phone inquiry. | PJH | :20 | $ | 108.40 |
| 3/17/2004 | Correspondence from Talia Gil at Paul Weiss. | PJH | :10 | $ | 54.20 |
| 3/17/2004 | Correspondence from Gary Kaplan. | PJH | :20 | $ | 108.40 |
| 3/18/2004 | Review of Plan. | PJH | 3:10:00 | $ | 1,029.80 |
| 3/18/2004 | Discussion & correspondence with Amanda Darwin at Nixon Peabody re Plan. | PJH | 1:00:00 | $ | 325.20 |
| 3/18/2004 | Correspondence from Talia Gil at Paul Weiss. | PJH | :15 | $ | 81.30 |
| 3/18/2004 | Correspondence from Talia Gil at Paul Weiss. | PJH | :45 | $ | 243.90 |
| 3/19/2004 | Discussion w/Dan Fisher regarding the Plan. | PJH | :35 | $ | 189.70 |
| 3/22/2004 | Correspondence from Talia Gil at Paul Weiss. | PJH | :30 | $ | 162.60 |
| 3/22/2004 | Committee Meeting (Conf. call) | PJH | 1:00:00 | $ | 325.20 |
| 3/22/2004 | Discussion & correspondence with Amanda Darwin at Nixon Peabody. | PJH | 1:00:00 | $ | 325.20 |

# NORTHWESTERN CASE

| Date | Description | Time | Amount |
|---|---|---|---|
| 3/22/2004 | Correspondence from Constantine Potamianos at Pryor Cashman. | :10 | $ 54.20 |
| 3/23/2004 | Correspondence from Talia Gil at Paul Weiss. | :55 | $ 298.10 |
| 3/23/2004 | Correspondence from Talia Gil at Paul Weiss. | 1:10:00 | $ 379.40 |
| 3/24/2004 | Discussion & correspondence with Amanda Darwin at Nixon Peabody. | :20 | $ 108.40 |
| 3/25/2004 | Correspondence from Talia Gil at Paul Weiss. | :35 | $ 189.70 |
| 3/25/2004 | Correspondence from Luke Beilinck. | :10 | $ 54.20 |
| 3/25/2004 | Correspondence from Gary Kaplan. | :10 | $ 54.20 |
| 3/26/2004 | Correspondence from Ephraim Diamond at Paul Weiss. | :20 | $ 108.40 |
| 3/26/2004 | Correspondence from Talia Gil at Paul Weiss. | :10 | $ 54.20 |
| 3/26/2004 | Correspondence from Talia Gil at Paul Weiss. | :10 | $ 54.20 |
| 3/29/2004 | Correspondence from Talia Gil at Paul Weiss. | :10 | $ 54.20 |
| 3/30/2004 | Correspondence from Eric Yip. | :10 | $ 54.20 |
| 3/31/2004 | Correspondence from Talia Gil at Paul Weiss. | :21 | $ 113.82 |
| **Total for March 2004** | | **16:26:00** | **$ 5,344.12** |
| **April-04** | | | |
| 4/1/2004 | Correspondence from Ephraim Diamond at Paul Weiss. | :25 | $ 135.50 |
| 4/2/2004 | Correspondence from Stephen Hermann. | :10 | $ 54.20 |
| 4/2/2004 | Walt Spencer phone inquiry. | :05 | $ 27.10 |
| 4/2/2004 | Discussion & correspondence with Amanda Darwin at Nixon Peabody. | :30 | $ 162.60 |
| 4/5/2004 | Correspondence from Eric Siegert. | :10 | $ 54.20 |
| 4/5/2004 | Discussion & correspondence with Amanda Darwin at Nixon Peabody. | :30 | $ 162.60 |
| 4/6/2004 | Correspondence from Gloria Cannon. | :10 | $ 54.20 |
| 4/6/2004 | Correspondence from Alan Kornberg. | :20 | $ 108.40 |
| 4/6/2004 | Discussion w/Dan Fisher | :15 | $ 81.30 |
| 4/6/2004 | E-mail correspondence from Amanda Darwin at Nixon Peabody. | :05 | $ 27.10 |
| 4/7/2004 | Bernard Zippem phone inquiry. | :05 | $ 27.10 |
| 4/7/2004 | Robert Faulkner - UBS phone inquiry. | :10 | $ 54.20 |
| 4/8/2004 | Steve Levy phone inquiry. | :50 | $ 271.00 |
| 4/9/2004 | Correspondence from Ephraim Diamond at Paul Weiss. | :30 | $ 162.60 |
| 4/12/2004 | Correspondence from Dan Fisher | :10 | $ 54.20 |
| 4/12/2004 | Correspondence from Amanda Darwin. | :12 | $ 65.04 |
| 4/12/2004 | Discussion w/Frank Hamblett at Nixon Peabody re properly trustee/transfer. | :15 | $ 81.30 |
| 4/14/2004 | Discussion & correspondence with Amanda Darwin at Nixon Peabody. | 2:00:00 | $ 650.40 |
| 4/15/2004 | Request and receipt of SPR report from DTCC. | :15 | $ 81.30 |
| 4/15/2004 | Steve Levy phone inquiry. | :35 | $ 189.70 |
| 4/15/2004 | Discussion w/Frank Hamblett at Nixon Peabody. | :35 | $ 189.70 |
| 4/16/2004 | Correspondence from Talia Gil at Paul Weiss. | :30 | $ 162.60 |
| 4/16/2004 | Discussion & correspondence with Amanda Darwin at Nixon Peabody. | :40 | $ 216.80 |
| 4/16/2004 | Correspondence w/Frank Hamblett at Nixon Peabody re notice to holders. | :10 | $ 54.20 |
| 4/19/2004 | Correspondence from Talia Gil at Paul Weiss. | :20 | $ 108.40 |
| 4/19/2004 | Correspondence from Ephraim Diamond at Paul Weiss. | :35 | $ 189.70 |
| 4/21/2004 | Correspondence from Talia Gil at Paul Weiss. | :45 | $ 243.90 |
| 4/21/2004 | Correspondence from Talia Gil at Paul Weiss. | 2:30:00 | $ 813.00 |
| 4/23/2004 | Review of letters from U.S. Trustee and Paul Weiss re: our removal from the committee | | |

