1          K. Kliewer

2    associated with Wilmington's participation in

3    the case and Harbert's participation in the

4    case, these are the three amounts that the

5    debtors has paid relating to Wilmington Trust

6    and Harbert?

7        A.    Yes.

8        Q.    And if any payments were made to

9    their counsel or any other consultant, it

10   came out of those funds and they were not

11   shared, any type of further breakdown was not

12   shared with the debtor?

13       A.    That's correct.

14       Q.    Do you have any personal knowledge

15   again as to how the $2.25 million cap was

16   derived, negotiated?

17       A.    No.

18       Q.    And is it fair to say that due to

19   the lack of sort of time detail, and also not

20   participating in the negotiations, that you

21   have no knowledge as to what 2.25 -- what

22   type of task that was supposed to be applied

23   to or included in their participation in the

24   bankruptcy?

25       A.    Well, based on my understanding of

29eeeec1-3f2e-411f-b1ce-6a9644668bc1

1    K. Kliewer
2    our requirement to pay reasonable trustee
3    fees, the assumption was that these were
4    their reasonable costs incurred in
5    representing their constituents and also in
6    benefitting the estate.  That's within -- I
7    suppose you could argue within that $2.25
8    million what that breakdown was, but overall,
9    given the nature of our case and the support
10   that they have provided at the end and the
11   settlement that was struck between the
12   creditors committee and Wilmington Trust and
13   Harbert and the company, gaining their
14   support for the plan of reorganization and
15   ultimately gaining their vote, those fees
16   were determined reasonable and were also
17   determined to have benefitted the estate
18   because it reduced the amount of ongoing
19   bankruptcy administration and costs that the
20   debtor would incur.
21       Q.    So is it fair to say that in the
22   sense of how this money was being paid for
23   what they did in the bankruptcy that that
24   would include negotiating and drafting
25   revisions to the plan and disclosure

1                    K. Kliewer

2    statement?

3         A.    I guess I wouldn't speculate as to

4    what made up, what was included in the $2.25

5    million, without having seen the actual

6    breakdown.

7         Q.    Which you didn't see?

8         A.    Correct.

9         Q.    Has Wilmington received any other

10   additional compensation in order to pay for

11   their costs and fees above these three

12   amounts to your knowledge?

13        A.    Not from the debtor, no.

14        Q.    In the debtor's objection to the

15   fee request of Law Debenture, paragraph 4

16   indicates that on the effective date,

17   Wilmington Trust Company exercised its

18   trustee charging lien, and as a result,

19   55,640 shares were allocated to holders of

20   allowed class A claims.  Those are the TOPrS,

21   correct?

22        A.    Yes.

23        Q.    Were issued to Depository Trust

24   Company for credit to Wilmington Trust.

25              Do you know whether or not this

1                     K. Kliewer

2    exercise of the charge with regard to those

3    shares related to the difference between the

4    cap of $2.25 million and the fees and

5    expenses that were actually incurred by

6    Wilmington?

7         A.     I don't personally know that, no.

8         Q.     Did you participate in calculating

9    the number of shares that were issued to DTC

10   that are reflected in this footnote?

11        A.     I didn't participate in the amount

12   that they held back as a charging lien in

13   terms of what was distributed to the 8A

14   holders.  Yes, I did participate in the

15   calculation.

16        Q.     I'm sorry, I didn't understand

17   that.  You didn't?  Did you or you didn't?

18        A.     Not specific to what Wilmington

19   Trust held back as their payment of their

20   charging lien, but what was given to the

21   overall class, I did participate in the

22   calculation.

23        Q.     As of the effective date, what is

24   the value of the shares of stock that were

25   distributed pursuant to the plan?

1                    K. Kliewer

2        A.    The value was -- the value that was

3   Lazard, L-A-Z-A-R-D, assigned was $20 a

4   share.

5        Q.    And do you recall or do you know

6   what stock is trading today at?

7        A.    Roughly $27.50 to $28 a share.

8        Q.    Has Wilmington Trust or Harbert

9   filed a fee request for the difference

10  between the cap and what they actually

11  incurred in the case?

12       A.    Not to my knowledge, no.

13       Q.    Were they obligated to under the

14  plan?

15       A.    I don't believe they were.  If they

16  didn't request payment from North Western

17  above the cap.  So assuming whatever was in

18  excess they ate themselves.  They had no

19  requirement to file a fee application.

20       Q.    And they had, to your knowledge, no

21  requirement to file a fee request if they

22  were going to exercise a charging lien?

23       A.    No, not to my knowledge.

24       Q.    Let me show you a document that was

25  produced in the document request.  It's a

1              K. Kliewer

2     term sheet between the debtor and the TOPrS

3     dated August 17, 2004.

4              Have you seen that before?

5     A.     Yes, I have seen this.

6              MR. SNELLINGS:  Can we have that

7          marked as the next exhibit.

8              (Kliewer Exhibit 7, Term Sheet,

9          marked for identification, as of this

10         date.)

11     Q.     In what context have you seen this

12     document before?

13     A.     I have seen it as -- it was, again,

14     as drafts were -- as the negotiations were

15     going on, drafts were provided to management

16     of the debtor as a facade, as part of that,

17     and once it was finalized, copies were

18     provided to all of us.

19     Q.     Okay.

20              I'm calling your attention to the

21     terms that are laid out in this box fashion

22     with regard to professional fees and expenses

23     to Harbert and the indenture trustee.  In

24     this particular draft, it states that "The

25     debtor shall pay all documented fees and

1                    K. Kliewer

2    expenses incurred by the indenture trustee

3    and its counsel prior to January 28, 2004,

4    plus all fees and expenses incurred on or

5    after January 28, 2004 by the indenture

6    trustee including any fees and expenses

7    advanced by Harbert."

8                    And that just to characterize, the

9    cap is $2.97 million.

10                   Do you recall why the cap was set

11   at 2.97?

12        A.    I do not.

13        Q.    And do you know why it was then

14   later reduced to what was in the plan of

15   2.25?

16        A.    No, I do not.

17        Q.    And do you have any knowledge or

18   recollection as to the importance of or the

19   significance of the January 28, 2004 number?

20   I mean date.

21        A.    Not right offhand.  I don't recall

22   why January 28th is of significance.

23        Q.    Also the term here is that "Neither

24   the indenture trustee nor Harbert shall be

25   required" -- "Neither the indenture trustee

1                    K. Kliewer

2     shall be required to file an application with

3     the bankruptcy court for payment of such fees

4     and expenses provided that Harbert and its

5     professionals may seek reimbursement of fees

6     and expenses incurred prior to January 28,

7     2004 by submitting an application."

8              Again, do you have any recollection

9     of why that January 28th date was of

10    significance?

11         A.    No, I don't.

12         Q.    Now, let me show you what I believe

13    to be an executed term sheet dated the next

14    day, August 18, 2004.

15              Have you seen that before?

16         A.    Yes, I have.

17              MR. SNELLINGS:  Can we have that

18         marked as Exhibit 8.

19              (Kliewer Exhibit 8, Executed Term

20         Sheet, August 18, 2004, marked for

21         identification, as of this date.)

22         Q.    Could you describe for me what this

23    document is and when you first saw it?

24         A.    Well, I don't recall exactly when I

25    first saw it, but I would assume it was after

1           K. Kliewer

2   August 18th of '04 or around August 18th of

3   '04, but it is the agreement, it appears to

4   be the final agreement between the creditors

5   committee, North Western and Wilmington Trust

6   and Harbert.

7       Q.    And in this document, you see the

8   date, the cap $2.25 million appears, and it's

9   going to be allocated among Harbert and

10  Wilmington Trust.

11          Those are the terms that ended up

12  in the plan, correct?

13      A.    That is correct.

14      Q.    And based on your prior testimony,

15  you have no knowledge or recollection as to

16  why from the previous August 17 term sheet

17  there was a reduction in the cap amount?

18      A.    That's correct.

19      Q.    Do you know, I mean at this point,

20  was it still being negotiated between the

21  creditors committee and Wilmington?

22      A.    Yes, I believe it was.

23      Q.    There is also a reference here that

24  "Notwithstanding anything set forth herein,

25  the fees of Golden Associates shall not be

Page 79

1                    K. Kliewer

2      subject to fee audit review."

3                Do you know how Golden Associates

4      were going to be paid?

5           A.    I do not.  I don't -- I do not

6      recall paying them through North Western, the

7      debtor.

8           Q.    With regard to what we have marked

9      as Exhibit 7, the earlier term sheet, do you

10     know who prepared this black line version?

11          A.    No, I don't.

12          Q.    Do you know why the requirement

13     that the fees and expenses that were

14     documented as required in the earlier version

15     was dropped out of the second version?

16          A.    I'm not sure I understand.

17          Q.    In the first -- in what we have

18     marked as Exhibit 7, it states here, the

19     debtor shall pay "all documented fees and

20     expenses incurred by the indentured trustee."

21     There is no requirement that fees be

22     documented in the final version.

23                Do you have any understanding or

24     knowledge as to why that requirement was left

25     out?

Page 80

1                K. Kliewer

2        A.    No, I don't.

3        Q.    Has Wilmington in the

4   administration of the case and the

5   distribution to the TOPrS continued to incur

6   fees and expenses?

7        A.    If they have, they have not made

8   the debtor aware of it.

9        Q.    Has the debtor agreed to pay those

10  fees and expenses associated in administering

11  the distribution pursuant to the plan?

12       A.    Not to my knowledge.

13       Q.    Other than Law Debenture, has the

14  debtor objected to any fees and expenses of

15  any other indenture trustee in the case?

16       A.    I think I discussed earlier, I

17  guess the only objections that I'm aware of

18  are the objections to White & Case legal fees

19  and Ernst & Young in their representation of

20  either Mellon or GE, I can't recall which

21  one.  We did object to those and ultimately

22  they were reduced as a result.

23       Q.    With regard to the other indenture

24  trustees, JP Morgan, Chase Bank is the

25  indenture trustee for the South Dakota

29eeeec1-3f2e-411f-b1ce-6a9644668bc1

1                    K. Kliewer
2      mortgage bonds, did the debtor make any
3      payments to JP Morgan pursuant to the plan?
4           A.    Yes, I believe we did.
5           Q.    Do you recall how much?
6           A.    I don't recall.
7           Q.    Did it include professional fees
8      and expenses?
9           A.    I believe it did, but I don't
10     recall what the breakdown was.
11          Q.    Are those, the South Dakota
12     mortgage bonds, are they secured?
13          A.    Yes.
14          Q.    By what, if you recall?
15          A.    South Dakota, essentially our South
16     Dakota assets, which is the property owned
17     equipment in South Dakota.
18          Q.    And do you have any knowledge or
19     understanding of the value of that
20     collateral?
21          A.    I -- not specifically.  I
22     understand overall if I have reviewed
23     different documents that we have provided to
24     state what the value is, but I don't know
25     what you're specifically asking about.

Page 82

K. Kliewer

1

2    Q.    Well, I was just wondering if they

3    are oversecured or undersecured bonds?

4    A.    From my recollection, it was

5    slightly over.

6    Q.    Did you -- what type of

7    documentation did you request or get from JP

8    Morgan, Chase regarding their fees?

9    A.    We received invoices to support

10    their fees.

11    Q.    Similar to those that you received

12    from HSBC?

13    A.    Correct.

14    Q.    Did you require a fee application?

15    A.    No, we did not.

16    Q.    How about Bank of New York.  They

17    are indenture trustee for the Montana first

18    mortgage bonds.  Did you pay their fees and

19    expenses?

20    A.    Yes, we did.

21    Q.    And are they over or under secured?

22    A.    Again I believe they are slightly

23    oversecured.

