# EXHIBIT F

10/04/2004 13:32 FAX 212 525 1366     HSBC BANK USA     ☒002/010



October 04, 2004

Invoice #   10027

Northwestern Corporation
125 South Dakota Avenue
Sioux Falls SD 57104
Att: Gary G. Drook

RE: Indenture Dated as of November 1, 1998

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 9/30/03 RC | Attendance at US Trustee's Organizational Meeting in Delaware/ review misc docs and court papers/ discussions with T. Moss of Pryor Cashman. | 6.20 382.00/hr | 2,368.40 |
| 10/1/03 RC | Review of miscellaneous documents / court papers, etc. | 1.20 382.00/hr | 458.40 |
| 10/7/03 RP | Review of miscellaneous documents / court papers, etc. | 1.20 382.00/hr | 458.40 |
| 10/28/03 RC | Review of miscellaneous documents / court papers, etc. | 1.60 382.00/hr | 611.20 |
| 10/31/03 RC | Review of miscellaneous documents / court papers, etc. | 0.80 382.00/hr | 305.60 |
| 11/3/03 RC | Review of miscellaneous documents / court papers, etc. | 0.80 382.00/hr | 305.60 |
| 11/4/03 RC | Review of miscellaneous documents / court papers, etc. | 0.80 382.00/hr | 305.60 |
| 11/7/03 RC | Review of miscellaneous documents / court papers, etc. | 0.80 382.00/hr | 305.60 |
| 11/10/03 RC | Conference call with Creditors' Committee/ review related docs./ discussion with T. Moss of Pryor Cashman. | 2.10 382.00/hr | 802.20 |

HSBC Bank USA, National Association
Corporate Trust and Loan Agency, 452 Fifth Avenue, New York, NY 10016-0200

PAGE 2/10 * RCVD AT 10/4/2004 2:27:11 PM [Eastern Daylight Time] * SVR:NY21/6 * DNIS:6355 * CSID:212 525 1366 * DURATION (mm-ss):02-50

NOR LD 00001

Northwestern Corporation

Page 2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/13/03 | RC | Review of miscellaneous documents / court papers, etc. | 0.90<br>382.00/hr | 343.80 |
| 11/14/03 | RC | Review of miscellaneous documents / court papers, etc. | 0.60<br>382.00/hr | 229.20 |
| 11/26/03 | RC | Review of miscellaneous documents / court papers, etc. | 0.70<br>382.00/hr | 267.40 |
| 12/1/03 | RC | Review of miscellaneous documents / court papers, etc. | 0.70<br>382.00/hr | 267.40 |
| 12/8/03 | RC | Review of miscellaneous documents / court papers, etc. | 0.80<br>382.00/hr | 305.60 |
| 12/9/03 | RC | Review of miscellaneous documents / court papers, etc. | 0.70<br>382.00/hr | 267.40 |
| 12/10/03 | RC | Conference call with Creditors' Committee/ review related docs./ discussions with T. Moss of Pryor Cashman | 2.10<br>382.00/hr | 802.20 |
| 12/11/03 | RC | Review of miscellaneous documents / court papers, etc. | 0.70<br>382.00/hr | 267.40 |
| 12/17/03 | RC | Review of miscellaneous documents / court papers, etc. | 0.80<br>382.00/hr | 305.60 |
| 12/18/03 | RC | Meeting with Creditors Committee and Counsel/review related docs./telephone conf with T. Moss of Pryor Cashman. | 3.20<br>382.00/hr | 1,222.40 |
| 12/19/03 | RC | Review of miscellaneous documents / court papers, etc. | 0.70<br>382.00/hr | 267.40 |
| 1/5/04 | RC | Review of miscellaneous documents / court papers, etc. | 1.10<br>425.00/hr | 467.50 |
| 1/6/04 | RC | Conference call with Creditors' Committee/ review misc. docs/ tel conf with T. Moss of Pryor Cashman. | 2.80<br>425.00/hr | 1,190.00 |
| 1/7/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.80<br>425.00/hr | 340.00 |
| 1/13/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.90<br>425.00/hr | 382.50 |
| 1/14/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.80<br>425.00/hr | 340.00 |