# NORTHWESTERN CASE

| Date | Description | Time | | Amount |
|---|---|---|---|---|
| 4/23/2004 | Discussion of letters from U.S. Trustee and Paul Weiss w/ Amanda Darwin. | :40 | $ | 216.80 |
| 4/23/2004 | Correspondence from Talia Gil at Paul Weiss. | :15 | $ | 81.30 |
| 4/26/2004 | Correspondence from Talia Gil at Paul Weiss. | :15 | $ | 81.30 |
| 4/26/2004 | Correspondence from Talia Gil at Paul Weiss. | :15 | $ | 81.30 |
| 4/26/2004 | Correspondence from Ephraim Diamond at Paul Weiss. | :25 | $ | 135.50 |
| 4/30/2004 | Discussion & correspondence with Amanda Darwin at Nixon Peabody re: objections. | :15 | $ | 81.30 |
| 4/30/2004 | Correspondence from Talia Gil at Paul Weiss. | :45 | $ | 243.90 |
| 4/30/2004 | Correspondence from Ephraim Diamond at Paul Weiss. | :10 | $ | 54.20 |
| 4/30/2004 | Correspondence from Tally Embry. | | | |
| **Total for April 2004** | | **17:07:00** | | **5,566.34** |
| **May-04** | | | | |
| 5/4/2004 | Correspondence from Talia Gil at Paul Weiss. | :15 | $ | 81.30 |
| 5/4/2004 | Correspondence from Ephraim Diamond at Paul Weiss. | :25 | $ | 135.50 |
| 5/4/2004 | Correspondence from Daniel Fisher. | :30 | $ | 162.60 |
| 5/4/2004 | Correspondence from Amanda Darwin. | :10 | $ | 54.20 |
| 5/5/2004 | Correspondence from Talia Gil at Paul Weiss. | :25 | $ | 135.50 |
| 5/5/2004 | Correspondence from Daniel Fisher. | :10 | $ | 54.20 |
| 5/6/2004 | Correspondence from Ephraim Diamond at Paul Weiss. | :10 | $ | 54.20 |
| 5/6/2004 | Correspondence from Amanda Darwin. | :10 | $ | 54.20 |
| 5/6/2004 | Correspondence from Daniel Fisher. | :10 | $ | 54.20 |
| 5/7/2004 | Correspondence from Michele Jenkinson at Paul Weiss. | :15 | $ | 81.30 |
| 5/10/2004 | Correspondence from Michele Jenkinson at Paul Weiss. | :15 | $ | 81.30 |
| 5/11/2004 | Discussion & correspondence with Amanda Darwin at Nixon Peabody re: next actions. | :55 | $ | 298.10 |
| 5/11/2004 | Discussion w/Dan Fisher. | :25 | $ | 135.50 |
| 5/11/2004 | Discussion w/Dan Fisher. | :30 | $ | 162.60 |
| 5/13/2004 | Correspondence from Michele Jenkinson at Paul Weiss. | :25 | $ | 135.50 |
| 5/14/2004 | Correspondence from Michele Jenkinson at Paul Weiss. | :10 | $ | 54.20 |
| 5/17/2004 | Emmanuel Cooper phone inquiry. | :45 | $ | 243.90 |
| 5/21/2003 | Discussion with Amanda Darwin at Nixon Peabody re: motion to dismiss. | :45 | $ | 243.90 |
| 5/21/2004 | Discussion w/Dan Fisher. | :15 | $ | 81.30 |
| 5/24/2004 | E-mail correspondence Amanda Darwin at Nixon Peabody. | | | |
| **Total for May 2004** | | **7:05:00** | | **2,303.50** |
| **June-04** | | | | |
| 6/3/2004 | Carl Schultz phone inquiry. | :10 | $ | 54.20 |
| 6/3/2004 | John Isaansic phone inquiry. | :05 | $ | 27.10 |
| 6/9/2004 | Kevin phone inquiry. | :05 | $ | 27.10 |
| 6/25/2004 | Keith Koenig phone inquiry. | :05 | $ | 27.10 |
| 6/25/2004 | Keith Koenig phone inquiry. | :05 | $ | 27.10 |
| **Total for June 2004** | | **0:30:00** | | **162.60** |
| **July-04** | | | | |
| 7/19/2004 | Keith Koenig phone inquiry. | :05 | $ | 27.10 |

**NORTHWESTERN CASE**

| Date | Description | Time | | Amount |
|---|---|---|---|---|
| 7/19/2004 | Property Trustee Tripartite Execution | 2:00:00 | $ | 650.40 |
| 7/30/2004 | Property Trustee Notice to Holders | 3:30:00 | $ | 1,138.20 |
| **Total for July 2004** | | **5:35:00** | **$** | **1,875.70** |
| | | | | |
| ***August-04*** | | | | |
| 8/19/2004 | Greg - Morgan Stanley phone inquiry. | :05 | $ | 27.10 |
| 8/20/2004 | Mr. Zipern phone inquiry. | :05 | $ | 27.10 |
| ***Total for August 2004*** | | :10 | $ | 54.20 |
| | | | | |
| ***September-04*** | | | | |
| 9/15/2004 | Jim @ BCG phone inquiry. | :15 | $ | 81.30 |
| 9/20/2004 | Tim Gibson phone inquiry. | :05 | $ | 27.10 |
| 9/29/2004 | Correspondence w/Frank Hamblett at Nixon Peabody. | :32 | $ | 173.44 |
| 9/30/2004 | Correspondence from Irene Siegel at The Bank of NY. | :15 | $ | 81.30 |
| ***Total for Sept. 2004*** | | 1:07 | $ | |
| | | | | |
| ***October-04*** | | | | |
| 10/12/2004 | Al Beers phone inquiry. | :15 | $ | 81.30 |
| 10/12/2004 | Stephen Levy e-mail inquiry. | :10 | $ | 54.20 |
| 10/12/2004 | Brian Walsh phone inquiry. | :05 | $ | 27.10 |
| 10/13/2004 | Brian Walsh phone inquiry. | :10 | $ | 54.20 |
| 10/14/2004 | Correspondence with Amanda Darwin at Nixon Peabody. | :10 | $ | 54.20 |
| ***Total for October 2004*** | | :50 | $ | |
| | | | | |
| **TOTAL for P. Healy** | | **180:21** | **$** | **58,633.56** |