24    Q.    No fee application, just invoices

25    similar to that of HSBC?

Page 83

K. Kliewer

A.    Correct.

Q.    And again, you were the primary person who reviewed those?

A.    Yes.

Q.    Did you go back to either Bank of New York or JP Morgan and discuss the amount of their fees?

A.    I believe I did not personally discuss the Bank of New York fees.  If I recall correctly, their counsel was Brian Cave, and I raised questions with our assistant treasurer over a couple of their invoices, but I don't recall exactly what, if we obtained additional support or not.  I don't think we did.  I think we ended up paying the amounts, but we discussed what those were and I believe she contacted Brian Cave and Bank of New York to obtain a verbal understanding of some of the different line items on their invoices.

Q.    And would that be -- who were you talking about?

A.    Emily Eng is our assistant treasurer.

1              K. Kliewer
2        Q.    How about, again, JP Morgan Trust,
3   Chase Bank rather for the Montana pollution
4   control bonds, did you pay their indenture
5   fees and professional expenses?
6        A.    Yes, I believe we did.
7        Q.    And again, no fee application or
8   invoice?
9        A.    Correct.
10       Q.    Or just invoices?
11       A.    We did receive invoices, correct.
12       Q.    And Wells Fargo for the South
13  Dakota pollution control bonds, you paid
14  their fees and expenses?
15       A.    Yes.
16       Q.    Do you recall how much?
17       A.    I don't recall.
18       Q.    Has there ever been a schedule of
19  those fees and expenses paid to indenture
20  trustees published in context with the
21  bankruptcy?
22       A.    Not to my knowledge, no.
23       Q.    And how about Wilmington Bank
24  Company, as indenture trustee, gas transition
25  bonds, have they been paid their fees and

1                    K. Kliewer

2    expenses?

3         A.    It doesn't -- it does not ring a

4    bell, but I would assume they have paid their

5    fees and expenses.

6         Q.    With regard to -- I mean, do you

7    have any type of ballpark figure with regard

8    to these other indenture trustees how much

9    has been made paid in fees and expenses?

10        A.    No, I couldn't -- without going

11   back to our records, I couldn't ballpark it.

12        Q.    And these are all paid pursuant to

13   the plan and the obligation of the debtor to

14   pay the fees and the expenses of the

15   indenture trustee?

16        A.    Yes.

17        Q.    Now, Bank of New York was Law

18   Debenture's predecessor indenture trustee for

19   the QUIPS.  Have you paid their fees and

20   expenses?

21        A.    Related to the QUIPS?

22        Q.    Yes, they had some pre-petition as

23   well as --

24        A.    I believe.

25        Q.    -- post-petition charges?

K. Kliewer

1
2    A.    If I remember correctly, we did pay

3    those.

4    Q.    And they were represented by Brian

5    Cave.  Have you paid those fees as well?

6    A.    Yes, we have.

7    Q.    And do you recall or have any

8    knowledge of Bank of New York's participation

9    in the Chapter 11 case for the period in

10   which they remained as indenture trustee?

11   A.    I don't recall what their specific

12   involvement was, no.

13   Q.    Do you recall how much was paid to

14   Bank of New York and Brian Cave related to

15   the questions?

16   A.    Not without reviewing the records,

17   I don't.

18   Q.    Let me show you a document that was

19   produced by North Western.  It's actually a

20   set of documents.

21   A.    Okay.

22   Q.    Have you seen these documents

23   before?

24   A.    I have.

25        MR. SNELLINGS:  Can we have these

29eeeec1-3f2e-411f-b1ce-6a9644668bc1

Page 87

                    K. Kliewer

1              marked as the next exhibit.

2                    (Kliewer Exhibit 9, Invoices,

3              marked for identification, as of this

4              date.)

5         Q.    We have marked this as Exhibit 9,

6    and could you just describe what these

7    documents are?

8         A.    These documents are invoice, one

9    invoice from the Bank of New York, from their

10   default administration group, related to the

11   QUIPS, and then a couple of different

12   invoices from Brian Cave in their work for

13   the Bank of New York.

14        Q.    And this was relating to the QUIPS,

15   their representative of the indenture trustee

16   of the QUIPS.  Does it indicate that or not?

17        A.    Yes, it indicates on the invoice.

18        Q.    And to the best of your knowledge,

19   these amounts were paid both to Bank of New

20   York as well as to Brian Cave?

21        A.    Yes, I believe they were.

22        Q.    And when was the North Western

23   bankruptcy filed?

24        A.    September 14 of 2003.

K. Kliewer

1

2   Q.    And with regard to the time charges

3   or amounts that are on the invoices from Bank

4   of New York, did you do any investigation or

5   request any backup with regard to these time

6   charges?

7   A.    No, not to my knowledge.

8   Q.    Did anyone from North Western or

9   from Paul, Hastings request such backup?

10  A.    Not to my knowledge,.

11  Q.    Do you have any sense of why they

12  would call these extraordinary time charges

13  as referred up in the left side there?

14  A.    No, I don't know why they used

15  those terms.

16  Q.    Turning to the invoices that were

17  submitted by Brian Cave, to your

18  recollection, this amount has been paid to

19  Brian Cave?

20  A.    Yes.

21  Q.    It was on or about the effective

22  date of November 1st?

23  A.    Yes, I believe so.

24  Q.    And did you or anyone at North

25  Western request further backup for the time

29eeeec1-3f2e-411f-b1ce-6a9644668bc1

1                      K. Kliewer

2     entries here?

3          A.     No.

4          Q.     The fair number of these time

5     entries are from the pre-petition period,

6     from 2002.  The debtor had no problem paying

7     for pre-petition entries from counsel?

8          A.     It was my understanding that since

9     they were representing an indenture trustee

10    that the agreement was we would pay all of

11    their pre-petition and post-petition fees.

12         Q.     But there is no attempt by you to

13    find out what documents they are reviewing

14    when they had 3.6 hour entry for reviewing

15    documents?

16         A.     No.

17         Q.     Do you have any understanding as to

18    why the debtor did not include the fees and

19    expenses incurred by the Bank of New York and

20    Brian Cave in their objection to the fees and

21    expenses of Law Debenture?

22         A.     No, I don't.

23         Q.     Did anyone ever discuss that with

24    you?

25         A.     No.

Page 90

1               K. Kliewer

2       Q.    It seems as though there are two

3   invoices for Brian Cave, and the next one is

4   for 15,750.

5               Was that paid as well?

6       A.    Yes, I believe it was.

7       Q.    Did you have any discussions with

8   anyone at North Western regarding the payment

9   of these particular fees and expenses?

10      A.    As I discussed earlier, I did have

11  some conversations with WW Emily Eng, our

12  assistant treasurer.  I don't believe that

13  any of those conversations pertain to these

14  two specific invoices, but we did have

15  conversations on various Brian Cave invoices

16  over the course of the bankruptcy.

17      Q.    But you don't have a specific

18  recollection?

19      A.    Right.  I don't believe that we had

20  any specific conversations to these two

21  invoices.

22      Q.    With regard to -- in our

23  discussions today, we have talked about

24  benefit to the estate and reasonableness.

25              In your opinion, the fees and

Page 91

K. Kliewer

expenses of Bank of New York and their

counsel, Brian Cave, did you find them

reasonable?

A.    Yes, ultimately we determined they

appeared reasonable.

Q.    And with regard to benefit of the

estate, I mean, did you reach a conclusion or

have an opinion as to whether or not these

provided any benefit to the estate?

A.    In terms of Bank of New York and

Brian Cave, I guess I don't really have an

opinion on what the benefit to the estate

was.

Q.    Do you think there was any?

A.    I would assume there was a benefit

to the estate by having paid those and not

having them bring additional proceedings in

court to attempt to get paid, which would

have cost us and them more in attorney's

fees.

Q.    Have you seen this document before?

A.    Yes, I have.

MR. SNELLINGS:  Can we have this

marked as the next exhibit.

Page 92

K. Kliewer

(Kliewer Exhibit 10, Letter to
Indenture Trustee, marked for
identification, as of this date.)

Q.    Can you tell me what this document
is?

A.    This was a letter to the indenture
trustees to summarize the terms of the plan
reorganization and the distribution to the
various classes.

Q.    And do you know the date of the
creation of the document?

A.    I don't recall the exact date that
we sent it out.  I recall having a couple of
drafts between Paul, Hastings, North Western,
La Salle Bondholders Communication Group, and
Kurtzman Carson that were distributed
internally and worked on, but in terms of the
actual date that it was provided to others, I
do not recall.

Q.    All right.  And just curious, by
the indication of the letters and numbers
below, which is usually a document number,
the ATL, does that mean this is a document
created by Paul, Hastings?

Page 93

K. Kliewer

1

2  A.    Yes, they maintained the master

3  copy of it.

4  Q.    And was this posted on your

5  website?

6  A.    Yes, it was.

7  Q.    On page 2, in the fourth paragraph

8  down, there is a statement that all of the

9  fees and expenses of the indenture trustees

10  have been paid in full on the effective date

11  with the exception of Wilmington Trust

12  Company.

13        Now that was not true with regard

14  to Law Debenture, correct?

15  A.    That is correct.

16  Q.    Has this ever been -- this

17  notification or letter ever been corrected?

18  A.    Not that I'm aware of.

19  Q.    Do you know why such a statement

20  was made knowing that the debtor intended to

21  object to Law Debenture's fees?

22  A.    No, I don't.

23  Q.    To your knowledge, has the debtor

24  received any inquiries from QUIPS holders

25  regarding this particular notice?

Page 94

K. Kliewer

1

2     A.    I have not personally received any.

3  I believe that our investor communications

4  group has received inquiries.

5     Q.    Do you know the content or subject

6  of those inquiries?

7     A.    No, I don't.

8          MR. SNELLINGS:  Why don't we have

9       lunch and I'll think of any other

10       questions and we'll finish up.

11          MS. DENNISTON:  Off the record.

12          (Luncheon recess.)

13       A F T E R N O O N   S E S S I O N

14          (Time noted:  2:07 p.m.)

15  K E N D A L L   K L I E W E R, resumed and

16       testified as follows:

17  EXAMINATION BY (Cont'd.)

18  MR. SNELLINGS:

19     Q.    With regard to the plan

20  confirmation and the expectations that you're

21  going to be paying indenture fees, did the

22  debtor set aside a certain amount of money in

23  order to pay the fees?

24     A.    We did not specifically set aside

25  money.  In reviewing our ongoing cash

1               K. Kliewer

2    requirements and the amount of cash we had on

3    hand, we knew we had adequate cash on hand to

4    cover fees, so we didn't determine that a

5    certain amount needed to be set aside.  When

6    payments were made on the effective date, it

7    came out of the cash.

8         Q.    Did you have any projections of

9    what you thought the fees --

10        A.    We did have projections.  We didn't

11   really break those down.  We kind of had one

12   basket for overall emergence and professional

13   fees that we expected to range in total $20

14   million for all of those types of fees,

15   including Lazard's success fee, for example,

16   and indenture trustee fees and Houlihan

17   success fees and all the other professionals

18   that were involved in the case.