NOR LD 00002

10/04/2004 13:33 FAX 212 525 1366          HSBC BANK USA                                    ☑004/010

Page    3

Northwestern Corporation

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/15/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.60<br>425.00/hr | 255.00 |
| 1/26/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.60<br>425.00/hr | 255.00 |
| 1/28/04 | RC | Review of miscellaneous documents / court papers, etc./ preparation and mailing of notice to holders. | 1.80<br>425.00/hr | 765.00 |
| 2/2/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.80<br>425.00/hr | 340.00 |
| 2/11/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.80<br>425.00/hr | 340.00 |
| 2/16/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.80<br>425.00/hr | 340.00 |
| 2/17/04 | RC | Conference call with Creditors' Committee/ review related documents/ discussions with T. Moss of Pryor Cashman. | 2.40<br>425.00/hr | 1,020.00 |
| 2/18/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.60<br>425.00/hr | 255.00 |
| 2/23/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.90<br>425.00/hr | 382.50 |
| 2/26/04 | RC | Review of miscellaneous documents / court papers, etc. | 1.10<br>425.00/hr | 467.50 |
| 3/1/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.70<br>425.00/hr | 297.50 |
| 3/2/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.80<br>425.00/hr | 340.00 |
| 3/5/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.50<br>425.00/hr | 212.50 |
| 3/10/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.70<br>425.00/hr | 297.50 |
| 3/11/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.60<br>425.00/hr | 255.00 |
| 3/12/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.60<br>425.00/hr | 255.00 |

PAGE 4/10 * RCVD AT 10/4/2004 2:27:11 PM [Eastern Daylight Time] * SVR:NY21/6 * DNIS:6355 * CSID:212 525 1366 * DURATION (mm-ss):02-50

NOR LD 00003

Northwestern Corporation

Page 4

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/15/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.70<br>425.00/hr | 297.50 |
| 3/18/04 | RC | Conference call with Creditors' Committee/ review related documents/ discussion with T. Moss of Pryor Cashman. | 3.20<br>425.00/hr | 1,360.00 |
| 3/22/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.80<br>425.00/hr | 340.00 |
| 3/23/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.60<br>425.00/hr | 255.00 |
| 3/25/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.60<br>425.00/hr | 255.00 |
| 3/30/04 | RC | Conference call with Creditors' Committee/ review related documents/ discussion with T. Moss of Pryor Cashman. | 2.70<br>425.00/hr | 1,147.50 |
| 4/1/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.70<br>425.00/hr | 297.50 |
| 4/6/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.70<br>425.00/hr | 297.50 |
| 4/7/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.70<br>425.00/hr | 297.50 |
| 4/13/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.70<br>425.00/hr | 297.50 |
| 4/14/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.70<br>425.00/hr | 297.50 |
| 4/16/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.60<br>425.00/hr | 255.00 |
| 4/19/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.60<br>425.00/hr | 255.00 |
| 4/21/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.70<br>425.00/hr | 297.50 |
| 4/22/04 | RC | Conference call with Creditors' Committee/ review related documents/ discussion with T. Moss of Pryor Cashman. | 3.00<br>425.00/hr | 1,275.00 |
| 4/23/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.80<br>425.00/hr | 340.00 |

PAGE 5/10 * RCVD AT 10/4/2004 2:27:11 PM [Eastern Daylight Time] * SVR:NY21/6 * DNIS:6355 * CSID:212 525 1366 * DURATION (mm-ss):02-50

NOR LD 00004

10/04/2004 13:33 FAX 212 525 1366          HSBC BANK USA                              ☑006/010

Northwestern Corporation

Page 5

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/26/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.70<br>425.00/hr | 297.50 |
| 4/28/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.70<br>425.00/hr | 297.50 |
| 4/30/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.80<br>425.00/hr | 340.00 |
| 5/4/04 | RC | Review of miscellaneous documents / court papers, etc. | 1.80<br>425.00/hr | 765.00 |
| 5/5/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.70<br>425.00/hr | 297.50 |
| 5/7/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.70<br>425.00/hr | 297.50 |
| 5/10/04 | RC | Meeting with Creditors Committee and Counsel/ review related documents/ discussions with T.Moss of Pryor Cashman. | 4.20<br>425.00/hr | 1,785.00 |
| 5/11/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.60<br>425.00/hr | 255.00 |
| 5/13/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.70<br>425.00/hr | 297.50 |
| 5/18/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.70<br>425.00/hr | 297.50 |
| 5/19/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.60<br>425.00/hr | 255.00 |
| 5/20/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.70<br>425.00/hr | 297.50 |
| 5/24/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.80<br>425.00/hr | 340.00 |
| 5/25/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.70<br>425.00/hr | 297.50 |
| 6/1/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.60<br>425.00/hr | 255.00 |
| 6/2/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.70<br>425.00/hr | 297.50 |