**LAW DEBENTURE TRUST COMPANY**
**OF NEW YORK**

*Billing records - Daniel R. Fisher, SVP*
**NORTHWESTERN - 2003/2004**

| Activity: | Date: | Time: hh:mm | Amount to invoice: (@$325 hr. pro-rated) |
|---|---|---|---|
| **YEAR 2003** | | | |
| | | | |
| **SEPTEMBER 2003** | | | |
| Conference call with Bank of NY (Russo) re: conflict | 9/23/2003 | 1 | 325.00 |
| Correspondence/research - BNY conflict/resignation | 9/24/2003 | 2:30 | 812.50 |
| **Total for September 2003** | | **3:30** | **$1,137.50** |
| | | | |
| **OCTOBER 2003** | | | |
| Documentation drafted with BNY for resign/appt-research. | 10/1/2003 | 2:00 | 650.00 |
| Confer with counsel re: NorthWestern bankruptcy status | 10/1/2003 | :50 | 270.84 |
| Confer with counsel | 10/2/2003 | :45 | 243.75 |
| Correspondence with BNY | 10/2/2003 | :30 | 162.50 |
| Confer with counsel | 10/3/2003 | :45 | 243.75 |
| Confer internally | 10/4/2003 | 2 | 650.00 |
| Document/file review and/or research | 10/7/2003 | 2 | 650.00 |
| Confer/correspond with counsel | 10/8/2004 | 1:10 | 379.17 |
| Confer with counsel | 10/15/2004 | :15 | 81.25 |
| Confer with counsel | 10/16/2004 | :20 | 108.33 |
| Confer with counsel | 10/22/2004 | :45 | 243.75 |
| Correspond with counsel | 10/29/2004 | :20 | 108.33 |
| **Total for October 2003** | | **9:40** | **$3,141.67** |
| | | | |
| **NOVEMBER 2003** | | | |
| Confer with counsel; redraft tripartite, research BNY files | 11/13/2004 | 1:45 | 568.75 |
| Correspond with BNY; confer with counsel | 11/14/2003 | 1:30 | 487.50 |
| Correspond with BNY; confer with counsel | 11/17/2003 | :45 | 243.75 |
| Correspond with BNY; confer with counsel | 11/18/2003 | 2 | 650.00 |
| Revise tripartite; correspond with company; research | 11/19/2003 | :20 | 108.33 |
| Correspond with BNY; confer with counsel | 11/25/2003 | 1 | 325.00 |
| Review committee documents; confer with counsel | | | |
| **Total for November 2003** | | **7:20** | **$2,383.33** |

**DECEMBER 2003**

| Description | Date | Hours | Amount |
|---|---|---|---|
| Transfer of account information from BNY; correspondence | 12/3/2003 | 1:50 | 595.84 |
| Execution of documents; confer with counsel | 12/11/2003 | 2 | 650.00 |
| Review documents, correspondence | 12/12/2003 | 1:20 | 433.33 |
| Bondholder inquiries | 12/15/2003 | :30 | 162.50 |
| Confer with counsel | 12/16/2003 | :30 | 162.50 |
| Review file - research | 12/23/2003 | :45 | 243.75 |
| **Total for December 2003** | | **6:55** | **$2,247.92** |

**YEAR 2004**

**JANUARY 2004**

| Description | Date | Hours | Amount |
|---|---|---|---|
| Confer with counsel | 1/5/2004 | :50 | 270.84 |
| Confer with counsel; confer internally, corresp./docs | 1/6/2004 | 2 | 650.00 |
| Review confidentiality, correspond/docs, confer w/counsel | 1/7/2004 | 1:30 | 487.50 |
| Confer with counsel | 1/8/2004 | :30 | 162.50 |
| Correspondence/filings, review property trustee concerns | 1/9/2004 | 1 | 325.00 |
| Confer with counsel, confer internally, research | 1/9/2004 | 2 | 650.00 |
| Document/file review and/or research | 1/12/2004 | :50 | 270.84 |
| Proofs of claim; correspondence; confer with counsel | 1/14/2004 | 2 | 650.00 |
| Review committee correspondence; proofs | 1/15/2004 | :45 | 243.75 |
| Confer with counsel | 1/16/2004 | :15 | 81.25 |
| Review documents; confer with counsel for 1/29 meeting | 1/26/2004 | 1:30 | 487.50 |
| Review correspondence/case documents/motions | 1/28/2004 | :20 | 108.33 |
| Review committee correspondence | 1/29/2004 | :20 | 108.33 |
| Meetings with bondholder counsel; counsel for LDTCNY | 1/29/2004 | 2 | 650.00 |
| Review documents re: bondholder direction/default remedies | 1/30/2004 | :45 | 243.75 |
| **Total for January 2004** | | **16:35** | **$5,389.58** |