19        Q.    With regard to the Wilmington

20   settlement, and I don't want to characterize,

21   and I certainly don't want to mischaracterize

22   your prior testimony, but I think that you

23   testified that one of the benefits of that

24   settlement was the fact that Wilmington and

25   Harbert were going to bring class 8A to the

Page 96

K. Kliewer

1
2   table accepting the plan, that that was a
3   benefit to the estate because it would
4   curtail the litigation that was involved from
5   their objection to confirmation and all of
6   the other expenses that were incurred, and
7   that was a benefit of the estate?
8        A.    Correct.
9        Q.    But in the sense of the $2.25
10  million that was paid for their fees and
11  expenses, you never made an assessment or
12  determination about the time spent in
13  negotiating and drafting and finalizing that
14  settlement agreement, correct?
15       A.    No, essentially because it was
16  agreed upon between the creditors committee
17  and Wilmington Trust and Harbert, and North
18  Western management reviewed it and took the
19  position that this is a negotiated settlement
20  and this will benefit the company because
21  these parties will accept the plan of
22  reorganization and they will go into
23  confirmation as allies.  There was no need
24  to, I guess, distinguish between why it was
25  $2.25 million and whether we needed to dig

Page 97

K. Kliewer

1
2    into detail on that amount.  It was an agreed
3    upon settlement and all the parties that were
4    involved were in agreement with it.
5    Essentially we didn't try to dive in to say
6    how much of this relates to this, this or
7    this.
8        Q.    It would be fair to say that the
9    2.25 million that were paid to Wilmington,
10   Harbert far exceeds the negotiation and
11   settlement of their claims at the time of the
12   confirmation, that is, it included a lot of
13   other things that they did in the case?
14       A.    I suppose you could speculate that
15   without having actually seen the document.  I
16   wouldn't speculate to that.
17       Q.    Have you looked at Law Debenture's
18   fee request?
19       A.    I have not seen a fee request from
20   Law Debenture.
21       Q.    Did you assist and/or participate
22   in any way in putting together the objection
23   to Law Debenture's fee request that was filed
24   by the debtor?
25       A.    No, I haven't.

K. Kliewer

1
2      Q.   Do you know of anyone at the debtor
3  that participated in putting that objection
4  together?
5      A.   Not to my knowledge.
6      Q.   And is -- when you were provided
7  those requests or invoices from the indenture
8  trustees that we identified here, HSBC, on or
9  around the effective date, in preparation for
10 that, you weren't provided Law Debenture's
11 request for payment at that time?
12     A.   No, we were not.
13     MR. SNELLINGS:  I don't have any
14     further questions.
15     MS. DENNISTON:  I certainly don't
16     have any questions.
17     MR. SNELLINGS:  Thanks.
18     (Time noted: 2:15 p.m.)
19
            _____
            KENDALL KLIEWER
20
21 Subscribed and sworn to before me
22 this ___ day of _____, 2005.
23
24 _____
25

Page 99

```
 1
 2    -------------------- I N D E X --------------------
 3    WITNESS              EXAMINATION BY              PAGE
 4    KENDALL KLIEWER      MR. SNELLINGS               5
 5
 6
 7    -------------------- EXHIBITS --------------------
 8    KLIEWER EXHIBITS                              FOR ID.
 9    1     Deposition Notice                          8
10    2     Invoice from HSBC                         18
11    3     LeBouf Invoice                            28
12    4     Pryor, Cashman Invoice                    36
13    5     E-Mail                                    65
14    6     Annual Trustee Administration Dues        67
15    7     Term Sheet                                75
16    8     Executed Term Sheet, August 18, 2004   77
17    9     Invoices                                  87
18    10    Letter to Indenture Trustee               92
19
20
21
22
23
24
25
```

Esquire Deposition Services
1-800-944-9454

29eeeec1-3f2e-411f-b1ce-6a9644668bc1

Page 100

1

2                    C E R T I F I C A T E

3    STATE OF NEW YORK      )

4                          : ss

5    COUNTY OF NEW YORK     )

6

7            I, Adrienne M. Mignano, a Notary

8    Public within and for the State of New

9    York, do hereby certify:

10           That KENDALL KLIEWER, the witness

11   whose deposition is hereinbefore set

12   forth, was duly sworn by me and that

13   such deposition is a true record of the

14   testimony given by the witness.

15           I further certify that I am not

16   related to any of the parties to this

17   action by blood or marriage, and that I

18   am in no way interested in the outcome

19   of this matter.

20           IN WITNESS WHEREOF, I have

21   hereunto set my hand this 26th day of

22   January 2005.

23                    *Adrienne Mignano*

24          ─────────────────────────────
                 ADRIENNE M. MIGNANO

25

## A

accept 96:21
accepting 60:6 96:2
account 66:25
accounting 5:23
  6:2,8
accurate 68:8
achieve 61:4
act 26:3
action 100:17
active 48:2,3,5
  52:23
activities 42:9
  45:14
activity 42:13
  45:10
actual 29:10 58:3
  72:5 92:19
added 17:3
addition 66:23
  67:12
additional 21:9
  35:2 67:5 69:18
  72:10 83:15 91:18
address 5:12,13
addressed 36:24
  65:8
adequate 95:3
administer 4:14
administering
  80:10
administration
  25:24 67:20 68:6
  68:15 71:19 80:4
  87:11 99:14
administrative
  17:22
Adrienne 1:24 2:10
  100:7,24
advanced 76:7
adversarial 46:23
adversary 15:3,5
  31:3 46:22 47:19
  47:22 50:13 56:15
  56:21 58:11

advised 60:4
advisors 7:9,11
  55:12 57:5
advisory 12:22
  57:14
affect 29:7
affidavits 50:11
agent 25:22
aggregated 19:22
agree 23:4 34:5
  41:13,19 42:14
  43:12
agreed 4:2,7,11
  80:9 96:16 97:2
agreement 35:16
  39:12 40:5 57:8
  57:10,13 59:4
  78:3,4 89:10
  96:14 97:4
ahead 26:16 45:23
alleged 29:3
allies 96:23
allocated 72:19
  78:9
allowed 72:20
amended 24:18
  52:7 53:7 60:14
amendments 43:11
  50:22
amount 17:12 59:2
  60:21 67:9 71:18
  73:11 78:17 83:7
  88:18 94:22 95:2
  95:5 97:2
amounts 20:2
  48:12 52:17 66:2
  66:14 68:7 69:17
  70:4 72:12 83:17
  87:20 88:3
analysis 14:3
analyze 32:20
Andrews 63:22
and/or 97:21
annual 17:21 25:14
  25:21 26:2,15

67:19 68:5 99:14
answer 45:23
anticipation 20:20
Anybody 19:16
apologize 49:23
appear 22:10 31:22
  31:23 42:12 69:17
appeared 31:9
  68:12 91:6
appears 24:4 78:3
  78:8
application 7:19,20
  26:18 30:7 38:24
  74:19 77:2,7
  82:14,24 84:7
applications 6:19
  6:23 11:7,8,17
  26:22
applied 70:22
appointed 11:3
  64:14
approval 6:22
  11:11,12 19:23
approve 11:16,19
  58:7
approved 6:22
  11:21,24 16:20
  32:16 61:15 64:25
  65:2
approving 19:13
approximately
  19:6
April 44:2
areas 68:20
argue 71:7
arisen 31:3
arising 33:2
aside 94:22,24 95:5
asking 29:18 46:5
  81:25
asks 8:22
aspect 52:14
aspects 50:25
assessment 96:11
assets 81:16

assigned 74:3
assist 12:20 44:8
  97:21
assistance 32:13
assistant 10:25
  68:11 83:13,24
  90:12
assisting 32:14
associated 21:5
  30:13 40:6 63:24
  70:2 80:10
Associates 55:16,22
  69:20 78:25 79:3
assume 27:21 34:24
  58:23 69:4 77:25
  85:4 91:16
assuming 29:14
  74:17
assumption 24:12
  45:19 71:3
ate 74:18
ATL 92:24
Atlanta 3:11
attempt 89:12
  91:19
attended 55:5
attention 25:2
  75:20
attorney 64:9 66:18
attorneys 3:5,10
  4:3 23:2 37:15
attorney's 91:20
audit 79:2
auditor 27:2,6
August 75:3 77:14
  77:20 78:2,2,16
  99:16
authorize 14:10
authorized 4:14
authorizing 40:10
Avenue 2:9
avoid 34:2,6,13
  44:21
aware 28:15 38:16
  39:15 61:24 63:2

80:8,17 93:18
a.m 2:5

## B

back 11:25 17:9
  29:15 73:12,19
  83:6 85:11
backup 38:10,14
  66:13 88:5,9,25
balance 37:10
ballpark 85:7,11
Bank 7:15 13:21
  36:24 80:24 82:16
  83:6,10,19 84:3
  84:23 85:17 86:8
  86:14 87:10,14,20
  88:3 89:19 91:2
  91:11
bankruptcy 1:2 6:6
  6:17,25 10:16
  11:2 12:10 14:17
  15:4 17:2 18:14
  22:19 23:21 26:19
  27:12,16 28:8
  29:8 31:2 37:8
  38:24 39:21 40:2
  41:24 42:10,18
  43:14 47:9 52:24
  54:20 55:4,22
  61:2 70:24 71:19
  71:23 77:3 84:21
  87:24 90:16
based 29:2 31:7
  32:25 49:18 58:9
  64:8,24 70:25
  78:14
basically 25:23
  48:6 68:24
basis 53:10
basket 95:12
beginning 24:16
begins 34:3
behalf 12:14 41:25
  43:16 68:4
believe 12:14 14:2

14:25 15:19 17:21
20:9,22 21:2,8
26:7,21 35:21
36:2 39:22,24
47:17 52:3 53:8
56:11,17 60:2
61:12,19 64:2
67:7,24 74:15
77:12 78:22 81:4
81:9 82:22 83:9
83:18 84:6 85:24
87:22 88:23 90:6
90:12,19 94:3
**bell** 27:10 85:4
**beneficial** 58:14
60:23
**benefit** 32:12 34:8
34:21,24 35:4
90:24 91:7,10,13
91:16 96:3,7,20
**benefits** 32:11
95:23
**benefitted** 32:9
46:21 71:17
**benefitting** 71:6
**Bentley** 66:20,21
**best** 20:5 65:25
87:19
**billed** 26:14 40:12
**bills** 55:9 64:15
**Bird** 10:9,16 11:13
17:7 38:2
**black** 79:10
**blood** 100:17
**bondholders** 42:11
42:17 92:16
**bonds** 13:23 34:2,7
34:13 81:2,12
82:3,18 84:4,13
84:25
**books** 52:18
**Boston** 3:6
**Bove** 63:18
**box** 75:21
**break** 47:3 95:11

**breakdown** 59:6
63:5,10 65:20
66:7 67:14 69:5
69:24 70:11 71:8
72:6 81:10
**Brian** 10:9 11:13
17:7 38:2 83:11
83:18 86:4,14
87:13,21 88:17,19
89:20 90:3,15
91:3,12
**brief** 17:6
**briefly** 10:9,10
68:12
**bring** 91:18 95:25
**bringing** 15:10
**brought** 45:11
**build** 46:18
**bulk** 37:15 58:2
**business** 55:24

————————
**C**
**C** 3:2 100:2,2
**calculating** 73:8
**calculation** 73:15
73:22
**calendar** 24:17
**call** 28:12 31:20
88:12
**called** 5:2
**calling** 33:15 75:20
**calls** 28:22
**cap** 57:21 58:13,22
59:9,14 62:7 64:8
64:10,12 69:16
70:15 73:4 74:10
74:17 76:9,10
78:8,17
**caps** 51:18
**Carson** 92:17
**case** 1:6 6:20 8:13
8:15 10:19 12:6
12:11,18,20 17:17
30:7 31:2,4,25
47:20,25 48:2,5