NOR LD 00005

10/04/2004 13:34 FAX 212 525 1366        HSBC BANK USA                              ☒007/010

Northwestern Corporation

Page 6

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/3/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.50<br>425.00/hr | 212.50 |
| 6/7/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.80<br>425.00/hr | 340.00 |
| 6/8/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.80<br>425.00/hr | 340.00 |
| 6/9/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.60<br>425.00/hr | 255.00 |
| 6/15/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.70<br>425.00/hr | 297.50 |
| 6/16/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.70<br>425.00/hr | 297.50 |
| 6/22/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.70<br>425.00/hr | 297.50 |
| 6/29/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.90<br>425.00/hr | 382.50 |
| 6/30/04 | RC | Review of miscellaneous documents / court papers, etc. | 1.10<br>425.00/hr | 467.50 |
| 7/1/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.60<br>425.00/hr | 255.00 |
| 7/7/04 | RC | Conference call with Creditors' Committee/ review relatrd documents/discussions with T. Moss of Pryor Cashman. | 2.80<br>425.00/hr | 1,190.00 |
| 7/8/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.70<br>425.00/hr | 297.50 |
| 7/9/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.70<br>425.00/hr | 297.50 |
| 7/13/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.60<br>425.00/hr | 255.00 |
| 7/15/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.70<br>425.00/hr | 297.50 |
| 7/16/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.70<br>425.00/hr | 297.50 |

NOR LD 00006

10/04/2004 13:34 FAX 212 525 1366        HSBC BANK USA                            ☒008/010

Northwestern Corporation

Page 7

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/19/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.70 425.00/hr | 297.50 |
| 7/21/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.60 425.00/hr | 255.00 |
| 7/22/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.80 425.00/hr | 340.00 |
| 7/23/04 | RC | Conference call with Creditors' Committee/ review related documents/ discussions with T. Moss of Pryor Cashman. | 2.40 425.00/hr | 1,020.00 |
| 7/26/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.90 425.00/hr | 382.50 |
| 7/29/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.90 425.00/hr | 382.50 |
| 8/9/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.90 425.00/hr | 382.50 |
| 8/10/04 | RC | Review of miscellaneous documents / court papers, etc. | 1.10 425.00/hr | 467.50 |
| 8/13/04 | RC | Review of miscellaneous documents / court papers, etc. | 1.20 425.00/hr | 510.00 |
| 8/18/04 | RC | Conference call with Creditors' Committee/ review related documents/ discussion with T. Moss of Pryor Cashman. | 2.80 425.00/hr | 1,190.00 |
| 8/19/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.90 425.00/hr | 382.50 |
| 8/20/04 | RC | Review of miscellaneous documents / court papers, etc. | 1.40 425.00/hr | 595.00 |
| 8/24/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.90 425.00/hr | 382.50 |
| 8/26/04 | RC | Review of miscellaneous documents / court papers, etc. | 0.80 425.00/hr | 340.00 |

For professional services rendered                111.50    $46,209.30

Balance due                                                $46,209.30

NOR LD 00007

10/04/2004 13:34 FAX 212 525 1366          HSBC BANK USA                                    ☒009/010

Page    8

Northwestern Corporation

Funds for payment of this bill may be wired as follows :   HSBC Bank USA
    ABA# 021001088
    DDA# 002600161
    ATTN: Issuer Services

PAGE 9/10 * RCVD AT 10/4/2004 2:27:11 PM [Eastern Daylight Time] * SVR:NY21/6 * DNIS:6355 * CSID:212 525 1366 * DURATION (mm-ss):02-50

NOR LD 00008

10/04/2004 13:34 FAX 212 525 1366         HSBC BANK USA                            ☒010/010

December 19, 2003

Northwestern Corporation
125 South Dakota Avenue
Sioux Falls, SD 57104

Attn: Gary G. Drook
      President & Chief Executive Officer

7.875% Notes due March 15, 2007
6.95% Senior Debentures due December 15, 2028
8.75% Notes due March 15, 2012
_____

Annual Fee as Trustee, Registrar & Paying Agent
( 3 Issues @ $10,000.00 ea.)..................................................................$30,000.00

                                            Total due:      $30,000.00

Funds may be wired as follows:
                        HSBC Bank USA
                        ABA # 021001088
                        DDA # 002600161
                        Attn: R. Conrad
                        Ref: Northwestern