**FEBRUARY 2004**

| Description | Date | Hours | Amount |
|---|---|---|---|
| Review motions/committee correspondence | 2/1/2004 | :15 | 81.25 |
| Review committee correspondence | 2/4/2004 | 1 | 325.00 |
| Correspond with counsel | 2/9/2004 | :45 | 243.75 |
| Confer with previous trustee/counsel re: owner trustee | 2/10/2004 | :20 | 108.33 |
| Review committee documents (conf'l, filings) | 2/11/2004 | 2 | 650.00 |
| Correspondence | 2/12/2004 | :20 | 108.33 |

| | | |
|---|---|---|
| Correspondence/confer with counsel | 2/13/2004 | :30 | 162.50 |
| Review correspondence/filings - committee | 2/18/2004 | :45 | 243.75 |
| Correspondence/confer with counsel | 2/19/2004 | :15 | 81.25 |
| Correspondence/confer with counsel | 2/23/2004 | :10 | 54.17 |
| Review committee correspondence | 2/24/2004 | :90 | 487.50 |
| Review counsel memo; confer with counsel/internally | 2/24/2004 | 1:30 | 325.00 |
| Research bondholder/trustee relationship | 2/25/2004 | 1 | 325.00 |
| **Total for February 2004** | | **8:50** | **$2,870.83** |
| | | | |
| **MARCH 2004** | | | |
| Committee correspondence/filings | 3/1/2004 | :10 | 54.17 |
| Conference internally re: Meglen | 3/1/2004 | 1 | 325.00 |
| Committee correspondence/filings | 3/3/2004 | :10 | 54.17 |
| Committee correspondence/filings | 3/8/2004 | :10 | 54.17 |
| Notice to holders/confer internally; correspondence/filings | 3/9/2004 | 1:15 | 406.25 |
| Review committee info re: fraudulent conveyance | 3/10/2004 | :50 | 270.84 |
| Confer/corresp. With counsel/review committee corresp. | 3/11/2004 | 30 | 162.50 |
| General correspondence | 3/12/2004 | :10 | 54.17 |
| General correspondence | 3/15/2004 | :10 | 54.17 |
| Review plan, counsel comments, LD comments | 3/16/2004 | 2 | 650.00 |
| Committee meeting - correspondence, confer with counsel | 3/18/2004 | 2:30 | 812.50 |
| Confer with counsel/comments to plan/review documents | 3/19/2004 | 2 | 650.00 |
| Committee conference call | 3/22/2004 | 2 | 650.00 |
| Conference call with counsel/confer internally/research | 3/23/2004 | 2 | 650.00 |
| Review counsel/Filed Frank documents/confer | 3/24/2004 | 1:30 | 487.50 |
| Committee correspondence/filings | 3/25/2004 | :15 | 81.25 |
| Committee correspondence/filings | 3/26/2004 | :45 | 243.75 |
| Committee correspondence/filings - plan comments | 3/29/2004 | :30 | 162.50 |
| Committee correspondence/filings | 3/31/2004 | :10 | 54.17 |
| **Total for March 2004** | | **18:05** | **$5,877.08** |
| | | | |
| **APRIL 2004** | | | |
| Committee correspondence/review objection to equity | 4/2/2004 | :45 | 243.75 |
| Correspondence, review filings | 4/5/2004 | :30 | 162.50 |
| Confer with counsel re: plan; committee filings/corresp. | 4/6/2004 | 1:30 | 487.50 |
| Confer with counsel; correspondence | 4/6/2004 | 2 | 650.00 |
| Confer with counsel; execute documents/review file | 4/7/2004 | 2:30 | 812.50 |
| Review committee correspondence/documents | 4/8/2004 | :20 | 108.33 |