48:20 49:11 53:3
54:8 55:12 56:10
56:16,20 57:6
64:14 70:3,4 71:9
74:11 80:4,15,18
86:9 95:18 97:13
**cases** 41:13 51:13
51:15
**cash** 94:25 95:2,3,7
**Cashman** 17:25
30:22 35:19 36:12
36:19,22 38:9,15
38:23 40:9 43:4
43:19 44:19 46:6
99:12
**Cashman's** 38:20
**casual** 11:6
**Cave** 83:12,19 86:5
86:14 87:13,21
88:17,19 89:20
90:3,15 91:3,12
**cc'd** 66:16
**CEO** 10:23 19:21
19:23 25:4 33:16
**certain** 69:2 94:22
95:5
**certainly** 37:13
95:21 98:15
**certify** 100:9,15
**cetera** 22:15
**CFO** 10:10 17:7
19:20 33:16
**changed** 39:22
51:25
**Chapter** 1:5 7:16
49:11 54:8 86:9
**characterize** 76:8
95:20
**charge** 41:6,17
73:2
**charged** 25:24
68:25
**charges** 35:13
68:15 85:25 88:2
88:6,12

**charging** 61:21
72:18 73:12,20
74:22
**Chase** 44:4 80:24
82:8 84:3
**checked** 17:9
**chief** 5:22
**Citibank** 44:3
**claim** 15:12 29:2,7
41:24 42:4,6,10
42:21 48:12 49:4
49:6,8,17
**claimants** 14:21
52:8,10
**claimed** 29:6
**claims** 48:22,24
49:14 50:5,10,12
51:4,5 52:17
68:20 72:20 97:11
**clarification** 40:8
40:20
**class** 14:20,22
15:13 39:19 46:13
46:17 52:2,6,6,9
60:10,18 61:6
72:20 73:21 95:25
**classes** 51:5 52:5
92:10
**client** 13:20 41:6
46:8 55:8
**close** 22:18
**closer** 20:25
**collateral** 81:20
**column** 21:23
**come** 12:6
**commence** 56:15
**commenced** 15:3
47:19 49:10
**comment** 43:15
51:2,14
**commenting** 43:22
50:20 53:25
**comments** 51:15
52:13 54:6
**committee** 7:6,9

14:24 32:15 47:16
58:4,16 59:17,25
60:19 61:5 62:22
62:23 63:7 64:25
71:12 78:5,21
96:16
**committee's** 60:16
**common** 52:8
**Communication**
92:16
**communications**
94:3
**companies** 56:4
**company** 3:5 8:19
10:7 11:10 12:24
15:24 16:10,21
18:13 20:23 25:5
33:8 37:23 39:7
46:16 47:6 50:7
54:12 56:3 58:2,5
58:17 59:23 60:4
60:4,21 61:5 68:4
71:13 72:17,24
84:24 93:12 96:20
**company's** 60:17
**compared** 22:9
**compensate** 45:13
**compensated** 46:6
46:9
**compensating**
46:12
**compensation**
72:10
**complaint** 44:20,21
44:24 45:2,3,7,11
46:8,15,20
**components** 9:25
**concern** 41:22
**conclusion** 91:8
**conducted** 53:13
**confirm** 28:6
**confirmation** 46:25
61:3 66:24 94:20
96:5,23 97:12
**confusing** 16:3

conjunction 26:2
connection 7:15
  8:12,14,16,18
  18:12,14 19:12
  26:18,20 29:12
  44:5 65:6
Connolly 63:18
consider 47:25 48:3
  48:4
considered 52:2
Considering 31:24
consistent 26:15
  38:18
constituents 46:19
  60:18 71:5
consult 10:6 55:19
consultant 70:9
consulting 7:14
  12:22 57:15
contacted 83:18
contemplated 13:8
content 94:5
contested 15:7,10
  49:10 56:22
context 39:14 49:24
  62:21 75:11 84:20
continued 80:5
control 13:23 84:4
  84:13
controller 5:18,20
  5:21 6:16
controversy 28:12
  28:13
Cont'd 94:17
conversation 10:12
  11:6 17:6,8
conversations
  17:14 20:11 36:8
  38:19 48:7,9,22
  90:11,13,15,20
copies 75:17
copy 65:5 67:8 93:3
Corporation 1:5
  24:25
correct 7:8 15:14

15:15 18:2,10
  19:10,11 26:25
  30:11 38:22 39:2
  41:11 42:25 43:2
  45:7 47:16 59:19
  59:21 70:13 72:8
  72:21 78:12,13,18
  82:13 83:2 84:9
  84:11 93:14,15
  96:8,14
corrected 93:17
correctly 83:11
  86:2
correspondence
  41:15
cost 65:4 91:20
costs 32:8 60:24
  71:4,19 72:11
council 7:7
counsel 10:11,24
  11:2,3 16:15 17:2
  17:8,14,20,24
  18:3 20:12,15,17
  22:6 27:15 28:21
  30:20,24 31:15
  33:15 34:15 38:2
  42:2 44:7,14
  45:13 46:3 48:7
  48:19 54:20 58:16
  59:23 60:2,25
  64:17 70:9 76:3
  83:11 89:7 91:3
COUNTY 100:5
couple 19:3 33:14
  48:9,21 83:13
  87:12 92:14
course 23:18 33:13
  42:2,15 90:16
court 1:2 4:16 6:6
  22:22,24 23:7
  26:19,23 38:24
  61:15 65:2 77:3
  91:19
cover 95:4
covered 31:2,8

created 92:25
creation 92:12
credit 72:24
creditor 45:11
creditors 7:6,9
  32:15 58:4,15
  59:17 60:16,19
  61:5 64:25 71:12
  78:4,21 96:16
criteria 31:11
curious 92:21
curtail 96:4
customary 24:15

---
### D
D 5:2 94:15 99:2
Dakota 5:14 80:25
  81:11,15,16,17
  84:13
date 8:8 18:7,22
  19:5,20 20:21
  21:14 28:5 33:10
  33:14 36:20 52:11
  61:4 65:15 67:21
  67:25 72:16 73:23
  75:10 76:20 77:9
  77:21 78:8 87:5
  88:22 92:4,11,13
  92:19 93:10 95:6
  98:9
dated 19:9 24:24
  36:23 75:3 77:13
dates 22:18
day 22:20 33:9,11
  33:13 77:14 98:22
  100:21
days 33:14
deal 28:20
dealing 68:19
dealings 68:22
debate 37:16
Debenture 3:5
  13:20 51:17 72:15
  80:13 89:21 93:14
  97:20

Debenture's 85:18
  93:21 97:17,23
  98:10
debtor 1:6 5:17 7:3
  7:15 12:12 15:18
  34:22 35:12 44:21
  45:12 46:4,10,12
  54:2 57:9,11
  59:20,22 62:2,15
  62:16 63:12 70:12
  71:20 72:13 75:2
  75:16,25 79:7,19
  80:8,9,14 81:2
  85:13 89:6,18
  93:20,23 94:22
  97:24 98:2
debtors 70:5
debtor's 9:13 32:3
  62:17 72:14
December 24:24
  42:5
decision 13:9
decisions 10:17,22
  13:3
deemed 60:22
default 68:14 87:11
DELAWARE 1:2
DENNISTON 3:11
  45:15 55:6 94:11
  98:15
deposed 8:10,15,17
deposition 1:10 2:7
  4:12 7:24,25 8:6
  8:20 10:14 99:9
  100:11,13
depositions 16:2
  53:14,18,19
Depository 72:23
derived 66:14
  68:16 70:16
descrbing 66:13
describe 25:11
  65:19 77:22 87:7
description 45:21
  45:22 62:24

descriptions 62:3
  63:8 69:8
designate 8:22
designated 9:4
desire 46:18 60:16
  60:17
detail 10:13 13:16
  23:6,25 38:10,15
  70:19 97:2
detailed 17:2
determination
  30:15 96:12
determine 49:8
  95:4
determined 16:18
  16:22 17:13 31:7
  58:17 60:20 64:10
  68:12 71:16,17
  91:5
developed 47:25
  60:9
difference 73:3
  74:9
differences 49:2
different 24:23
  25:15 48:9,21
  51:5 52:20 81:23
  83:20 87:12
dig 96:25
directed 24:25
directly 12:12
disciplined 15:21
disclosure 42:24
  43:6,10,15,23
  50:4,21,25 51:2
  51:10 71:25
discovery 53:13,17
discuss 9:4 83:7,10
  89:23
discussed 17:6
  20:16 44:5 68:9
  68:11 80:16 83:17
  90:10
discussing 39:18
discussion 30:20,24

31:15 37:25 40:16
68:18
**discussions** 11:4
16:6,11,15 37:21
52:13 90:7,23
**distinguish** 96:24
**distressed** 56:4
**distributed** 73:13
73:25 92:17
**distribution** 80:5
80:11 92:9
**DISTRICT** 1:2
**dive** 97:5
**document** 8:2
18:11,12,16,24
19:14,17 21:12
24:23 25:9 36:10
36:11,25 53:14
63:4 65:17 66:6
74:24,25 75:12
77:23 78:7 86:18
91:22 92:5,12,23
92:24 97:15
**documentation**
35:3 65:22 82:7
**documented** 75:25
79:14,19,22
**documents** 21:6
22:24 23:6 29:25
30:4 37:17,18
41:16 51:12 65:7
81:23 86:20,22
87:8,9 89:13,15
**documents/court**
22:14
**doing** 22:17 50:2
**dollars** 19:22
**double** 45:18,18
**draft** 34:3 75:24
**drafting** 34:14
71:24 96:13
**drafts** 13:6 75:14
75:15 92:15
**Drive** 5:14
**Drook** 10:23 11:19

25:2,3,4 38:2
**dropped** 79:15
**DTC** 73:9
**due** 68:6 70:18
**dues** 67:20 68:6
99:14
**duly** 5:3 100:12
**duties** 44:15
**duty** 42:16 43:13

_____ E _____
**E** 3:2,2 5:2,2,2
94:13,13,15,15,15
99:2 100:2,2
**earlier** 52:21 64:3
65:21 79:9,14
80:16 90:10
**effect** 4:15
**effective** 18:7 19:5
19:20 20:20 33:10
33:14 67:25 72:16
73:23 88:21 93:10
95:6 98:9
**either** 11:15 50:10
56:19 80:20 83:6
**emergence** 95:12
**emerging** 7:21
**Emily** 83:24 90:11
**employed** 57:4,5
**employment** 6:10
**ended** 12:4,4,7
78:11 83:16
**Eng** 83:24 90:11
**engage** 58:10
**engaged** 12:11,14
**ensure** 26:12
**entire** 51:12
**entries** 22:13 32:20
34:11 39:11 42:3
42:20 43:9 89:2,5
89:7
**entry** 21:14,25
23:11 33:21,24
34:3,14 44:2,18
46:3 89:14

**equipment** 81:17
**equivalent** 52:9
**Ernst** 12:6,17,19
80:19
**ESQ** 3:7,11
**essence** 60:15
**essentially** 10:14
11:8 28:18 50:14
51:24 52:6,10
65:21 81:15 96:15
97:5
**estate** 32:9,11,12
34:21,25 46:21
58:15 60:23 71:6
71:17 90:24 91:8
91:10,13,17 96:3
96:7
**estimation** 47:23
**et** 22:15
**evidence** 29:25
**evidenced** 43:20
**exact** 92:13
**exactly** 31:22 39:24
67:7 77:24 83:14
**EXAMINATION**
5:6 94:17 99:3
**examined** 5:4
**examiner** 61:14
64:14,23
**examining** 23:8
**example** 95:15
**exceed** 64:10
**exceeded** 62:9
**exceeds** 97:10
**exception** 93:11
**excess** 20:3 58:24
61:10,23 74:18
**executed** 77:13,19
99:16
**exercise** 73:2 74:22
**exercised** 61:21
72:17
**exhibit** 8:5,6,21
18:19,20 24:22
28:2,3 36:17,18