PAGE 10/10 * RCVD AT 10/4/2004 2:27:11 PM [Eastern Daylight Time] * SVR:NY21/6 * DNIS:6355 * CSID:212 525 1366 * DURATION (mm-ss):02-50

NOR LD 00009

**EXHIBIT G**

# LeBoeuf, Lamb, Greene & MacRae
## L.L.P.
A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
125 WEST 55TH STREET
NEW YORK, NY 10019-5389

Employer Identification No. 13-5608594

HSBC Bank USA
10 East 40th Street
10 East 40th Street
New York, NY 10016

Invoice Number    377195
Invoice Date      10/20/04
Client Number     08008
Matter Number     00001

---

RE: NorthWestern Corporation

For Professional Services Rendered Through 10/19/04:
In connection with the above-captioned matter as detailed on the attached computer print-out.

| | |
|---|---:|
| Current Fees | 24,720.00 |
| Current Expenses | 735.55 |
| Total Amount of This Invoice | 25,455.55 |

NOR LD 00012

```
^8008    Hsbc Bank Usa                          Invoice Number  377195
 00001   NorthWestern Corporation               Page 2
10/20/04
```

|  Date | Atty/Para | | Hours | Value |
|---|---|---|---|---|
| 07/22/04 | SCM | Review application for exemption under section 3(a)(3) of PUHCA. | 0.50 | 212.50 |
| 07/22/04 | S/B | Meeting with T. Moss regarding objection to claim on 1935 Act grounds (2.0); Review SEC Staff 1935 Act annotation for relevant cases (.80). | 2.80 | 1,470.00 |
| 07/23/04 | LEM | Review motion by Wilmington Trust to void Bonds of HSBC; Telephone conference with PUCHA Counsel Sherri Bloomberg regarding issues. | 1.00 | 625.00 |
| 07/23/04 | S/B | Review purchase agreement and indenture from senior note issuance with focus on representations and warranties and opinions on regulatory approvals generally and the 1935 Act specifically; Research regarding private right of action. | 1.50 | 787.50 |
| 07/26/04 | MMM | Review good faith challenge to Northwestern Section 3(a)(3) exemption and challenge to secured debt priority under Section 26 of PUHCA. | 1.25 | 562.50 |
| 07/26/04 | S/B | Begin draft response to objection; Further research regarding same. | 3.00 | 1,575.00 |
| 07/27/04 | MMM | Review Northwestern challenge to validity of debt based on PUHCA exemption application; telephone conference with S. Bloomberg re: good faith under PUHCA. | 1.00 | 450.00 |
| 07/27/04 | S/B | Work on draft response. | 3.50 | 1,837.50 |
| 07/28/04 | LEM | Attention to PUCHA issues. | 0.50 | 312.50 |
| 07/28/04 | S/B | Work on response brief. | 1.00 | 525.00 |
| 07/29/04 | MMM | Review and revise draft reply on Section 26 of PUHCA and good faith issues; consult with S. Bloomberg regarding same. | 2.50 | 1,125.00 |
| 07/29/04 | S/B | Review data room list and make arrangements to attend; Review M. Melnyk comments to draft brief. | 1.75 | 918.75 |
| | TOTAL | FOR 07-04 | | 15,351.25 |
| 08/02/04 | S/B | Revisions to reply; Forward same to T. Moss. | 0.50 | 262.50 |
| 08/03/04 | S/B | Review material in data room; Begin draft of revision to reply based on same. | 2.50 | 1,312.50 |
| 08/04/04 | S/B | Finalize edits to rider. | 0.50 | 262.50 |
| 08/23/04 | LEM | Conference and review status. | 0.25 | 156.25 |
| | TOTAL | FOR 08-04 | | 1,993.75 |
| 10/04/04 | LEM | Review new motion by law debenture to subordinate HSBC bonds. | 0.50 | 312.50 |
| ?/04/04 | MMM | Consult with S. Bloomberg regarding representation of HSBC at the | 1.25 | 562.50 |

```
^8008     Hsbc Bank Usa                      Invoice Number  377195
 )0001    NorthWestern Corporation           Page 3
10/20/04
```