| | | | |
|---|---|---|---|
| Review committee correspondence/documents | 4/9/2004 | :20 | 108.33 |
| Confer with counsel; committee correspondence | 4/12/2004 | :50 | 270.84 |
| Confer with counsel | 4/14/2004 | 1:30 | 487.50 |
| Confer with counsel | 4/15/2004 | 2:20 | 758.33 |
| Confer with counsel; Notice to Holders | 4/16/2004 | 2 | 650.00 |
| Correspondence re: Maglen complaint; confer with counsel | 4/19/2004 | :20 | 108.33 |
| Correspondence/review filings | 4/20/2004 | 2:10 | 704.17 |
| Confer internally/senior management/board re: complaint | 4/21/2004 | :45 | 243.75 |
| Committee counsel, Maglen counsel correspondence/review t | 4/22/2004 | 2 | 650.00 |
| Confer with counsel; creditors committee meeting | 4/23/2004 | :50 | 270.84 |
| Review committee correspondence;confer with counsel/docur | 4/26/2004 | 1 | 325.00 |
| Confer with counsel; Northwestern corresp. Re: Maglen | 4/27/2004 | 1 | 325.00 |
| Confer with counsel; correspondence | 4/28/2004 | 2:30 | 812.50 |
| Confer with counsel; correspondence; review file/docs | 4/30/2004 | 2:20 | 758.33 |
| **Total for April 2004** | | **27:30** | **$8,937.50** |
| | | | |
| **MAY 2004** | | | |
| Correspond with counsel re: motions | 5/3/2004 | :50 | 270.84 |
| Committee correspond/revised discl.state/plan | 5/4/2004 | 2:15 | 731.35 |
| Review docs-registration rights, term sheet, comit corrsp | 5/5/2004 | 2 | 650.00 |
| Correspondence from counsel; confer internally | 5/6/2004 | 1:30 | 487.50 |
| Confer/correspond with counsel | 5/7/2004 | 1:15 | 406.25 |
| review correspondence from committee | 5/10/2004 | :15 | 81.35 |
| review correspondence from committee | 5/13/2004 | :30 | 162.50 |
| Review counsel documents/correspondence | 5/14/2004 | 1 | 325.00 |
| Correspond with counsel | 5/18/2004 | :30 | 162.50 |
| Correspond with counsel | 5/19/2004 | 1:15 | 406.25 |
| Correspondence from various parties | 5/20/2004 | :45 | 243.75 |
| Correspond with counsel | 5/21/2004 | 1 | 325.00 |
| Correspond with counsel re: bondholder (Schmechel) | 5/24/2004 | :45 | 243.75 |
| Confer/correspond with counsel | 5/27/2004 | 1:30 | 487.50 |
| **Total for May 2004** | | **15:20** | **$4,983.33** |
| | | | |
| **JUNE 2004** | | | |
| Correspondence (various) re: balloting | 6/1/2004 | 1 | 325.00 |
| Correspondence (various) re: balloting / confer w/counsel | 6/2/2004 | 1:15 | 406.25 |
| Confer with counsel | 6/3/2004 | :45 | 243.75 |