36:21 43:4 65:13
67:18,19,23 69:16
75:7,8 77:18,19
79:9,18 87:2,3,6
91:25 92:2
**EXHIBITS** 99:7,8
**expect** 35:12 44:12
44:14
**expectation** 42:8
**expectations** 94:20
**expected** 41:17
95:13
**expenses** 7:14 16:7
16:12,16,19 57:15
58:24 62:4,14
67:2 69:11,13,15
73:5 75:22 76:2,4
76:6 77:4,6 79:13
79:20 80:6,10,14
81:8 82:19 84:5
84:14,19 85:2,5,9
85:14,20 89:19,21
90:9 91:2 93:9
96:6,11
**experience** 16:5
47:24
**extended** 60:25
61:3
**extent** 28:23 45:21
48:23 52:18 56:5
**external** 6:4
**extraordinary**
88:12
**e-mail** 65:5,13
66:16 99:13

_____ F _____
**F** 94:13 100:2
**facade** 75:16
**face** 21:13
**fact** 95:24
**fair** 70:18 71:21
89:4 97:8
**Falls** 5:14
**familiar** 7:13 12:21

14:7 36:14 55:15
57:8
**far** 41:10 42:19
46:12 97:10
**Fargo** 13:22 84:12
**fashion** 75:21
**fee** 6:19,23 7:18,20
25:14,21,22,24
26:9,17,18,21
27:2,6 30:7 37:11
38:24 61:14,17
64:14 72:15 74:9
74:19,21 79:2
82:14,24 84:7
95:15 97:18,19,23
**feel** 9:12
**fees** 6:18 7:14
10:18 11:6,14,21
11:23 12:5,8,23
13:14,24 14:4,7
14:11 15:17 16:6
16:11,16,18,22
17:10,12,13,18,18
17:22 18:6 19:13
19:19,21 21:5
26:2,15,20,24
27:6 29:12 30:12
30:16 31:6,13
32:5,8,18 35:2,8
37:7,25 38:5,20
38:25 40:10 44:14
48:11 57:14,15,21
58:14,23 59:6
61:10,25 62:3,14
62:24 63:14,14
64:11,22 65:24
66:8 67:2,6 68:13
69:25 71:3,15
72:11 73:4 75:22
75:25 76:4,6 77:3
77:5 78:25 79:13
79:19,21 80:6,10
80:14,18 81:7
82:8,10,18 83:8
83:10 84:5,14,19

84:25 85:5,9,14
85:19 86:5 89:11
89:18,20 90:9,25
91:21 93:9,21
94:21,23 95:4,9
95:13,14,16,17
96:10
**figure** 85:7
**file** 40:18 56:9
74:19,21 77:2
**filed** 6:5,19 7:24
8:21 11:7,9 22:24
26:17,21 29:2,6
30:7 38:23 41:24
42:25 50:23 53:2
53:5 74:9 87:24
97:23
**files** 29:15,23,24
41:14
**filing** 4:4 6:3 34:7
42:9,20 49:17
**filings** 22:21
**final** 41:7 78:4
79:22
**finalized** 57:17,18
75:17
**finalizing** 96:13
**financial** 6:4,5 7:11
55:12 57:5
**financing** 56:23
**find** 89:13 91:3
**fine** 45:23
**finish** 94:10
**firm** 27:8 54:22
63:17
**firms** 24:15 41:5
**firm's** 24:16
**first** 14:13 22:12,20
24:13 42:24 53:7
60:13 77:23,25
79:17 82:17
**fiscal** 24:16
**five** 47:3
**Flynn** 36:23
**focus** 14:13

**follow** 24:4 50:5,6
**followed** 50:8,12,13
**follows** 5:5 94:16
**footnote** 73:10
**force** 4:15
**form** 4:9
**forth** 78:24 100:12
**found** 39:10
**four** 33:17
**fourth** 39:11 93:7
**Frank** 44:20
**Fraudulent** 44:22
**Fried** 44:19
**front** 9:8 30:14
**full** 5:8 93:10
**function** 6:2 44:7
**functions** 6:8
**funds** 70:10
**further** 4:7,11 23:6
38:9,14,14 66:12
70:11 88:25 98:14
100:15

___
**G**
___

**GA** 3:11
**gaining** 71:13,15
**Gary** 10:23 11:19
25:2,4 38:2
**gas** 84:24
**GE** 80:20
**general** 10:11,24
10:25 11:3
**generally** 51:3,4
63:7
**gentleman** 54:22
**getting** 26:20 32:15
**give** 5:11 23:19
**given** 41:19 42:18
46:17 69:8 71:9
73:20 100:14
**go** 10:13 13:15
45:23 60:20 83:6
96:22
**goes** 43:7
**going** 7:23 15:21

45:15 49:24 50:17
58:6 60:5 74:22
75:15 78:9 79:4
85:10 94:21 95:25
**Golden** 55:16,21
69:20 78:25 79:3
**good** 64:9
**Greenberg** 35:24
**Greene** 27:9
**grounds** 45:16
53:21
**group** 87:11 92:16
94:4
**guess** 35:14 45:9,24
49:22 64:21 72:3
80:17 91:12 96:24

___
**H**
___

**half** 69:15
**hand** 95:3,3 100:21
**happened** 24:13
49:20
**happening** 50:3
**Harbert** 14:8 28:25
52:4 54:3,13,13
54:15,20 55:25
56:15 57:5,11,22
58:5,11 59:7,17
59:24 61:9 62:4
62:12,22 63:12,25
65:24 66:8 69:22
70:6 71:13 74:8
75:23 76:7,24
77:4 78:6,9 95:25
96:17 97:10
**Harbert's** 64:7
70:3
**Hastings** 3:9 16:15
17:8 20:16 28:21
31:20 33:15 35:19
35:23 36:5 38:3
38:14,17 60:3
66:19 88:9 92:15
92:25
**Hatz** 63:18

**heard** 63:17
**hearing** 46:25 55:4
**hearings** 22:21
48:8
**held** 2:8 40:16
73:12,19
**help** 27:14
**hereinbefore**
100:11
**hereunto** 100:21
**hired** 12:19 55:11
55:13,19 64:18
**holder** 54:15
**holders** 23:13,20
41:25 43:16 44:9
46:14 61:7 72:19
73:14 93:24
**home** 5:12,13
**Houlihan** 95:16
**hour** 22:2 34:2
40:12 89:14
**hourly** 22:2,7 24:11
68:24
**hours** 33:11,18
40:19 69:3,6
**hours/rate** 21:24
**HSBC** 7:15 13:19
14:14,18 15:10,18
16:6,11,16,19,25
17:19 18:21 19:4
19:10 20:4,12,17
20:20 21:5,20
22:5,11 23:2,5
24:18 25:25 26:6
26:14,17 27:3,6
27:16,24 28:7
29:7 30:3,13,21
30:22 31:23 32:10
33:6 34:2,7,8,13
34:15,16 35:9,12
35:17 36:24 37:6
37:11,19,25 38:5
38:6,9,20,21 39:6
39:6,19,24 40:9
41:24 45:6,13

46:13 49:14,17
64:4 82:12,25
98:8 99:10
**HSBC's** 17:17 29:2
29:12 31:4 33:3
44:6 46:3 64:4

___
**I**
___

**ID** 99:8
**identification** 8:7
18:21 28:4 36:20
65:14 67:21 75:9
77:21 87:4 92:4
**identified** 34:11
98:8
**immediately** 12:7
**impact** 46:17
**importance** 76:18
**include** 6:3 58:13
71:24 81:7 89:18
**included** 17:18,22
19:6 20:7 35:8
37:5 38:21 39:5
51:6,10 70:23
72:4 97:12
**including** 7:6 35:18
76:6 95:15
**increase** 24:10,16
**increased** 60:11,12
**incur** 60:24 65:4
71:20 80:5
**incurred** 32:8 62:4
62:25 71:4 73:5
74:11 76:2,4 77:6
79:20 89:19 96:6
**indenture** 13:18,22
13:22 14:18,20,22
17:19 23:19 25:25
26:3 30:10 32:4,7
37:7 39:20,23,25
42:8,16 43:14
44:4,4,7,8,13
47:12,13,15 49:14
54:12,17 66:25
68:8 75:23 76:2,5

76:24,25 80:15,23
80:25 82:17 84:4
84:19,24 85:8,15
85:18 86:10 87:16
89:9 92:3,7 93:9
94:21 95:16 98:7
99:18
**indentured** 79:20
**independent** 62:13
**independently** 56:9
**indicate** 15:23,25
46:7 69:2 87:17
**indicated** 18:23
25:15 52:21
**indicates** 44:18
72:16 87:18
**indicating** 25:12
**indication** 21:17
92:22
**individual** 8:23
22:3
**individuals** 21:21
24:6,11
**information** 9:13
9:22 13:13 22:11
69:18
**initial** 11:11 22:19
22:21
**initially** 51:25
**initials** 21:14
**initiating** 47:21
**input** 51:7
**inquiries** 93:24
94:4,6
**instance** 11:20
48:17
**institution** 17:19
**intelligently** 28:16
32:24
**intended** 93:20
**interaction** 48:18
**interest** 12:16
34:16
**interested** 100:18
**internal** 6:8 33:17

**internally** 17:15
92:18
**intra** 64:22
**invest** 56:3,5
**investigate** 24:9
**investigation** 8:19
26:8 68:4 69:13
88:4
**investing** 56:4
**investment** 56:3
**investments** 56:6
**investor** 94:3
**invoice** 18:20 19:8
19:25 20:6,13,17
21:4,7,10 24:19
24:23,24 25:8,16
26:11 27:18 28:4
29:11,19 30:14,19
32:18 33:20 36:11
36:19,22 37:4,5
37:22 38:11 39:4
39:11 40:25 43:20
43:25 44:17 84:8
87:9,10,18 99:10
99:11,12
**invoices** 7:21 11:9
14:5 16:25 17:3,5
17:11 19:4 27:22
29:16 30:21,23
31:10 33:7,9,12
35:15,18,20,25
36:3,5 37:6 39:6
41:4 62:3,23 64:4
82:9,24 83:14,21
84:10,11 87:3,13
88:3,16 90:3,14
90:15,21 98:7
99:17
**involved** 6:22 13:2
13:5 49:19 50:9
50:19 58:5 68:20
95:18 96:4 97:4
**involvement** 31:4
32:23 33:3 50:17
51:9 52:19 63:21

86:12
**issuances** 25:15,17
26:3
**issued** 72:23 73:9
**issues** 28:15,19
30:25 31:8 32:23
33:2
**item** 40:18 41:11
42:6
**items** 8:24 9:14
35:6 39:10 83:21

**J**

**JANOFSKY** 3:9
**January** 1:12 2:4
23:11 76:3,5,19
76:22 77:6,9
100:22
**JOB** 1:25
**JOHN** 3:7
**JP** 13:20 80:24
81:3 82:7 83:7
84:2
**July** 5:22
**justifying** 66:13

**K**

**K** 3:11 5:1,2,2 6:1
7:1 8:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1

62:1 63:1 64:1
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1
86:1 87:1 88:1
89:1 90:1 91:1
92:1 93:1 94:1,15
94:15 95:1 96:1
97:1 98:1
**Karen** 66:16
**Karol** 3:11 55:9
**Kendall** 1:10 2:7
5:10 98:19 99:4
100:10
**kind** 31:6 50:15
95:11
**Kliewer** 1:10 2:7
5:1,10,11 6:1 7:1
8:1,6,9 9:1 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1,20,23
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1,3 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1,9
36:18 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1,13
66:1 67:1,19 68:1
69:1 70:1 71:1
72:1 73:1 74:1