| Date | Atty/Para | | Hours | Value |
|---|---|---|---|---|
| | | Northwestern confirmation hearing; Review background materials. | 0.25 | 156.25 |
| 10/05/04 | LEM | Conference with Sherri Bloomberg regarding court appearance. | 0.25 | 112.50 |
| 10/05/04 | MMM | Telephone conference with T. Moss regarding preparation for confirmation hearing - PUHCA issues. | 0.25 | 156.25 |
| 10/06/04 | LEM | Review motion of law debenture; Telephone conference S. Bloomberg. | 6.00 | 2,700.00 |
| 10/06/04 | MMM | Review background materials related to subordinated debt claim that PUHCA requires voiding Senior debt and prepare for Bankruptcy Court confirmation hearing; Attend Bankruptcy Court confirmation hearing. | 7.25 | 3,262.50 |
| 10/06/04 | MMM | Travel from College Park, Maryland to Phoenix, Arizona and return to attend Northwestern Chapter 11 confirmation hearing at the request of T. Moss - Pryor Cashman. | 0.25 | 112.50 |
| 10/07/04 | MMM | Update S. Bloomberg on Bankruptcy Court confirmation hearing. | | 7,375.00 |
| | TOTAL FOR 10-04 | | | |
| | | TOTAL HOURS | 49.05 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| S Bloomberg | 21.30 | AT | $525 | = | 11,182.50 |
| LE Miller | 6.25 | AT | $625 | = | 3,906.25 |
| MM Melnyk | 19.75 | AT | $450 | = | 8,887.50 |
| SC Mendonca | 1.75 | AT | $425 | = | 743.75 |

CURRENT FEES                                              24,720.00

NOR LD 00014

```
^8008    Hsbc Bank Usa                        Invoice Number  377195
 )0001   NorthWestern Corporation             Page 4
10/20/04
```

For Charges And Disbursements:

```
   Date                                                  Value
   --------                                              --------
10/06/04  MARKIAN M.W. MELNYK - Travel Out Of            626.80
          Town-Air Fare Phoenix, AZ; 3692;
          10/06/2004; Airfare, BWI-PHX-BWI                         626.80
          TOTAL Travel Out Of Town-Air Fare
10/06/04  MARKIAN M.W. MELNYK - Travel Out Of              7.00
          Town-Lodging Modification to Invoice
          16257WEB. Phoenix, AZ; 3692;
          10/06/2004; Breakfast                            8.00
10/06/04  MARKIAN M.W. MELNYK - Travel Out Of
          Town-Lodging Modification to Invoice
          16257WEB. Phoenix, AZ; 3692;
          10/06/2004; Lunch                                         15.00
          TOTAL Travel Out Of Town-Lodging                 1.00
10/06/04  MARKIAN M.W. MELNYK - Miscellaneous
          Charges Modification to Invoice
          16257WEB. Phoenix, AZ; 3692;
          10/06/2004; Tip                                            1.00
          TOTAL Miscellaneous Charges                     20.00
10/06/04  MARKIAN M.W. MELNYK - Local
          Transportation Modification to Invoice
          16257WEB. Phoenix, AZ; 3692;
          10/06/2004; Cab, downtown Phoenix to
          Sky Harbor Airport                              24.00
10/06/04  MARKIAN M.W. MELNYK - Local
          Transportation Modification to Invoice
          16257WEB. Phoenix, AZ; 3692;
          10/06/2004; Cab, Sky Harbor Airport to
          downtown Phoenix                                18.75
10/06/04  MARKIAN M.W. MELNYK - Local
          Transportation Modification to Invoice
          16257WEB. College Park, MD; 3692;
          10/06/2004; Drive own car, College
          Park to BWI to College Park                     30.00
10/06/04  MARKIAN M.W. MELNYK - Local
          Transportation Modification to Invoice
          16257WEB. Baltimore, MD; 3692;
          10/06/2004; Airport Parking                               92.75
          TOTAL Local Transportation                                735.55
                         CURRENT EXPENSES
```

8008    Hsbc Bank Usa                                  Invoice Number  377195
                                                              Page 5
10/20/04


                    TOTAL AMOUNT OF THIS INVOICE                25,455.55












                    PLEASE REMIT PAYMENT UPON RECEIPT
                    KINDLY REFERENCE OUR INVOICE NUMBER(S)
                    ON ALL CHECKS, WIRE TRANSFERS AND REMITTANCES
                    WIRE TRANSFER INSTRUCTIONS:
                    BANK:               CITIBANK, N.A.
                                        399 PARK AVENUE
                                        NEW YORK, NY   10043
                    ACCT. #:            4057-1596
                    ABA #:              021-000-089
                    SWIFT CODE:         CITIUS33
                    CREDIT ACCOUNT OF: LLG&M
                    REFERENCE:[INVOICE NUMBER(S) OR
                              NAME OF LLG&M ATTORNEY]

NOR LD 00016