| | | | |
|---|---|---|---|
| Confer/correspond with counsel re: litigation | 6/4/2004 | :45 | 243.75 |
| Confer with counsel re:litigation | 6/14/2004 | :30 | 162.50 |
| Confer with counsel re: litigation | 6/15/2004 | 1 | 325.00 |
| Confer with counsel re: litigation | 6/21/2004 | 1:30 | 487.50 |
| Confer with counsel re: litigation/review indenture/files | 6/25/2004 | :15 | 81.35 |
| Confer internally | | :15 | 81.35 |
| **Total for June 2004** | | **7:00** | **$2,275.00** |
| | | | |
| **JULY 2004** | | | |
| Review counsel documents/confer-corresp. with counsel | 7/1/2004 | 2 | 650.00 |
| Confer with counsel/review docs re: property trustee appt | 7/2/2004 | 1:30 | 487.50 |
| Correspond with counsel | 7/6/2004 | :45 | 243.75 |
| Correspond with BNY and counsel re: property trustee | 7/8/2004 | 2 | 650.00 |
| Correspond/confer with counsel | 7/9/2004 | 1 | 325.00 |
| Correspond/confer with counsel/review documents | 7/12/2004 | 1:15 | 406.25 |
| Confirmation objections/confer with counsel | 7/15/2004 | 3 | 975.00 |
| Correspond with BNY and counsel re: property trustee | 7/16/2004 | 1 | 325.00 |
| Confer/correspond with counsel re: prop trustee/discovery | 7/19/2004 | 2 | 650.00 |
| Notice to holders, confer internally, corresp.counsel,files | 7/20/2004 | 2:45 | 893.75 |
| Correspond with counsel re: property trustee issues | 7/23/2004 | 1:20 | 433.33 |
| Confer with counsel re: disc/depositions/confer internally | 7/26/2004 | 2 | 650.00 |
| Review file for deposition | 7/26/2004 | 3 | 975.00 |
| Deposition- preparation and deposition | 7/27/2004 | 8 | 2,600.00 |
| Confer with counsel re: adversary proceedings | 7/29/2004 | 2 | 650.00 |
| Confer internally re: bondholder inquiries, notices | 7/30/2004 | :45 | 243.75 |
| **Total for July 2004** | | **34:20** | **$11,158.33** |
| | | | |
| **AUGUST 2004** | | | |
| Confer with counsel, bondholder research | 8/2/2004 | 1:30 | 487.50 |
| Review documents from counsel; confer with counsel | 8/3/2004 | 2 | 650.00 |
| Plan objections/confer with counsel | 8/9/2004 | 2 | 650.00 |
| Plan objections/confer with counsel | 8/10/2004 | 1:15 | 406.25 |
| Update from counsel; bondholder inquiry | 8/13/2004 | :50 | 270.84 |
| Correspondence w/counsel; review all obj. to confirmation | 8/16/2004 | :45 | 243.75 |
| Corrspond/confer with counsel re: case status/litigation | 8/17/2004 | 1 | 325.00 |
| Review debtor motions/confer with counsel | 8/18/2004 | 1:20 | 433.33 |
| Correspond/confer with counsel | 8/19/2004 | 2 | 650.00 |
| Corrspond/confer with counsel | 8/20/2004 | 1:30 | 487.50 |