75:1,8 76:1 77:1
77:19 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1
86:1 87:1,3 88:1
89:1 90:1 91:1
92:1,2 93:1 94:1
95:1 96:1 97:1
98:1,19 99:4,8
100:10
**Knapp** 10:10,23,24
11:13
**knew** 60:23 95:3
**know** 15:8,9 16:9
16:14 19:24 20:15
21:16,18 26:17
27:2,4,8 29:4,23
33:21 35:4,17,22
38:13 39:15 41:10
42:19 47:11 49:9
49:25 54:7,24
55:11,13,18,21,24
56:5 57:4 59:2,5
61:16 62:20 63:3
63:4 64:20,21
66:17,20 67:3
68:15,18,21 72:25
73:7 74:5 76:13
78:19 79:3,10,12
81:24 88:14 92:11
93:19 94:5 98:2
**knowing** 64:9
93:20
**knowledge** 8:23
9:12,21,25 10:3
13:25 16:13,17
19:17 24:19 28:11
28:25 39:13 40:4
44:23,25 45:2,8
47:18 51:9,14
53:2 56:7 58:6
62:19 63:9,16
64:13,16,19 65:25
69:19 70:14,21
72:12 74:12,20,23

76:17 78:15 79:24
80:12 81:18 84:22
86:8 87:19 88:7
88:10 93:23 98:5
**Kolstrip** 12:15
**KPMG** 6:14
**Kurth** 63:22
**Kurtzman** 92:17
**K-O-L-S-T-R-I-P**
12:16

**L**

**L** 5:2,2,2 94:15,15
94:15
**La** 92:16
**lack** 70:19
**laid** 75:21
**Lamb** 27:9
**largest** 37:13
**law** 3:5 13:20 27:8
41:5 51:17 72:15
80:13 85:17 89:21
93:14,21 97:17,20
97:23 98:10
**Lazard** 74:3
**Lazard's** 95:15
**leasehold** 12:16
**LeBouf** 27:8 28:3,7
29:20 30:2,5,6,21
33:20 34:15,22
99:11
**LeBouf's** 30:14,17
32:18 35:18
**led** 46:21
**left** 79:24 88:13
**legal** 7:13 12:22
57:14 60:24 64:13
80:18
**LEM** 33:22
**letter** 44:20 92:2,7
93:17 99:18
**letters** 92:22
**let's** 32:17 47:5
59:3 65:7
**lien** 61:21 72:18

**limited** 73:12,20 74:22
**limited** 28:14
**line** 22:10 42:6
55:24 69:17 79:10
83:20
**listed** 8:24 69:12
**litigation** 96:4
**little** 13:15 41:21
**LLP** 3:4,9 36:23
**Lodge** 63:18
**long** 5:19
**look** 9:16 36:13
40:17
**looked** 26:12 31:5
97:17
**looking** 23:7 31:12
32:21 39:9
**lot** 22:19,21,24
97:12
**lunch** 94:9
**Luncheon** 94:12
**L-A-Z-A-R-D** 74:3

**M**

**M** 1:24 2:10 100:7
100:24
**MA** 3:6
**MacRae** 27:9
**Madison** 2:9
**Magten** 44:21
**Magten's** 45:2
**mailing** 23:12
**main** 31:11
**maintained** 93:2
**maintenance** 40:18
41:7,14
**making** 10:17 13:9
**management** 54:14
54:15 58:17 60:4
60:22 75:15 96:18
**manner** 32:16
**March** 42:25
**mark** 8:4 65:11
**marked** 8:7,21
18:19,21 28:2,4

**matter** 36:17,19,21 37:19
65:14,16 67:18,20
67:23 75:7,9
77:18,20 79:8,18
87:2,4,6 91:25
92:3
**marriage** 100:17
**master** 93:2
**matter** 7:24 33:11
100:19
**matters** 15:7,11
49:10 56:22
**mean** 39:14 40:25
48:25 51:16 76:20
78:19 85:6 91:8
92:24
**meaning** 15:24
53:13 59:22
**means** 15:8,9
**meetings** 11:5
**Mellon** 12:14 80:20
**mentioned** 48:17
**Mignano** 1:24 2:11
100:7,24
**million** 11:15,18
19:22 57:22 58:14
58:20,24 61:10
62:2,8,9 66:10
67:12 70:15 71:8
72:5 73:4 76:9
78:8 95:14 96:10
96:25 97:9
**mind** 12:7
**minute** 11:25 47:3
**miscellaneous**
22:14
**mischaracterize**
95:21
**money** 71:22 94:22
94:25
**monies** 69:20
**Montana** 82:17
84:3
**monthly** 6:6 50:2
**Morgan** 13:21

**mortgage** 80:24 81:3 82:8
83:7 84:2
**mortgage** 81:2,12
82:18
**motion** 33:25 34:12
**motions** 22:22 56:9
**Moving** 42:23

**N**

**N** 3:2 5:2 94:13,13
94:13,15 99:2
**name** 5:8 27:13
54:21,23,24 56:14
63:19,23
**nature** 31:24 71:9
**NE** 3:10
**need** 96:23
**needed** 95:5 96:25
**negotiated** 54:5
61:6 64:24 70:16
78:20 96:19
**negotiating** 59:14
71:24 96:13
**negotiation** 57:24
59:3 97:10
**negotiations** 12:3,9
13:3,6,7 57:25
58:3 59:24 60:3
60:10 62:21 63:5
70:20 75:14
**Neither** 76:23,25
**never** 38:23 96:11
**new** 1:11,11 2:9,9
2:12 3:5 13:21
26:13 82:16 83:7
83:10,19 85:17
86:8,14 87:10,14
87:20 88:4 89:19
91:2,11 100:3,5,8
**Nixon** 2:8 3:4
**normal** 23:18 42:15
43:13
**North** 1:5 3:10 5:17
6:3,13 8:12,14,16
8:22 9:3,20 14:16

**16:10 19:16 24:25**
28:7,12 29:24
32:14 35:5 38:8
45:4 46:18 49:11
52:24 74:16 78:5
79:6 86:19 87:23
88:8,24 90:8
92:15 96:17
**Notary** 2:11 5:4
100:7
**noted** 13:11 94:11
98:18
**noteholders** 15:13
**notes** 14:19 39:18
39:19
**notice** 2:10 7:23 8:7
8:20 23:13,19
93:25 99:9
**notices** 23:17 44:3
44:9
**notification** 93:17
**Notwithstanding**
78:24
**November** 5:23
7:22 18:9 36:23
39:8 68:2 88:22
**number** 17:23
65:16 68:16 69:3
73:9 76:19 89:4
92:23
**numbers** 51:6 63:6
69:25 92:22
**numerous** 41:15
42:3 43:9

**O**

**O** 94:13,13,13
**Oaks** 5:14
**oath** 4:14
**object** 45:16 80:21
93:21
**objected** 53:7,21
80:14
**objecting** 49:13
**objection** 29:2

49:17 50:9 53:10
53:15 56:23 72:14
89:20 96:5 97:22
98:3
**objections** 4:8 34:4
34:7 50:4,11 53:2
53:5 56:9,19
80:17,18
**obligated** 74:13
**obligation** 32:3
85:13
**obtain** 60:17 83:19
**obtained** 83:15
**obtaining** 31:16
**obviously** 22:3
30:21 31:18 35:15
46:16,22 58:7
61:3
**occasion** 37:3 55:2
**October** 19:9 20:19
20:24,25 24:18
**odd** 27:23
**offered** 52:7,9
**offerings** 52:20
**offhand** 23:16 53:4
53:23 67:7 76:21
**officer** 4:13 5:23
**offices** 2:8
**Okay** 18:15 25:19
27:17 33:24 60:15
75:19 86:21
**once** 13:11 30:21
75:17
**one-page** 24:22
**ongoing** 12:9 34:25
71:18 94:25
**operating** 6:6
**operations** 9:14
**opinion** 52:22
90:25 91:9,13
**order** 60:18 61:22
66:24 72:10 94:23
**Ortiz** 48:13 68:18
**outcome** 100:18
**outlined** 11:22

**overall** 10:14 30:25
31:9 35:14 37:25
46:20 51:7 58:7
60:17,24 71:8
73:21 81:22 95:12
**oversecured** 82:3
82:23
**oversee** 6:2,7
**oversight** 6:17
**owing** 68:7
**owned** 81:16
**ownership** 12:15

_____
**P**

**P** 3:2,2
**page** 20:7 22:12
23:10 24:21 33:19
39:10 40:14,17
41:23 42:23 43:3
43:25 44:17 93:7
99:3
**paid** 6:24 7:15
12:23 13:14,24
14:7 15:17 17:9
17:17 18:7 19:20
20:3,3 26:6,16,20
27:23 30:9 35:8
35:15 38:5 41:11
41:18 42:8,21
43:21 46:4 57:21
58:18,19 61:9
63:11 64:11 66:2
66:8 67:9 68:10
68:13 69:20 70:5
71:22 79:4 84:13
84:19,25 85:4,9
85:12,19 86:5,13
87:20 88:18 90:5
91:17,19 93:10
96:10 97:9
**papers** 22:15 23:7
**paragraph** 66:22
66:23 72:15 93:7
**paralegal** 41:20
**part** 14:20 21:25

23:12 26:5 27:21
29:15 37:11,14,24
52:2 68:17 75:16
**participant** 52:23
**participate** 10:17
14:3 52:12 53:24
59:13,23 73:8,11
73:14,21 97:21
**participated** 10:21
60:3 98:3
**participating** 27:11
70:20
**participation** 70:2
70:3,23 86:8
**particular** 9:14
17:18 19:13 20:13
21:7,11 23:25
24:22 29:11,19
30:13 32:20 38:11
39:4 40:21 41:10
43:4,19,20 46:2
46:10 48:16 52:14
75:24 90:9 93:25
**parties** 4:4 46:23
96:21 97:3 100:16
**partner** 41:21
**party** 27:12 45:6
46:9 48:2,5 57:25
**Paul** 3:9 16:14 17:8
20:16 28:21 31:20
33:15 35:19,23
36:5 38:3,13,17
60:2 66:18 88:9
92:15,25
**pay** 34:22 61:22
65:23 71:2 72:10
75:25 79:19 80:9
82:18 84:4 85:14
86:2 89:10 94:23
**paying** 25:22 31:17
55:9 59:10 61:25
62:11 79:6 83:17
89:6 94:21
**payment** 6:18
10:18 11:10,19

13:4 14:10 19:5
29:12 35:12 37:6
37:11 38:4 40:10
44:14 57:14 61:13
73:19 74:16 77:3
90:8 98:11
**payments** 70:8 81:3
95:6
**Peabody** 2:8 3:4
**Peachtree** 3:10
**pendency** 23:20
**performed** 30:2
**performing** 21:17
22:3 24:7
**period** 31:7 69:3
| 86:9 89:5
**person** 9:3 21:17
83:4
**personal** 16:4,5
28:10 40:4 68:22
70:14
**personally** 15:23
20:11 32:22 40:23
48:18 61:24 73:7
83:9 94:2
**personnel** 31:20
35:23
**perspective** 55:9
**pertain** 90:13
**Phil** 66:20,21
**plan** 13:11 15:14
31:5 32:4,6,13,15
42:24 43:5,10,15
43:22 46:14,24
50:4,20,24 51:2
51:10,20 52:7,14
53:7,15,22 57:19
59:11 60:14 61:11
61:12 62:7 65:3
65:22 66:15 71:14
71:25 73:25 74:14
76:14 78:12 80:11
81:3 85:13 92:8
94:19 96:2,21
**plan's** 30:10