| | | | |
|---|---|---|---|
| Review court's rulings/confer with counsel/confer internally | 8/23/2004 | 2:40 | 866.66 |
| Review revised plan/disc; confer with counsel/corresp. | 8/27/2004 | 2:10 | 704.17 |
| **Total for August 2004** | | **19:00** | **$6,175.00** |
| | | | |
| **SEPTEMBER 2004** | | | |
| Confer with counsel/review filings/motions, review file | 9/1/2004 | 1:15 | 406.25 |
| Confer with counsel/review filings/motions, review file | 9/2/2004 | :30 | 162.50 |
| Review court order re: 2nd Disc/Plan | 9/9/2004 | :30 | 162.50 |
| Correspondence from J. Snellings | 9/10/2004 | :20 | 108.33 |
| Correspond w/ counsel | 9/13/2004 | :20 | 108.33 |
| Notice to holders; confer internally/confer with counsel | 9/14/2004 | 1 | 325.00 |
| Correspond/confer with counsel re: case/proceedings | 9/20/2004 | 1 | 325.00 |
| Review documents from counsel | 9/21/2004 | :30 | 162.50 |
| Correspond/confer with counsel re: case/proceedings | 9/22/2004 | 1 | 325.00 |
| Confer with counsel/confer internally on process/balloting | 9/24/2004 | 1 | 325.00 |
| Confer with counsel re: conflict waiver | 9/27/2004 | :30 | 162.50 |
| Confer with counsel re: confirmation hearing | 9/27/2004 | 1 | 325.00 |
| Correspond with counsel | 9/28/2004 | :10 | 54.17 |
| Correspond with counsel | 9/29/2004 | :40 | 216.66 |
| Review documents, files, notes/research for confirmation | 9/30/2004 | 5 | 1,625.00 |
| **Total for September 2004** | | **13:45** | **$4,468.74** |
| | | | |
| **OCTOBER 2004** | | | |
| Travel to Phoenix for NorthWestern hearing | 10/1/2004 | 6 | 1,950.00 |
| Preparation for hearing/potential testimony | 10/4/2004 | 4 | 1,300.00 |
| Confer with counsel re: hearing/potential testimony | 10/5/2005 | 2 | 650.00 |
| Confirmation hearing | 10/6/2004 | 8:30 | 2,762.50 |
| Travel from Phoenix; confer internally | 10/7/2004 | 6 | 1,950.00 |
| Correspond with counsel (J. Snellings) | 10/8/2004 | :20 | 108.33 |
| Review doc/corresp from counsel | 10/12/2004 | :20 | 108.33 |
| Review confirmation order/correspondence | 10/20/2004 | :30 | 162.50 |
| Correspond with counsel (J. Snellings) | 10/21/2004 | :15 | 81.35 |
| Correspond with counsel/review estimation motions | 10/25/2004 | :40 | 216.66 |
| Confer internally | 10/26/2004 | :20 | 108.33 |
| Confer with counsel re: debtors' motions/litigations | 10/27/2004 | 1:30 | 487.50 |
| **Total for October 2004 (thru 10/28/04)** | | **30:25** | **$9,885.50** |
| | | | |
| **TOTAL time - D. Fisher (carry to invoice)** | | **218:25** | **$70,931.31** |