**played** 55:22
**playing** 60:5
**pleadings** 41:15
**please** 5:9 66:24
**plus** 76:4
**point** 24:5 39:23
65:9 66:6 78:19
**pollution** 84:3,13
**portion** 54:16
**position** 5:16 14:16
96:19
**possible** 46:20
**posted** 93:4
**post-petition** 85:25
89:11
**predecessor** 85:18
**preparation** 10:5
23:12 42:4,20
44:3 98:9
**prepared** 42:2
79:10
**preparing** 42:6
44:9
**present** 48:8 60:14
**president** 25:4
**pretty** 41:9 52:18
**previous** 26:12
51:8 78:16
**previously** 62:7
**pre-petition** 85:22
89:5,7,11
**primarily** 52:16
58:3
**primary** 83:3
**prior** 7:21 19:4
26:14 33:14 38:18
39:7 40:9 63:5,13
68:2,10 76:3 77:6
78:14 95:22
**probably** 20:25
33:11,17,17 40:13
67:25
**problem** 89:6
**proceeding** 50:3
58:11

proceedings 15:4,6
  31:3 46:23 47:20
  47:22 49:25 50:13
  50:16 56:16,21
  61:2 91:18
process 11:21 43:8
  49:5 50:4
produced 18:12
  36:10 74:25 86:19
production 65:7
professional 6:18
  7:14 10:18 12:5,8
  12:23 19:19 22:9
  24:14 31:19 35:2
  57:15,20 62:3,24
  75:22 81:7 84:5
  95:12
professionals 6:24
  7:4,5 12:2 31:17
  62:5,18 63:15
  64:5,18 77:5
  95:17
project 45:19
projections 95:8,10
prolonged 58:11
proof 41:24 42:4,6
  42:9,21
property 81:16
protecting 34:16
protracted 58:10
provide 52:13
provided 7:21
  16:25 19:4,18,23
  27:22 37:6 51:15
  59:11 61:12 62:7
  63:7 67:6,8 71:10
  75:15,18 77:4
  81:23 91:10 92:19
  98:6,10
providing 51:7
  54:6
Pryor 17:25 30:22
  35:18 36:12,18,22
  38:9,15,20,23
  40:9 43:4,18

44:19 46:5 99:12
public 2:11 5:4
  28:18 100:8
published 84:20
PUHCA 28:12,15
  28:20 29:3,6
  32:23 49:18
pursuant 2:10 30:9
  36:10 50:6 61:11
  66:23 68:8 73:25
  80:11 81:3 85:12
put 57:19
putting 53:24 66:5
  97:22 98:3
p.m 94:14 98:18

───── Q ─────
question 4:9 34:9
  45:17,25
questions 21:12
  24:10 29:18,22
  33:21 83:12 86:15
  94:10 98:14,16
quick 9:16
QUIPS 51:18,20
  52:5,15 85:19,21
  87:12,15,17 93:24

───── R ─────
R 3:2 5:2 94:13,15
  100:2
raised 28:22 83:12
range 95:13
rate 22:2,7 24:4,11
  68:24
rates 22:9 24:6,15
RC 21:15
reach 66:16 91:8
reading 45:10
really 55:7 91:12
  95:11
reason 11:16
reasonable 17:14
  26:10 31:9,22,24
  33:4 35:11 41:16
  42:7,13 44:12,13

45:12 46:5 58:18
  64:11 68:13 71:2
  71:4,16 91:4,6
reasonableness
  22:6 30:16 31:12
  31:14 90:24
reasonably 32:8
recall 11:20,23
  15:5,10 18:4,5,6
  21:8,10 22:22
  23:16 27:11,13,20
  29:4,13 30:4,6
  33:5 39:3,24 41:8
  47:21 49:12,13,15
  49:16,20 53:4,6
  53:12,17,18,19,20
  54:9,19,21,22
  55:23 56:12,14,17
  56:18,20 57:7,17
  63:19,19,23 66:21
  67:6,22 74:5
  76:10,21 77:24
  79:6 80:20 81:5,6
  81:10,14 83:11,14
  84:16,17 86:7,11
  86:13 92:13,14,20
receive 20:23 21:5
  36:4,6 63:13 66:7
  84:11
received 13:6,13
  17:10 21:2,9
  26:11 27:3 30:20
  32:11 33:8,9 39:3
  39:7 59:6 65:6
  67:22,24 72:9
  82:9,11 93:24
  94:2,4
receiving 33:12
recess 47:4 94:12
recognize 65:8
recollection 15:2
  15:17 20:5 29:10
  29:18 35:7 52:25
  53:9 57:13 60:8
  76:18 77:8 78:15

82:4 88:18 90:18
recommendation
  11:12
recommended
  58:15 59:20 60:6
reconcile 49:6
reconciliation
  48:23,24 49:5
  68:19
reconciling 48:11
  51:5 52:16
record 5:9 40:15,16
  94:11 100:13
records 68:25
  85:11 86:16
recoveries 46:17
recovery 61:22
reduced 71:18
  76:14 80:22
reducing 12:4,5,7
reduction 78:17
refer 29:25
reference 78:23
referenced 63:6
  65:20 69:16
referencing 39:16
  67:4
referred 63:11
  67:15 88:13
referring 30:2,5
  44:24
reflected 49:3
  73:10
refute 46:20
regard 6:15,18
  7:25 9:13 10:17
  14:4 15:16 16:4
  17:16,17,24 19:8
  20:2 21:4,23 22:6
  23:25 26:9 30:15
  32:4,10,17 34:10
  34:15,20 38:4,10
  39:17 41:23 43:9
  43:18,21 44:11
  45:9 46:2,10

49:16 50:2,24
  51:16,20 57:13
  63:4 68:3,5,14
  69:11,13,25 73:2
  75:22 79:8 80:23
  85:6,7 88:2,5
  90:22 91:7 93:13
  94:19 95:19
regarding 9:22
  16:11,16 20:13
  27:6 29:19 36:5
  37:22 42:3,20
  44:2,20 63:13
  82:8 90:8 93:25
registrar 25:21
regularly 11:5
reimburse 32:7
reimbursement
  77:5
relate 3 1:21
related 1 0:3,15
  17:12 23:17 31:19
  33:6 73:3 85:21
  86:14 87:11
  100:16
relates 97:6
relating 37:7 53:14
  70:5 87:15
relationship 54:11
remained 86:10
remaining 69:17
remember 51:24
  54:25 86:2
reordering 42:24
reorganization
  13:12 46:15 50:21
  53:16 57:20 59:12
  65:3,23 66:15
  71:14 92:9 96:22
repeat 34:9 45:25
  66:4
report 27:5
Reported 1:24
reporting 6:8
reports 6:7 36:4,7

50:2
**represent** 51:17
**representation** 80:19
**representative** 48:10 58:2 87:16
**represented** 15:13 27:16 47:11 54:7 56:13 63:20 86:4
**representing** 27:12 42:11,16 54:19 71:5 89:9
**request** 18:13 22:11 26:18 32:21 36:11 38:8,21 46:3 53:17 61:17 64:5 69:18 72:15 74:9,16,21,25 82:7 88:5,9,25 97:18,19,23 98:11
**requested** 61:13 62:10 69:9
**requesting** 37:6
**requests** 53:14 98:7
**require** 82:14
**required** 76:25 77:2 79:14
**requirement** 71:2 74:19,21 79:12,21 79:24
**requirements** 95:2
**reserved** 4:9
**resolution** 50:14
**respect** 6:17 8:23 9:7
**respective** 4:4
**response** 34:4,14
**responsibilities** 5:24 6:9,16
**responsibility** 42:15 43:13
**rest** 32:14 43:7
**result** 12:8 35:2,5 58:9 72:18 80:22
**resumed** 94:15

**retained** 7:3
**review** 7:18 9:11 11:11 17:5 19:13 19:17 22:14 26:14 26:24 30:12,19,23 31:10 33:25 34:18 35:3,19,25 43:5 43:15 44:21 46:7 59:13 62:2,13 64:6,23 65:4 79:2
**reviewed** 6:21 8:25 13:8 14:5 19:25 22:8,25 27:3 35:22 36:3 37:18 38:25 41:5 44:19 51:12 54:4 57:10 58:16 60:22 61:14 62:23 64:4,14 68:9 81:22 83:4 96:18
**reviewing** 29:11 33:6,12 34:12 43:22 51:7 86:16 89:13,14 94:25
**revisions** 71:25
**right** 24:13 40:3 42:23 66:5 76:21 90:19 92:21
**ring** 27:10 85:3
**River** 5:13
**road** 35:3
**role** 5:25 14:16 17:17 50:6 55:21
**roughly** 15:19 17:4 74:7
**RP** 21:15

_____
**S**
**S** 3:2 94:13,13,13
**safe** 58:23
**Salle** 92:16
**Sandra** 48:13,22 49:6 68:18
**sat** 47:15
**saw** 51:8 55:5

77:23,25
**saying** 22:13 23:12 45:20 59:8
**says** 21:24,25 66:23
**schedule** 8:24,25 10:13 84:18
**schedules** 49:3,7
**sealing** 4:5
**SEC** 8:17
**second** 21:25 33:19 36:13 52:7 79:15
**secured** 81:12 82:21
**securities** 8:18
**see** 17:9 25:18 27:18 37:4 43:3 55:3,9 65:7 72:7 78:7
**seeing** 48:7 54:25
**seek** 77:5
**seeking** 34:6
**seen** 8:2 18:16,24 25:8 27:5,19 36:25 41:4 61:18 63:3 65:17 72:5 75:4,5,11,13 77:15 86:22 91:22 97:15,19
**send** 11:11
**sending** 11:17
**senior** 15:13 39:17 39:19
**sense** 71:22 88:11 96:9
**sent** 20:24 92:14
**September** 87:25
**services** 24:14
**set** 76:10 78:24 86:20 94:22,24 95:5 100:11,21
**settlement** 13:7,10 13:12 52:3 54:2,5 58:8,13 60:7,21 61:6 64:24 71:11 95:20,24 96:14,19

97:3,11
**seven** 22:13 27:23
**share** 74:4,7
**shared** 70:11,12
**shares** 52:8 72:19 73:3,9,24
**sheet** 53:25 57:10 57:18 75:2,8 77:13,20 78:16 79:9 99:15,16
**Sherman** 36:22
**shortly** 33:10
**show** 7:23 18:11 27:18 36:9 65:5 74:24 77:12 86:18
**side** 88:13
**signed** 4:13,15 50:10
**significance** 76:19 76:22 77:10
**significant** 46:16
**similar** 32:19 82:11 82:25
**Sioux** 5:14
**sit** 14:24
**six** 33:18
**slightly** 82:5,22
**SNELLINGS** 3:7 5:7 8:4 13:17 18:18 27:25 36:16 40:15 47:2 65:11 67:17 75:6 77:17 86:25 91:24 94:8 94:18 98:13,17 99:4
**solely** 7:3
**sorry** 73:16
**sort** 14:13 23:18 39:9 42:15 60:14 70:19
**sought** 38:14
**South** 5:13,14 80:25 81:11,15,15 81:17 84:12
**speak** 10:6 28:16