## EXHIBIT C-1
## NIXON PEABODY DISBURSEMENTS

| Disbursement | Amount |
|---|---|
| Airfare-Firm AMEX | 5,572.93 |
| Express Delivery | 285.17 |
| CT Corp Services | 154.00 |
| Faxes | 50.00 |
| Long Distance Phone | 76.41 |
| Duplicating | 2,552.40 |
| Deposition/Court Reporter | 405.40 |
| On-line research | 683.27 |
| Other Professional Services | 830.95 |
| Word Processing Overtime | 784.00 |
| Travel | 1,871.66 |
| Lodging | 392.24 |
| Meals | 199.86 |
| Miscellaneous | 1,851.23 |
| **TOTAL** | **$ 15,709.52** |

BOS1439275.2

## EXHIBIT C-2
## SMITH KATZENSTEIN LLP  DISBURSEMENTS

| Disbursement | Amount |
|---|---|
| Express Delivery | 897.35 |
| Faxes | 160.00 |
| Long Distance Phone | 451.52 |
| Duplicating | 501.15 |
| Deposition/Court Reporter | 670.64 |
| On-line research | 16.73 |
| Other Professional Services | 1,457.01 |
| Miscellaneous | 46.58 |
| **TOTAL** | **$ 4,200.98** |

# EXHIBIT C-3

## Out of Pocket Expenses

| Date | Description | Type | Reference | Amount |
|---|---|---|---|---|
| | Northwestern Corp./Montana | | | |
| 11/17/2003 | Signature pages | Fed Ex | Frank S. Hamblett-I | $ 13.18 |
| 1/6/2004 | proof of claims | Fed Ex | Frank S. Hamblett-I | $ 13.69 |
| 1/8/2004 | Fax copy of spr cusip#12083204 & SPECIAL R | DTC Invoice#24 | sent check #010688 | $ 110.00 |
| 1/12/2004 | | Fed Ex | Amanda Darwin-Nix | $ 13.69 |
| 1/27/2004 | | Fed Ex | Amanda Darwin-Nix | $ 13.69 |
| 1/19/2004 | taxi to Fried Frank for MegTen Meeting | | | $ 7.00 |
| 7/16/2004 | Signature pages | Fed Ex | Frank Hamblett-Nix | $ 13.69 |
| 5/11/2004 | Travel Expenses | Airfare for mtlng | Patrick Healy - 5/11 | $191.70 |
| 5/21/2004 | Travel Expenses | Airfare to Boston | Daniel Fisher - 5/21 | $602.08 |
| 5/21/2004 | Travel Expenses | Airfare to Boston | Patrick Healy - 5/21 | $76.38 |
| 7/16/2004 | Signature pages | Fed Ex | Frank Hamblett-Nix | $ 14.08 |
| 10/18/2004 | Daniel Fisher - Travel & Expenses to Phoenix | 10/1/04 - 10/07/2004 | | $951.63 |
| 10/22/2004 | Daniel Fisher - Travel & Expenses to Phoenix | 10/4 - 10/6/2004 | | $63.18 |
| | | | Total | $ 2,083.99 |