32:24
**speaking** 51:3 55:8
**specific** 29:22 31:10 51:14 53:21 56:21 57:12 66:10 73:18 86:11 90:14 90:17,20
**specifically** 19:24 22:23 24:3 27:21 29:14 30:17 35:4 35:22 41:8 49:19 63:20 68:21 81:21 81:25 94:24
**speculate** 72:3 97:14,16
**speculation** 45:18
**spend** 43:5
**spent** 96:12
**split** 52:5 57:22 62:10
**spoke** 10:9
**ss** 100:4
**standard** 32:19
**started** 6:13
**starts** 42:5 43:5
**state** 2:11 5:8 25:16 81:24 100:3,8
**statement** 42:24 43:6,10,16,23 50:21,25 51:2,11 72:2 93:8,19
**statements** 6:4,5 49:3,7
**states** 1:2 75:24 79:18
**step** 11:25
**STIPULATED** 4:2 4:7,11
**stock** 73:24 74:6
**Street** 3:6,10
**Strike** 13:17
**struck** 71:11
**structure** 24:5
**subject** 64:23 69:15 79:2 94:5

submissions 61:18
submitted 11:9
  20:19 35:17 61:16
  88:17
submitting 77:7
Subscribed 98:21
subsequent 50:22
  52:2
subsidiary 8:16
success 95:15,17
sufficient 9:12
Suite 3:10
summarize 92:8
summary 19:19
Summer 3:6
support 21:6,9
  27:22 31:5 32:13
  46:18,19 59:9
  60:18 62:11 67:5
  71:9,14 82:9
  83:15
supported 29:16
supporting 46:14
  46:24
suppose 71:7 97:14
supposed 70:22
sure 9:24 10:2
  29:21 41:9 45:17
  56:4 66:5 79:16
sworn 4:12,16 5:3
  98:21 100:12

T

T 94:13 100:2,2
table 96:2
take 9:16,18 11:11
  27:17 33:6 36:13
  43:8 47:2
taken 47:4
talked 17:11 49:25
  90:23
talking 15:22 33:15
  39:12 83:23
task 21:17 22:3,17
  23:15,19 24:2

40:21 46:11 70:22
tasks 24:7
telephone 36:7
tell 18:25 36:14
  37:3 55:6 92:5
term 15:8,9 39:25
  53:25 57:10,18
  75:2,8 76:23
  77:13,19 78:16
  79:9 99:15,16
terms 13:9,13
  31:15 39:14 52:16
  54:5 58:8 73:13
  75:21 78:11 88:15
  91:11 92:8,18
testified 5:5 64:3
  94:16 95:23
testify 9:15
testimony 20:4
  38:19 78:14 95:22
  100:14
Thank 5:15
Thanks 98:17
thing 22:13 56:24
things 97:13
think 13:21 25:18
  35:11 42:5,7
  44:12 52:3 54:13
  55:7 80:16 83:16
  83:16 91:15 94:9
  95:22
third 23:10,11
  33:21 40:18
Thirteen 9:10
thought 95:9
thousand 27:23
three 25:15 33:11
  40:18 69:25 70:4
  72:11
time 4:10 9:18
  10:24 22:25 23:10
  24:5 31:7 33:5,17
  39:11 40:5 43:5,8
  45:20,22 46:2
  64:6 68:25 69:3

70:19 88:2,5,12
  88:25 89:4 94:14
  96:12 97:11 98:11
  98:18
timely 32:16
today 9:15 10:6
  29:17 74:6 90:23
told 27:14
Tom 10:10,23,24
  11:13
topics 9:5,8,23 10:2
  10:8
TOPrS 47:14 51:21
  52:5,15 54:13,16
  54:18 61:22 72:20
  75:2 80:5
total 19:6 20:3,6
  31:6 37:10,11
  59:5,8 95:13
trading 74:6
transfer 44:22
  66:24
transition 84:24
Traurig 35:24
traveling 5:15
treasurer 68:11
  83:13,25 90:12
treated 51:20
treatment 30:10
  52:14 60:9,12
trial 4:10
tri-party 39:12
  40:5
true 61:20 93:13
  100:13
Trust 3:5 12:24
  13:14,21 28:25
  33:25 34:6,12
  47:5,8,9 48:10
  52:4 54:12,16
  57:23 58:4,12
  59:8 62:12 65:23
  70:5 71:12 72:17
  72:23,24 73:19
  74:8 78:5,10 84:2

93:11 96:17
trustee 14:18,20,23
  17:20 23:19 25:14
  25:21 26:3 32:7
  37:7 39:20,25
  42:8,16 43:14
  44:8,13 47:12,13
  47:15 49:14 54:12
  54:17 64:22 67:20
  68:6 71:2 72:18
  75:23 76:2,6,24
  76:25 79:20 80:15
  80:25 82:17 84:24
  85:15,18 86:10
  87:16 89:9 92:3
  95:16 99:14,18
trustees 13:19
  25:25 30:10 32:4
  39:23 44:8 80:24
  84:20 85:8 92:8
  93:9 98:8
trustee's 67:2
try 15:21,23,25
  45:24 97:5
trying 34:13 45:19
  47:5
turn 33:19 40:14
  47:5
Turning 21:11
  24:21 41:23 88:16
two 12:6 59:7 62:10
  90:2,14,20
type 25:22 34:21
  40:20 44:15 45:10
  56:23 70:11,22
  82:6 85:7
types 45:14 95:14
typically 11:10
  50:10
T-O-P-r-S 47:14

U

ultimate 49:8 58:7
  58:12
ultimately 57:10
  58:18 65:2 71:15

80:21 91:5
undersecured 82:3
understand 31:19
  51:17 73:16 79:16
  81:22
understanding
  14:15 21:24 22:4
  22:16 23:14,22
  25:12,20,23 28:11
  28:14,17,23,24
  29:5 30:24,25
  31:16 32:2,6,25
  37:9 40:4,24 44:6
  44:10 47:7 50:15
  51:19,23 52:19,22
  54:10 56:2 59:10
  61:8 62:8 64:22
  68:23 70:25 79:23
  81:19 83:20 89:8
  89:17
understood 45:17
  45:22
UNITED 1:2
unnecessary 65:4
unsecured 14:19
  15:14 39:19
USA 36:24
use 32:19
usually 21:15,16
  92:23
utility 28:19

V

V 3:7
value 73:24 74:2,2
  81:19,24
various 9:5,22,25
  10:8 12:3 28:19
  28:22 50:9,11
  90:15 92:10
verbal 83:19
version 51:25 79:10
  79:14,15,22
versus 51:21 63:12
viewing 50:20

**violation** 29:3
  49:18
**vote** 71:15

_____
**W**
**W** 5:2 94:15
**waived** 4:6
**WALKER** 3:9
**want** 25:16 95:20
  95:21
**warrants** 52:8
**wasn't** 26:13
**watching** 47:24
**way** 16:3 17:10,11
  31:18 50:16 54:25
  55:3,5,10 97:22
  100:18
**website** 93:5
**Wednesday** 1:12
**week** 39:7 67:25
  68:2
**Wells** 13:22 84:12
**went** 24:7 26:16
  29:14 31:25 46:24
  weren't 64:23
  98:10
**Western** 1:5 3:10
  5:17 6:3,13 8:13
  8:16,22 9:4,21
  14:17 16:10 19:16
  24:25 28:7,13
  29:24 32:14 35:5
  38:8 45:4 49:11
  52:24 74:16 78:5
  79:6 86:19 87:23
  88:8,25 90:8
  92:15 96:18
**Western's** 8:15
  46:18
**we'll** 13:15 65:11
  94:10
**we're** 45:19 66:5
**WHEREOF**
  100:20
**White** 12:5,11,19

80:18
**willing** 60:20
**Wilmington** 12:24
  13:14,19 28:25
  29:6 33:25 34:6
  34:12 47:5,8,8
  48:10,14,19 49:10
  52:4,23 53:13
  54:2,8,11,16
  55:11,19 56:8
  57:11,16,23 58:4
  58:12 59:8,18,25
  61:9,25 62:4,12
  62:22 63:12,25
  64:6 65:23 66:9
  69:22 70:5 71:12
  72:9,17,24 73:6
  73:18 74:8 78:5
  78:10,21 80:3
  84:23 93:11 95:19
  95:24 96:17 97:9
**Wilmington's**
  63:14 64:15 70:2
**witness** 5:3 99:3
  100:10,14,20
**wondering** 82:2
**word** 27:17
**words** 18:25
**work** 6:12 29:25
  30:2 34:10,17,21
  34:23 43:21 56:8
  87:13
**worked** 12:17
  24:14 28:7 49:4
  92:18
**wouldn't** 72:3
  97:16
**written** 36:6
**WW** 90:11

_____
**X**
**X** 99:2

_____
**Y**
**year** 24:13,17
  26:12,15 68:10

**York** 1:11,11 2:9,9
  2:12 3:5 13:21
  82:16 83:7,10,19
  85:17 86:14 87:10
  87:14,21 88:4
  89:19 91:2,11
  100:3,5,9
**York's** 86:8
**Young** 12:6,17,19
  80:19

_____
**$**
**$2.25** 57:21 58:13
  66:10 70:15 71:7
  72:4 73:4 78:8
  96:9,25
**$2.97** 76:9
**$20** 74:3 95:13
**$27.50** 74:7
**$28** 74:7
**$382** 21:25 24:7
**$425** 24:8
**$46,209.30** 20:6
**$643,364.33** 37:10
**$700,000** 16:20
  20:4,8
**$750,000** 15:20
  16:20,23 17:3,4
  19:7 26:5 29:16
  31:6

_____
**0**
**02110** 3:6
**03** 42:6
**03-12872-JLP** 1:6
**04** 42:25 78:2,3

_____
**1**
**1** 8:5,6,22 18:9 39:8
  99:9
**1st** 7:22 68:2 88:22
**10** 92:2 99:18
**10-Ks** 6:3
**10-Qs** 6:4
**10:25** 2:5
**100** 3:6

**11** 1:5 7:16 49:11
  54:8 86:9
**115,910.72** 66:25
**12** 40:14,17
**13** 10:3
**14** 41:23 87:25
**15th** 20:25
**15,750** 90:4
**16** 66:23
**169725** 1:25
**17** 42:5 75:3 78:16
**18** 77:14,20 99:10
  99:16
**18th** 78:2,2
**19** 24:24

_____
**2**
**2** 18:19,20 39:10
  93:7 99:10
**2.25** 58:19,24 61:10
  62:2,8,9 67:12
  70:21 76:15 97:9
**2.97** 76:11
**2:07** 94:14
**2:15** 98:18
**2002** 5:23 89:6
**2003** 24:24 87:25
**2004** 5:22 18:9 19:9
  20:20 23:12 36:23
  44:2 75:3 76:3,5
  76:19 77:7,14,20
  99:16
**2005** 1:12 2:4 98:22
  100:22
**24** 36:23
**2400** 3:10
**25** 42:23 43:3
**250,000** 11:14
**26** 1:12 2:4
**26th** 100:21
**28** 23:11 43:25 76:3
  76:5,19 77:6
  99:11
**28th** 76:22 77:9

_____
**3**

**3** 28:2,3 99:11
**3.6** 89:14
**30** 44:17
**30(b)(6)** 16:2
**30308-2222** 3:11
**36** 99:12

_____
**4**
**4** 19:9 20:19 36:17
  36:18,22 72:15
  99:12
**4th** 20:24 24:18
**4-16-04** 44:18
**437** 2:9
**4510** 5:13

_____
**5**
**5** 65:12,13,16 69:16
  99:4,13
**55,640** 72:19
**57105** 5:14

_____
**6**
**6** 44:2 67:18,19,23
  99:14
**60,023.70** 68:16
**600** 3:10
**65** 99:13
**67** 99:14

_____
**7**
**7** 14:20,22 15:14
  20:7 39:19 46:13
  46:17 75:8 79:9
  79:18 99:15
**7,463.74** 69:14
**7-23-04** 33:25
**700** 15:19
**75** 99:15
**77** 99:16

_____
**8**
**8** 52:2 60:10 77:18
  77:19 99:9,16
**8A** 52:6,10 61:6
  73:13 95:25

**8B** 52:6,7,8
**87** 99:17

_____
        **9**
_____
**9** 87:3,6 99:17
**92** 99:18