**EXHIBIT H**

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-1441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1859294

October 29, 2004          INVOICE #158008

HSBC Bank USA
452 Fifth Avenue
New York, NY 10018-2706
Attn: John Mazzarella

RE: 05744.00484    Northwestern Bankruptcy

FOR PROFESSIONAL SERVICES RENDERED THROUGH  October 29, 2004

| MATTER | HOURS | FEE AMOUNT | DISBURSEMENT AMOUNT |
|---|---|---|---|
| 05744.00484 Northwestern Bankruptcy | 1581.80 | $ 633,620.50 | $9,743.83 |

| | |
|---|---|
| FEES | $ 633,620.50 |
| TOTAL FEES | $ 633,620.50 |
| TOTAL DISBURSEMENTS | $9,743.83 |
| TOTAL FEES AND DISBURSEMENTS | $ 643,364.33 |
| TOTAL BALANCE DUE | $ 643,364.33 |

*****REMITTANCE COPY*****

NOR LD 00017

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1863294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE   2

RE: 05744.00484    Northwestern Bankruptcy

DESCRIPTION OF SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 09/15/03 | EMH | Telephone conference with John Mazzarella; telephone conference with Frank Grippo; office conference with RL; various telephone conferences re: outstanding indebtedness and tri-party agreements. | 1.50 | 877.50 |
| 09/15/03 | EMH | Telephone conference with John Mazzarella; telephone conference with Frank Grippo; office conference with RL; various telephone conferences re: outstanding indbtedness and tri-party agreements. | 1.50 | 877.50 |
| 09/15/03 | RTS | PCs w/HSBC - Bob Conrad, disc. w/DS, EMH, PCs w/Chase - Jim Lewis  re: tri-party agmt. | .50 | 172.50 |
| 09/15/03 | DRS | Drafted/revised tri party agreement (JPMC - HSBC). | 2.30 | 782.00 |
| 09/15/03 | DA | Obtain and review DIP financing; petition and first day affidavit; email to T. Moss regarding same. | 1.20 | 408.00 |
| 09/16/03 | EMH | Telephone conference with Bob Conrad re: status; office conference with RM and RL re: discussion with Bob Conrad and status. | .75 | 438.75 |
| 09/16/03 | TNM | Conference with E. Hellige and R. Levy regarding new matter. | .20 | 99.00 |
| 09/16/03 | RTS | Reviewed tri-party agmt., disc. w/DS, P{Cs w/HSBC - Bob Conrad, PCs w/Chase - Jim Lewis | .75 | 258.75 |

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Accting@PryorCashman.com
TIN: 13-1859294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE    3

| | | | | |
|---|---|---|---|---|
| 09/16/03 | DRS | Revised tri party agreement and distributed (JPMC - HSBC) | .80 | 272.00 |
| 09/16/03 | DA | Phone call to U.S. Trustee's office regarding organizational meeting. | .10 | 34.00 |
| 09/17/03 | EMH | Telephone conference with Bob Conrad re: tri-party agreement; office conference with TM re: status; office conference with RS re: preparation of assignment. | .60 | 351.00 |
| 09/17/03 | TNM | Conference with E. Hellige regarding status (.1); telephone conference with R. Conrad regarding status (.1); review first day pleadings (.5). | .70 | 346.50 |
| 09/17/03 | RTS | Disc. w/EMH, DS, reviewed Assignment Agmt., P of A, PCs w/Chase - Jim Lewis | 1.00 | 345.00 |
| 09/17/03 | DRS | Drafted Power of Attonrey and Assignment of Trusteeship (JPMC - HSBC) | .80 | 272.00 |
| 09/17/03 | DA | Review email from D. Swarthout regarding status of tri party. | .10 | 34.00 |
| 09/18/03 | EMH | Review draft of Tri-Party Agreement for subordinated debentures. | .30 | 175.50 |
| 09/18/03 | RTS | PCs w/Chase - Jim Lewis, PCs w/WTC - Steve Cimalore, disc. w/DS, reviewed JS Indenture tri-party agmt., assignment agmt. | 1.00 | 345.00 |
| 09/18/03 | DRS | Searched for Declaratiuons of Trust on line, drafted tri party agreement and Power of Attorney and Assignment of Trusteeship (JPMC - WTC) and distributed. | 5.10 | 1734.00 |
| 09/19/03 | RTS | PCs w/Chase - Jim Lewis, disc. w/DS, TM, PCs w/WTC - Steve Cimalore  re: assignment forms | .50 | 172.50 |
| 09/19/03 | CSP | Review filings in the case. | 3.00 | 1050.00 |

NOR LD 00019

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1859294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE    4

| | | | |
|---|---|---|---|
| 09/22/03 EMH | Review revised draft of Tri-Party Agreements; telephone conference with DS re: proposed revisions. | .30 | 175.50 |
| 09/22/03 RTS | PCs w/Chase - Jim Lewis, disc. w/DS re: assignment docs., 9/30 org. meeting | .50 | 172.50 |
| 09/22/03 DRS | Revised Power of Attorney and Assignments and distributed. | 1.30 | 442.00 |
| 09/23/03 DA | Phone conference with US Trustee's office regarding committee solicitation form and organizational meeting. | .10 | 34.00 |
| 09/24/03 TNM | Review first day motions and case information. | 1.20 | 594.00 |
| 09/24/03 RTS | Disc. w/DS, EMH, reviewed Citibank form of tri-party agmt. re: MTN issues, PCs w/TM re: 9/30 meeting | 1.00 | 345.00 |
| 09/24/03 DRS | Reviewed Citibank tri party agreement and commented. | 2.00 | 680.00 |
| 09/25/03 DRS | Reviewed Citibank Indenture, revised comments to tri party and TCs. | 1.50 | 510.00 |
| 09/25/03 DA | Conference with D. Swarthout regarding debt; complete committee acceptance form. | .70 | 238.00 |
| 09/26/03 TNM | Review first day pleadings and case background (1.3); telephone call to A. Kornberg - left message (.1); draft addendum to UST questionnaire (.3). | 1.70 | 841.50 |
| 09/26/03 DA | Follow up with E. Hellige and D. Swarthout regarding execution of tri party; phone conferences with R. Conrad and T. Moss regarding formation meeting; draft attachment to committee acceptance form. | 1.00 | 340.00 |

NOR LD 00020

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1859294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE    5

| Date | | Description | Hours | Amount |
|------|--|-------------|-------|--------|
| 09/29/03 | TNM | Review recent pleadings filed (1.0); telephone cal with A. Kornberg regarding committee formation (.2); telephone call with US Trustee's office regarding same (.1); telephone call with R. Conrad regarding formation meeting - left message (.1); conference with C. Potamianos regarding formation meeting (.1); preparation for formation meeting (.8). | 2.30 | 1138.50 |
| 09/29/03 | RTS | Disc. w/DS  re: Citigroup Issue tri-party agmt., PCs w/WTC - Steve Cimalore  re: 9/30 meeting | .50 | 172.50 |
| 09/29/03 | DRS | Docs to S. Ortiz (WTC) and TC. | .50 | 170.00 |
| 09/29/03 | CSP | Conferences with TNM regarding creditors committee organizational meeting (.5); conference with DA regarding notice of appearance (.3); review pleadings in the case (6). | 6.80 | 2380.00 |
| 09/30/03 | TNM | Travel to/from Wilmington, DE for formation meeting (5.5); attendance at formation meeting with R. Conrad (4.9). | 10.40 | 5148.00 |
| 09/30/03 | RTS | PCs w/WTC - Steve Cimalore, disc. w/DS  re: docs. to RL&F, tri-party agmts. | .50 | 172.50 |
| 09/30/03 | DRS | Compiled documents to send to Richards Layton (WTC). | .80 | 272.00 |
| 09/30/03 | CSP | Review pleadings in the case (3); creditors committee organizational meeting (5). | 8.00 | 2800.00 |
| 10/01/03 | EMF | Meeting with T. Moss regarding attendance at organizational meeting. | .30 | 165.00 |
| 10/01/03 | TNM | Conference with R. Sarubbi regarding formation meeting and tri-partite agreement (.2); conference with B. Fox and R. Levy regarding formation meeting and staffing (.2); email to R. Sarubbi regarding debtor's counsel (.1). | .50 | 247.50 |

NOR LD 00021

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1859294

HSBC Bank USA                                      October 29, 2004
MATTER #05744.00484                               PAGE    6

| Date | | Description | Hours | Amount |
|------|---|---|---|---|
| 10/01/03 | RTS | Disc. w/DS, reviewed changes to tri-party agmt., PCs w/TM re: 9/30 meeting | .50 | 172.50 |
| 10/01/03 | DRS | TC (CitiBank) and sent documents to Company counsel. | .80 | 272.00 |
| 10/01/03 | CSP | Conferences with DA regarding notice of appearance (.4); conference with DS regarding execution of tripartite agreements (.3); review pleadings in the case (5). | 5.70 | 1995.00 |
| 10/02/03 | TNM | Review recent pleadings filed. | .50 | 247.50 |
| 10/02/03 | RTS | PCs w/TM, disc. w/DS, PCs w/WTC - Jim Nesci re: tri-party agmts., fee schedules | .50 | 172.50 |
| 10/02/03 | DRS | Revised WTC tri party and distributed. | .80 | 272.00 |
| 10/02/03 | CSP | Review pleadings in the case. | 4.50 | 1575.00 |
| 10/02/03 | DA | Draft and oversee filing of notice of appearance. | 1.00 | 340.00 |
| 10/03/03 | CSP | Review proposed creditors committee bylaws (.8); review pleadings in the case (6). | 6.80 | 2380.00 |
| 10/06/03 | TNM | Review recent pleadings filed (.2); review by-laws with C. Potamianos (.2). | .40 | 198.00 |
| 10/06/03 | CSP | Review proposed creditor committee bylaws (.5); conference with TNM regarding proposed creditors committee bylaws (.3); review pleadings in the case (5). | 5.80 | 2030.00 |
| 10/07/03 | TNM | Review recent pleadings filed. | .30 | 148.50 |
| 10/07/03 | CSP | Review pleadings in the case (4); review creditors committee counsel's status memo (.8); review creditors committee financial advisor's company overview (3). | 7.80 | 2730.00 |

NOR LD 00022

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Accting@PryorCashman.com
TIN: 13-1859294

HSBC Bank USA                                          October 29, 2004
MATTER #05744.00484                                    PAGE    7


| | | | |
|---|---|---|---|
| 10/08/03 TNM | Preparation for and attendance GL meeting of Creditors' committee with Debtor. | 5.50 | 2722.50 |
| 10/08/03 DRS | TCs re update | .30 | 102.00 |
| 10/08/03 CSP | Review creditors committee financial advisor's company overview (3.2); creditors committee meeting (5). | 8.20 | 2870.00 |
| 10/09/03 CSP | Review pleadings in the case. | 6.00 | 2100.00 |
| 10/10/03 RTS | Disc. w/DS  re: RL comments to tri-party agmt. | .50 | 172.50 |
| 10/10/03 DRS | TCs and reviewed comments to tri party (WTC) | .50 | 170.00 |
| 10/12/03 DRS | Revised JPMC-WTC tri party ag and sent documents to T. Moss and distributed revised tri party ag. | .60 | 204.00 |
| 10/13/03 TNM | Review recent pleadings filed and e-mail correspondence from Counsel. | .40 | 198.00 |
| 10/13/03 RTS | Reviewed revised tri-party agmts. | .50 | 172.50 |
| 10/13/03 DRS | Revised tri party (JPMC - WTC) and distributed, TC. | .30 | 102.00 |
| 10/14/03 TNM | Review recent pleadings filed (.3); review Committee correspondence (.2). | .50 | 247.50 |
| 10/15/03 CSP | Review pleadings in the case. | 3.50 | 1225.00 |
| 10/16/03 TNM | Review memoranda from Committee Counsel regarding various pending matters (.2); e-mail to J. Austin regarding tri-party agreements (.1); review recent pleadings filed (.2). | .50 | 247.50 |
| 10/17/03 CSP | Review proposed CSFB facility term sheet (1); review proposed retention and severance plan (.4); review 10/10/03 court hearing summary memorandum (.5). | 1.90 | 665.00 |

NOR LD 00023

# PRYOR CASHMAN SHERMAN & FLYNN LLP
## 410 PARK AVENUE
## NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1859294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE    8

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/20/03 | CSP | Review proposed securities trading motion (2.3); review retention application for creditors committee counsel (1); review proposed KERP plan (1). | 4.30 | 1505.00 |
| 10/21/03 | TNM | Conference call with Committee regarding various pending matters and preparation for same. | 1.50 | 742.50 |
| 10/21/03 | CSP | Review memorandum regarding KERP plan (1.2); review pleadings and orders in the case (6.5); creditors committee conference call (.9). | 8.60 | 3010.00 |
| 10/21/03 | DA | Phone conference with creditor regarding debtor's counsel (.1); phone conference with court regarding amendment of docket (.1). | .20 | 68.00 |
| 10/22/03 | CSP | Review pleadings and orders in the case. | 7.60 | 2660.00 |
| 10/22/03 | DA | Draft letter to Debtor's counsel regarding service of papers. | .20 | 68.00 |
| 10/23/03 | TNM | Review recent pleadings filed. | .60 | 297.00 |
| 10/23/03 | CSP | Review pleadings and orders in the case. | 7.50 | 2625.00 |
| 10/24/03 | TNM | Review recent pleadings filed, including DIP loan pleadings and loan date order. | .80 | 396.00 |
| 10/24/03 | CSP | Review proposed CSFB facility motion (1.2); review pleadings and orders in the case (4). | 5.20 | 1820.00 |
| 10/27/03 | TNM | Review recent pleadings filed and email correspondence. | .40 | 198.00 |
| 10/27/03 | CSP | Review pleadings and orders in the case. | 5.00 | 1750.00 |
| 10/28/03 | TNM | Review DIP motion (.6); review sale information (.4); conference with C. Potamianos regarding Rule 2019 statement (.2). | 1.20 | 594.00 |

NOR LD 00024

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1859294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE   9

| | | | |
|---|---|---|---|
| 10/28/03 RTS | Disc. w/DS, PCs w/WTC - Sandra Oritz re: tri-party agmt. | .50 | 172.50 |
| 10/28/03 CSP | Review creditors committee's objection to post-petition financing (.9); conference with TNM regarding status of successorship instruments (.5); review pleadings and orders in the case (5.5). | 6.90 | 2415.00 |
| 10/29/03 CSP | Review Expanets bids comparison (.7); review pleadings and orders in the case (7); communications with creditors committee financial advisor regarding outcome of Expanets auction (.4). | 8.10 | 2835.00 |
| 10/31/03 TNM | Review memorandum regarding pending motions. | .20 | 99.00 |
| 11/03/03 TNM | Review Credit Agreement (.6); review Committee update by HCH2 (.4); review recent pleadings filed (.2). | 1.20 | 594.00 |
| 11/03/03 CSP | Review petition of Magten to the US Trustee (.4); review creditors committee counsel memorandum regarding 11/6/03 hearing (.8). | 1.20 | 420.00 |
| 11/04/03 TNM | Review recent pleadings filed. | .50 | 247.50 |
| 11/04/03 CSP | Review amended and restated CSFB credit agreement (2.5); review pleadings in the case (1). | 3.50 | 1225.00 |
| 11/05/03 CSP | Review creditors committee financial advisor's company update (2.7); review pleadings and orders in the case (2). | 4.70 | 1645.00 |
| 11/06/03 TNM | Review company information. | .80 | 396.00 |
| 11/06/03 CSP | Review creditors committee member's letter regarding Magten's petition to the US Trustee (.4); review pleadings and orders in the case (5.5). | 5.90 | 2065.00 |

# PRYOR CASHMAN SHERMAN & FLYNN LLP
## 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1859294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE   10

| | | | |
|---|---|---|---|
| 11/07/03 TNM | Review recent pleadings filed. | .20 | 99.00 |
| 11/07/03 CSP | Review pleadings and orders in the case. | 3.30 | 1155.00 |
| 11/10/03 TNM | Participation in conference call with Committee and preparation for same. | 2.00 | 990.00 |
| 11/10/03 CSP | Creditors committee conference call (1.5); conference with TNM regarding creditors committee call (.2); review creditors committee financial advisor's Expanets sale analysis (.7); review proposed agreement with company CFO candidate (.7); review pleadings and orders in the case (2.8). | 5.90 | 2065.00 |
| 11/11/03 CSP | Review pleadings and orders in the case. | 7.50 | 2625.00 |
| 11/12/03 DRS | TCs and e-mails re update. | .30 | 102.00 |
| 11/12/03 CSP | Drafting letter to J. Austin regarding trustee successorship instruments (1.5); conference with DS regarding trustee successorship (.3); review pleadings and orders in the case (6.3). | 8.10 | 2835.00 |
| 11/13/03 TNM | Review KERP materials (.2); conference with E. Hellige and C. Potamianos regarding tri-party agreements (.3). | .50 | 247.50 |
| 11/13/03 CSP | Review revised KERP proposal (.8); conferences with DS regarding trustee successorship instruments (.5); conference with TNM regarding execution of trustee successorship instruments (.2); review pleadings and orders in the case (7.5). | 9.00 | 3150.00 |
| 11/13/03 IF | File maintenance | 5.00 | 650.00 |
| 11/14/03 CSP | Review pleadings and orders in the case. | 7.50 | 2625.00 |
| 11/17/03 EMH | Review correspondence re: execution of successorship documents; office conference with CP. | .50 | 292.50 |

NOR LD 00026

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1859294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE  11

| | | | |
|---|---|---|---|
| 11/17/03 TNM | Review and revise correspondence to J. Austin regarding tri-party agreements. | .50 | 247.50 |
| 11/17/03 CSP | Conference with DS regarding status of trustee successorship instruments (.3); review 10/10/03 court hearing transcript (2.5); conference with TNM regarding trustee successorship instruments (.3); drafting letter to J. Austin regarding trustee successorship instruments (1.3); communications with EMH regarding trustee successorship instruments (.2); review pleadings and orders in the case (4). | 8.60 | 3010.00 |
| 11/18/03 TNM | Review recent pleadings filed (.3); review bar date order (.1). | .40 | 198.00 |
| 11/18/03 CSP | Conference with TNM regarding trustee successorship (.2); communications with A. Kornberg regarding trustee successorship (.4); review pleadings and orders in the case (5). | 5.60 | 1960.00 |
| 11/19/03 CSP | Conference with DS regarding trustee successorship instruments (.3); review pleadings and orders in the case (4.5). | 4.80 | 1680.00 |
| 11/20/03 RTS | Disc. w/DS, EMH, reviewed letter to company counsel  re: tri-party agmts. | .50 | 172.50 |
| 11/20/03 DRS | E-mail to J. Lewis re Paul Hastings letter. | .20 | 68.00 |
| 11/20/03 CSP | Review pleadings and orders in the case (6.8); conference with DS regarding trustee successorship (.3). | 7.10 | 2485.00 |
| 11/21/03 EMH | Office conference with DS; revie debtor comments to Citibank tri-party agreement. | .50 | 292.50 |
| 11/21/03 RTS | Disc. w/DS, EMH, reviewed Paul Hastings comments to Tri-party agmt. | 1.00 | 345.00 |

NOR LD 00027

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1859294

HSBC Bank USA                                          October 29, 2004
MATTER #05744.00484                                   PAGE  12

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/21/03 | DRS | Tcs and reviewed Paul Hastings' comments to Instrument of Resignation (Citibank - HSBC) and TCs. | .80 | 272.00 |
| 11/21/03 | CSP | Conference with DS regarding status of trustee successorship instruments (.5); review letter of the US Trustee regarding establishing an equityholders committee (.7); review pleadings and orders in the case (7). | 8.20 | 2870.00 |
| 11/21/03 | IF | File maintenance | 3.00 | 390.00 |
| 11/24/03 | CSP | Conference with DS regarding trustee successorship (.4); review pleadings and orders in the case (7.3). | 7.70 | 2695.00 |
| 11/25/03 | CSP | Call with TNM regarding trustee successorship status (.2); review pleadings and orders in the case (8); review creditors committee counsel's communication regarding the addition to the creditors committee (.2). | 8.40 | 2940.00 |
| 11/26/03 | EMH | Review Company comments to Citibank tri-party agreement; telephone conference with TM; office conference with DS. | .50 | 292.50 |
| 11/26/03 | CSP | Communications with J. Tyras regarding trustee successorship instruments (.2); review pleadings and orders in the case (5). | 5.20 | 1820.00 |
| 12/01/03 | RTS | Disc. w/DS  re: tri-party agmts., reviewed changes | .50 | 172.50 |
| 12/01/03 | DRS | Reviewed comments to two tri-party agreements. | 1.50 | 510.00 |
| 12/01/03 | CSP | Communication with DS regarding status of trustee successorship instruments (.2); review proposed revisions to trustee successorship instruments (1.2); review pleadings and orders in the case (8); conferences with DS regarding trustee successorship instruments comments (.4). | 9.80 | 3430.00 |

NOR LD 00028

# PRYOR CASHMAN SHERMAN & FLYNN LLP
## 410 PARK AVENUE
## NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1862294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE  13

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/02/03 | TNM | Review recent correspondence regarding equity committee (.3); review recent pleadings filed (.4); review correspondence regarding Deustche Bank (.1); review analyst's report (.2). | 1.00 | 495.00 |
| 12/02/03 | CSP | Review request for equity committee letter from the US Trustee and the creditors committee counsel's response (.5); review pleadings and orders in the case (5). | 5.50 | 1925.00 |
| 12/03/03 | TNM | Review recent pleadings filed (.5); review indenture documents (1.2). | 1.70 | 841.50 |
| 12/03/03 | CSP | Review pleadings and orders in the case. | 1.00 | 350.00 |
| 12/05/03 | DRS | Reviewed Issuer comments to tri party agreements and revised accordingly. | 1.40 | 476.00 |
| 12/08/03 | CSP | Review proposed revisions to the trustee successorship documents (1.1); review pleadings and orders in the case (2.3); review schedules of assets and liabilities (3.5); review statement of financial affairs (2.7). | 9.60 | 3360.00 |
| 12/09/03 | TNM | Review recent pleadings filed (.2); conference with C. Potamianos regarding status (.2); review agenda for 12/10 hearing and conference with R. Levy regarding same (.2); review correspondence regarding request for equity Committee and proposed asset sale (.5). | 1.10 | 544.50 |
| 12/09/03 | DRS | Commented on board resolutions and TCs and revised three tri party agreements and distributed revised versions to all parties. | 2.90 | 986.00 |
| 12/09/03 | CSP | Review S&P report on the debtor (.4); review revised trustee successorship instruments (1); review revised trustee successorship resolutions (.3); review pleadings and orders in the case (5.5); communications with DS regarding trustee successorship (.3). | 7.50 | 2625.00 |

NOR LD 00029

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Accting@PryorCashman.com
TIN: 13-1859294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE   14

| | | |
|---|---|---|
| 12/10/03 TNM Preparation for 12/11 hearing (.8); telephone call with R. Conrad regarding Committee meeting (.1). | .90 | 445.50 |
| 12/10/03 DRS Reviewed comments to tri party agreement, TCs and e-mails. | .90 | 306.00 |
| 12/10/03 CSP Conference with TNM regarding trustee successorship (.2); review pleadings and orders in the case (4.3); review purchase offer for natural gas distribution system (1.3); review creditor committee counsel's response to equity committee formation request (.4); review amended schedules (3.5). | 9.70 | 3395.00 |
| 12/11/03 RTS Disc. w/DS re: final tri-party agmts., reviewed final tri-party agmts. | .50 | 172.50 |
| 12/11/03 DRS Revised trip party agreement and distributed for signatures, TCs and e-mails. | 2.90 | 986.00 |
| 12/11/03 CSP Review pleadings and orders in the case. | 1.50 | 525.00 |
| 12/12/03 DRS Distributed Tri Party Agreements to all parties | .80 | 272.00 |
| 12/17/03 CSP Reply to bondholder inquiry (.3); conference with TNM regarding creditors committee meeting (.3); review 1989 Citibank indenture (2); review 1998 Chase Manhattan indenture (2); preparing proof of claim (5.3). | 9.90 | 3465.00 |
| 12/18/03 TNM Attendance at meeting of creditors committee with debtor (3.0); conference with C. Potamianos regarding same (.3); telephone call with R. Conrad regarding same (.1). | 3.40 | 1683.00 |
| 12/18/03 DRS Attention to tri party agreements and e-mails. | .50 | 170.00 |
| 12/18/03 CSP Conference with TNM regarding creditors committee meeting (.3); creditors committee meeting (2.5); preparing proof of claim (3); review pleadings and orders in the case (2.5). | 8.30 | 2905.00 |

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1859294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE   15

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/19/03 | CSP | Review pleadings and orders in the case (4); review creditors committee counsel's letter to Deutsche Bank counsel (.2). | 4.20 | 1470.00 |
| 12/22/03 | TNM | E-mail from E. Diamond regarding bonds and forward to C. Potamianos (.1); conference with C. Potamianos regarding proof of claim (.1); review financial and related information (.6). | .80 | 396.00 |
| 12/22/03 | CSP | Communications with TNM regarding HSBC's trustee successorship (.2); review pleadings and orders in the case (3.5). | 3.70 | 1295.00 |
| 12/23/03 | TNM | Review pleadings, indenture documents and related documents. | 2.20 | 1089.00 |
| 12/23/03 | CSP | Communications with creditors committee counsel regarding HSBC's trustee successorship. | .50 | 175.00 |
| 12/24/03 | TNM | Review recent pleadings filed (.3). | .30 | 148.50 |
| 12/24/03 | CSP | Preparing proof of claim. | 1.00 | 350.00 |
| 12/29/03 | TNM | Review and revise proof of claim. | .80 | 396.00 |
| 12/30/03 | TNM | Review Memorandum Decision regarding stay relief. | .20 | 99.00 |
| 12/30/03 | TNM | Review sale proposal regarding Montana assets; e-mail to A. Komberg regarding same; conference with C. Potamianos regarding same. | .60 | 297.00 |
| 12/30/03 | CSP | Review letters regarding proposed purchase of old Montana Power assets (.8); conference with TNM regarding sale of old Montana Power assets (.2). | 1.00 | 350.00 |
| 12/30/03 | IP | File maintenance | 7.00 | 910.00 |

# PRYOR CASHMAN SHERMAN & FLYNN LLP
410 PARK AVENUE
NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1853294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE  16

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/31/03 | CSP | Review debtor counsel's letter regarding objection to fees of White & Case (.3); review creditors committee counsel's letters regarding objection to fees of Wells Fargo's counsel and Deutsche Bank's counsel (.4). | .70 | 245.00 |
| 01/05/04 | TNM | Telephone call with R. Conrad regarding confidentiality agreement. | .10 | 51.50 |
| 01/05/04 | DRS | Compiled documents for C. Potamianos. | .50 | 177.50 |
| 01/05/04 | CSP | Preparing Rule 2019 filing (3.8); review pleadings and orders in the case (1). | 4.80 | 1752.00 |
| 01/05/04 | IF | File maintenance | 7.00 | 910.00 |
| 01/06/04 | TNM | Participation in Committee conference call. | 1.40 | 721.00 |
| 01/06/04 | TNM | Review indentures and tri-party agreements; review and revise proof of claim. | 1.20 | 618.00 |
| 01/06/04 | TNM | Review materials in preparation for Committee conference call. | .80 | 412.00 |
| 01/06/04 | DRS | E-mailed re ignature pages and TCs. | .30 | 106.50 |
| 01/06/04 | CSP | Conference with TNM regarding creditors committee meeting. | .30 | 109.50 |
| 01/07/04 | TNM | Review and revise Proof of Claim and Addendum, and forward to R. Conrad. | 2.80 | 1442.00 |
| 01/07/04 | TNM | Telephone call to G. Kaplan regarding Montana Power notes (.2); conference with E. Fox regarding same (.2). | .40 | 206.00 |

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1859294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE  17

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 01/08/04 | TNM | Telephone call with P. DeFelice of Citigroup regarding proof of claim (.1); telephone call with J. Louis of Chase regarding proof of claim; left message (.1); review Citigroup invoice and e-mail to P. DeFelice regarding same (.1); review indentures and related documents regarding pre-petition transactions and conference with C. Potamianos regarding same (2.4). | 2.70 | 1390.50 |
| 01/08/04 | CSP | Conference with TNM regarding going flat transaction (.8); preparing proof of claim (1); review business plan summary and valuation analysis of creditors committee's financial advisor (2.5). | 4.30 | 1569.50 |
| 01/09/04 | TNM | Telephone call with J. Louis; left message regarding proof of claim and bar date (.1); telephone call with R. Conrad regarding notice to Holders (.1); conference with C. Potamianos regarding same (.1). | .30 | 154.50 |
| 01/09/04 | RTS | PCs w/TM, CP, PCs w/Chase - Jim Lewis, Larry O'Brien  re: fees for proof of claim | .50 | 182.50 |
| 01/09/04 | CSP | Preparing proof of claim for filing (6.5); conferences with TNM regarding filing proof of claim (.8); conference with TNM regarding 1/6/04 creditors committee meeting (.5); review creditors committee confidentiality agreement (1.8). | 9.60 | 3504.00 |
| 01/09/04 | DA | Review email from T. Moss regarding notice to holders (.1); conference with C. Potamianos regarding drafting same (.5). | .60 | 216.00 |
| 01/12/04 | TNM | Review and revise proof of claim and final preparation for filing; telephone call with J. Mazzarella regarding same; conference with C. Potamianos regarding filing procedures; review recent pleadings filed (1.2). | 3.90 | 2008.50 |

NOR LD 00033

# PRYOR CASHMAN SHERMAN & FLYNN LLP
## 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1859294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE  18

01/12/04 CSP Conferences with TNM regarding filing proof of       9.30  3394.50
             claim (.5); preparing proof of claim for filing
             (7.5); review pleadings and orders in the case
             (1.3).

01/13/04 TNM Review recent pleadings filed (.8); review           2.20  1133.00
             documents regarding potential claims and causes
             of action (1.3); review Committee minutes (.1).

01/13/04 TNM Review 1/14 hearing agenda and related                .50   257.50
             documents.

01/13/04 CSP Review 1/6/04 creditors committee meeting            8.40  3066.00
             minutes (.4); review pleadings and orders in
             the case (7); preparing Rule 2019 filing (1).

01/14/04 TNM Review status regarding proof of claim (.1);          .20   103.00
             telephone call with R. Conrad (.1).

01/14/04 CSP Preparing Rule 2019 filing (1.8); review             8.30  3029.50
             pleadings and orders in the case (5.3);
             communications with T. Gill regarding the proof
             of claim (.7); conferences with TNM regarding
             filing of the proof of claim (.5).

01/15/04 CSP Conference with TNM regarding the proof of           8.10  2956.50
             claim (.3); call with R. Conrad regarding
             notice to holders (.3); conferences with DA
             regarding the proof of claim (.8); preparing
             proof of claim copies for distribution to
             relevant parties (2.7); review pleadings and
             orders in the case (4).

01/15/04 DA  Phone conferences with T. Moss regarding             .80   288.00
             date-stamped claims (.2); review same (.4);
             conference with C. Potamianos regarding same
             (.2).

01/16/04 TNM Conference with C. Potamianos regarding proof        .40   206.00
             of claim (.2); review e-mail correspondence
             (.2).

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1853294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE  19

| | | | | |
|---|---|---|---|---|
| 01/16/04 | TNM | Review recent pleadings filed. | .30 | 154.50 |
| 01/16/04 | TNM | Review recent pleadings filed. | .30 | 154.50 |
| 01/16/04 | CSP | Conferences with TNM regarding the proof of claim (.8); preparing proof of claim copies for distribution to relevant parties (3.3); review pleadings and orders in the case (5.2); review creditors committee's counsel's update (.5). | 9.60 | 3504.00 |
| 01/20/04 | CSP | Prepare notices to holders of notes under the 1989 indenture (1.5); prepare notices to holders of notes under the 1998 indenture (1). | 2.50 | 912.50 |
| 01/20/04 | DA | Review pleadings served. | .20 | 72.00 |
| 01/21/04 | TNM | Telephone conference with R. Conrad regarding status. | .10 | 51.50 |
| 01/21/04 | CSP | Prepare notices to holders of notes under the 1989 indenture (.7); prepare notices to holders of notes under the 1998 indenture (1.5); conferences with TNM regarding notices to holders (.5); communication with R. Conrad regarding notices to holders (.3). | 3.00 | 1095.00 |
| 01/23/04 | DRS | Reviewed signature pages and distributed agreements. | 1.50 | 532.50 |
| 01/26/04 | TNM | Review recent pleadings filed. | .30 | 154.50 |
| 01/26/04 | CSP | Review creditors committee counsel's memorandum regarding KMZRosenman's reimbursement request (.5); review pleadings and orders in the case (2.8). | 3.30 | 1204.50 |
| 01/27/04 | CSP | Communications with TNM regarding KMZRosenman's reimbursement request (.3); communications with E. Diamond regarding KMZRosenman's reimbursement request (.3). | .60 | 219.00 |
| 01/29/04 | CSP | Review pleadings and orders in the case. | 1.50 | 547.50 |

# PRYOR CASHMAN SHERMAN & FLYNN LLP
## 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1859294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE  20

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 01/30/04 | CSP | Review creditors comittee counsel's communication regarding CELP/YELP and the associated complaints (2); review creditors committee financial advisor's applications for compensation (1.3). | 3.30 | 1204.50 |
| 01/30/04 | DA | Complete HSBC monthly status update for 1/04. | .10 | 36.00 |
| 02/02/04 | CSP | Review creditors committee counsel's memorandum regarding motion to assume executory contracts (.3); review pleadings and orders in the case (3). | 3.30 | 1204.50 |
| 02/03/04 | TNM | Telephone call A. Dawin regarding indentures (.2); conference with E. Fox regarding fraudulent transfer issue (.3); conference with E. Hellige regarding same (.1); e-mails to/from A. Kornberg (.1). | .70 | 360.50 |
| 02/03/04 | TNM | Review recent pleadings filed. | .30 | 154.50 |
| 02/03/04 | CSP | Preparing Rule 2019 filing (1); review pleadings and orders in the case (2.5). | 3.50 | 1277.50 |
| 02/04/04 | TNM | E-mails to/from A, Kornberg (.1); review recent pleadings filed (.3); review Indenture documents (1.6). | 2.00 | 1030.00 |
| 02/04/04 | CSP | Review debtor's objection to payment of Wells Fargo and counsel's fees and expenses. | .50 | 182.50 |
| 02/05/04 | EMF | Meeting with T. Moss regarding indenture provisions granting novation to original issuer. | .50 | 287.50 |
| 02/05/04 | TNM | Review indenture documents and conference with E. Fox regarding fraudulent transfer issues. | 1.50 | 772.50 |
| 02/06/04 | TNM | Conference with C. Potamianos regarding fraudulent transfer issues. | .30 | 154.50 |

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1839294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE  21

| | | | |
|---|---|---|---|
| 02/06/04 CSP | Review pleadings and orders in the case (3); conference with TNM regarding conflict issue that was raised (.3). | 3.30 | 1204.50 |
| 02/10/04 CSP | Review pleadings and orders in the case. | 2.30 | 839.50 |
| 02/11/04 TNM | Conference with C. Potamianos regarding status. | .10 | 51.50 |
| 02/11/04 CSP | Review pleadings and orders in the case. | 3.70 | 1350.50 |
| 02/12/04 TNM | Review e-mail correspondence and recent pleadings filed. | .30 | 154.50 |
| 02/12/04 CSP | Conference with TNM regarding potential conflict issue that was raised (.2); review creditors committee counsel's fee applications (4.3); review pleadings and orders in the case (3.8). | 8.30 | 3029.50 |
| 02/13/04 CSP | Review creditors committee counsel's fee applications (2.8); review pleadings and orders in the case (1.8). | 4.60 | 1679.00 |
| 02/13/04 IF | File maintenance | 3.00 | 390.00 |
| 02/17/04 TNM | Committee conference call with Debtor and review materials in preparation for same. | 1.30 | 669.50 |
| 02/17/04 TNM | Review recent pleadings filed. | .30 | 154.50 |
| 02/17/04 CSP | Creditors committee meeting (.7); review creditors committee counsel's memorandum regarding reimbursements of securities litigation fees and expenses, and related communications (.6); review pleadings and orders in the case (4.3); review creditors committee financial advisor's report on November results (.8). | 6.40 | 2336.00 |
| 02/18/04 TNM | Review documents regarding fraudulent transfer issues. | 1.30 | 669.50 |

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1859294

October 29, 2004
PAGE  22

HSBC Bank USA
MATTER #05744.00484

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 02/18/04 | CSP | Review pleadings and orders in the case (4); review creditors committee counsel's omnibus hearing summary (.3). | 4.30 | 1569.50 |
| 02/19/04 | TNM | Review e-mail correspondence and pleadings. | .20 | 103.00 |
| 02/19/04 | CSP | Review orders and pleadings in the case. | 3.80 | 1387.00 |
| 02/20/04 | CSP | Review pleadings and orders in the case. | 2.70 | 985.50 |
| 02/23/04 | TNM | Review recent pleadings filed. | .30 | 154.50 |
| 02/23/04 | CSP | Review 2/17/04 creditors committee meeting minutes (.3); review orders and pleadings in the case (3). | 3.30 | 1204.50 |
| 02/24/04 | TNM | Review e-mail correspondence regarding Committee matters; e-mail to B. Scheler; conference with E. Fox regarding status. | .40 | 206.00 |
| 02/24/04 | CSP | Review communication from B. Scheler regarding information from NorthWestern (.2); review orders and pleadings in the case (3). | 3.20 | 1168.00 |
| 02/25/04 | TNM | Review memornandum from Fried Frank regarding fraudulent transfer and related issues and conference with E. Fox regarding same. | .70 | 360.50 |
| 02/25/04 | CSP | Review memorandum from MagTen's counsel regarding asserted fraudulent transfer issues (1.5); review pleadings and orders in the case (4.7). | 6.20 | 2263.00 |
| 02/26/04 | TNM | Review and revise Rule 2019 Statement and conference with C. Potamianos regarding same. | .70 | 360.50 |
| 02/26/04 | CSP | Conference with TNM regarding Rule 2019 filing (.1); revising Rule 2019 statement (.8); review pleadings and orders in the case (7.2); communication with R. Conrad regarding Rule 2019 statement (.3); conference with DA regarding status of the case (.3). | 8.70 | 3175.50 |

NOR LD 00038

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Accting@PryorCashman.com
TIN: 13-1859294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE   23

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 02/27/04 | TNM | Telephone call E. Diamond regarding fraudulent transfer issue and committee meeting schedule (.2); telephone call R. Conrad regarding status (.2); e-mail to E. Fox regarding same (.1). | .50 | 257.50 |
| 02/27/04 | CSP | Review communication from TNM regarding fraudulent transfer memo (.1); review pleadings and orders in the case (1). | 1.10 | 401.50 |
| 03/01/04 | CSP | Call with R. Conrad regarding Rule 2019 statement (.1); filing and service for Rule 2019 statement (1.8); review pleadings and orders in the case (3). | 4.90 | 1788.50 |
| 03/01/04 | DA | Complete HSBC monthly status update for February 2004. | .10 | 36.00 |
| 03/02/04 | TNM | Review e-mail correspondence and memoranda regarding CSFB liens and related issues. | .30 | 154.50 |
| 03/02/04 | CSP | Review creditors committee counsel's memorandum regarding Colstrip Unit 4 sale leaseback transaction (.8); review creditors committee counsel's memorandum regarding liens securing the CSFB credit facility (.9); review pleadings and orders in the case (2.8). | 4.50 | 1642.50 |
| 03/03/04 | CSP | Review fourth interim application of creditors committee financial advisor for allowance of compensation and reimbursement of expenses (1.8); review pleadings and orders in the case (1.3); review fourth monthly fee application of creditors committee counsel (1.7). | 4.80 | 1752.00 |
| 03/04/04 | EMF | Calls with T. Moss and meetings with D. Albaugh regarding Northwestern and Montana issues. | 1.00 | 575.00 |
| 03/04/04 | TNM | Conference with D. Albaugh and E. Fox regarding CSFB lien issues (.5); review correspondence regarding same (.5); telephone call with committee counsel regarding same (.2). | 1.20 | 618.00 |

NOR LD 00039

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1859294

October 29, 2004
PAGE   24

HSBC Bank USA
MATTER #05744.00484

| | | | |
|---|---|---|---|
| 03/04/04 DA | Review committee memoranda regarding fraudulent transfer issues and CSFB liens (1.2); phone conferences with T. Moss regarding same (.8); phone conferences with committee counsel regarding same (.4); phone conference with E. Fox and T. Moss regarding same (.5); conference with E. Fox regarding same (.6). | 3.50 | 1260.00 |
| 03/05/04 DA | Review Magten's motion to extend time within which to challenge CSFB's lien (.3); draft email to T. Moss and E. Fox regarding same (.1); conference with E. Fox regarding same (.2). | .60 | 216.00 |
| 03/08/04 DA | Conference with T. Moss regarding Magten's motion regarding CSFB lien. | .20 | 72.00 |
| 03/09/04 TNM | Review memoranda regarding potential claims and related documents (.8); telephone call with R. Conrad regarding status (.2); telephone call with bondholders regarding proof of claim (.2). | 1.20 | 618.00 |
| 03/10/04 TNM | Review memoranda regarding going feat transaction. | 1.60 | 824.00 |
| 03/11/04 DA | Respond to V. Minic's inquiry regarding notice issue -- refer to Debtor's counsel. | .10 | 36.00 |
| 03/15/04 CSP | Review pleadings and orders in the case (5.6); review creditors committee counsel's memorandums regarding fraudulent transfers (2.5); review creditors committee financial advisor's presentation regarding the going-flat transaction (.8). | 8.90 | 3248.50 |
| 03/16/04 TNM | Conference with C. Potamianos regarding plan and 3/18 meeting (.1). | .10 | 51.50 |
| 03/16/04 CSP | Conference with TNM regarding status of the case (.2); review pleadings and orders in the case (2.5); review proposed plan of reorganization (5). | 7.70 | 2810.50 |

NOR LD 00040

# PRYOR CASHMAN SHERMAN & FLYNN LLP
## 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1859294

October 29, 2004
PAGE   25

HSBC Bank USA
MATTER #05744.00484

| | | |
|---|---|---|
| 03/17/04 TNM Review Plan and Disclosure Statement. | 2.30 | 1184.50 |
| 03/17/04 CSP Review Magten's comments to the plan of reorganization (2.8); review memorandum regarding plan of reorganization by Fried Frank (.5). | 3.30 | 1204.50 |
| 03/18/04 TNM Review Plan and Disclosure Statement (1.1); conference call with Committee regarding same (1.8); telephone call with R. Conrad regarding same (.2); conference with C. Potamianos regarding same (.2). | 3.30 | 1699.50 |
| 03/18/04 CSP Creditors committee conference call (1.7); conference with TNM regarding creditors committee call (.3); review creditors committee counsel's memorandum regarding reimbursement of fees (.7); review pleadings and orders in the case (4). | 6.70 | 2445.50 |
| 03/22/04 CSP Calls with TNM regarding creditors committee conference call (.4); communication with R. Conrad regarding creditors committee conference call (.2); review pleadings and orders in the case (6.8); call with R. Conrad regarding creditors committee conference call (.8); communication with T. Gill regarding previous meeting minutes (.2); review comments of A. Darwin to plan of reorganization (1). | 9.40 | 3431.00 |
| 03/23/04 CSP Review disclosure statement (5.5); review debtor counsel's response to Comanche Park claims (.2); review pleadings and orders in the case (1.5). | 7.20 | 2628.00 |
| 03/24/04 CSP Review pleadings and orders in the case (3); review disclosure statement (5.3). | 8.30 | 3029.50 |
| 03/24/04 DA Reply to D. Kwityn's email regarding notice. | .10 | 36.00 |
| 03/25/04 TNM Review Committee correspondence and recent pleadings. | .40 | 206.00 |

NOR LD 00041

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100

FAX: 212-326-0806

EMAIL: Acctng@PryorCashman.com

TIN: 13-1859294

October 29, 2004

PAGE   26

HSBC Bank USA
MATTER #05744.00484

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/25/04 | CSP | Review draft of previous creditors committee meeting minutes (.2); review pleadings and orders in the case (6.7); review creditors committee financial advisor's March operations update (1). | 7.90 | 2883.50 |
| 03/26/04 | TNM | Committee e-mail correspondence and review recent pleadings filed. | .30 | 154.50 |
| 03/26/04 | CSP | Review creditors committee counsel's communication regarding the next omnibus hearing (.3); review debtor's omnibus objections to claims (2.5). | 2.80 | 1022.00 |
| 03/29/04 | TNM | Review plan and disclosure statement and prepare revisions (2.8); review motion to appoint equity committee (.4). | 3.20 | 1648.00 |
| 03/29/04 | RTS | PCs w/TM, disc. w/MF, PCs w/HSBC - Bob Conrad re: Record date distributions, exchanges | .50 | 182.50 |
| 03/29/04 | CSP | Review disclosure statement (3); review plan of reorganization (4.3). | 7.30 | 2664.50 |
| 03/30/04 | TNM | Review plan and disclosure statement and e-mails to A. Darvin and S. Herrmann regarding same. | 1.70 | 875.50 |
| 03/30/04 | CSP | Conference with TNM regarding the proposed plan of reorganization (.5); review proposed plan of reorganization (3); review pleadings in the case (5.2). | 8.70 | 3175.50 |
| 03/31/04 | TNM | Conference call with A. Darivin and S. Herrmann regarding plan (.8); telephone call with R. Conrad regarding plan (.2). | 1.00 | 515.00 |
| 03/31/04 | RTS | Conf. call w/working group, PCs w/TM re: distribution through DTC | .50 | 182.50 |

NOR LD 00042

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1859294

October 29, 2004
PAGE  27

HSBC Bank USA
MATTER #05744.00484

| | | | |
|---|---|---|---|
| 03/31/04 CSP | Review proposed plan of reorganization (3); call with A. Darwin, S. Herrman and TNM regarding comments to the plan of reorganization (.5); conference with TNM regarding the plan of reorganization (.2); review pleadings and orders in the case (3.8). | 7.50 | 2737.50 |
| 04/01/04 TNM | E-mails to/from A. Darvin and S. Hermann regarding plan (.1); telephone call with A. Darvin regarding plan (.4); review plan documents (.5). | 1.00 | 515.00 |
| 04/01/04 CSP | Review creditors committee's response to Magten's extension motion (.4); review creditors committee's response to Hydrodynamics' motion to lift stay (.3); review creditors committee's response to Magten's motion for relief from automatic stay (.3); review pleadings and orders in the case (8). | 9.00 | 3555.00 |
| 04/02/04 CSP | Review Oaktree's comments to response to Magten's request for extension (.2); review creditors committee objection to appointment of an equity committee (.5); review pleadings and orders in the case (7.5). | 8.20 | 3239.00 |
| 04/02/04 IF | File maitenance | 4.00 | 520.00 |
| 04/05/04 TNM | Review plan and disclosure statement (.7); review pleadings and related documents regarding CFSB lien, Mayten stay relief motion, and request for appointment of equity committee (3.3). | 4.00 | 2060.00 |
| 04/05/04 RTS | PCs w/TM, PCs w/HSBC - Bob Conrad  re: DTC distribution, Plan language | .50 | 197.50 |
| 04/05/04 CSP | Review pleadings and orders in the case (4.5); review plan of reorganization (1.8); review disclosure statement (3.5). | 9.80 | 3871.00 |

NOR LD 00043

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1859294

October 29, 2004
PAGE   28

HSBC Bank USA
MATTER #05744.00484

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 04/05/04 | DA | Review email from T. Moss regarding notice to holders (.1); confer with C. Potamianos regarding same (.2). | .30 | 114.00 |
| 04/06/04 | TNM | Conference with R. Sarubbi regarding plan issues (.2); conference call with R. Conrad, J. Clark and R. Sarubbi regarding plan distribution issues (.5); draft e-mail to indenture trustees regarding same (.3); review plan and disclosure statement and draft comments (1.6); review hearing agenda (.2); review Committee correspondence (.2); review recent pleadings filed (.3). | 3.30 | 1699.50 |
| 04/06/04 | RTS | Conf. call w/TM, HSBC - Bob Conrad, & DTC - Joe Clark, Conf. call w/TM & HSBC - Bob Conrad re: DTC distribution, PCs w/TM | .50 | 197.50 |
| 04/06/04 | CSP | Preparing notices for Citibank indenture note holders (2.5); preparing notices for Chase indenture note holders (2); review pleadings and orders in the case (5.5); review communication from creditors committee counsel regarding proposed equity committee hearing (.2). | 10.20 | 4029.00 |
| 04/07/04 | TNM | Review plan and disclosure statement and draft revisions (1.0); e-mails to/from Committee counsel regarding same (.2). | 1.20 | 618.00 |
| 04/07/04 | CSP | Conference with TNM regarding creditor inquiry (.3); review pleadings and orders in the case (8.5); research and respond to M. Cohen regarding inquiry about securities trading order (1.3). | 10.10 | 3989.50 |
| 04/07/04 | DA | HSBC status update for March 2004. | .10 | 38.00 |
| 04/08/04 | TNM | Preparation for hearing (.3); travel to/from Wilmington for hearing regarding CSFB liens and Magten claims (5.0); attendance at hearing regarding CSFB liens and Magten claims (3.5). | 8.80 | 4532.00 |

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1869294

October 29, 2004
PAGE   29

HSBC Bank USA
MATTER #05744.00484

| | | | | |
|---|---|---|---|---|
| 04/08/04 | CSP | Communication with TNM regarding Magten's motion for relief from stay (.2); communication with KEW regarding Magten's motion for relief from stay (.7); review pleadings and orders in the case (5); review disclosure statement (4). | 9.90 | 3910.50 |
| 04/09/04 | CSP | Review debtor counsel's letter and proposed settlement with MPSC and MCC (1.5); review debtor counsel's letter regarding registration of certain equity holders under PUHCA (.3); review creditors committee counsel's letter regarding the 4/8 omnibus hearing (.4); review pleadings and orders in the case (1.5). | 3.90 | 1540.50 |
| 04/09/04 | DA | Take call from P. Brickley regarding outcome of Magten motion and phone conference with T. Moss regarding same. | .10 | 38.00 |
| 04/12/04 | TNM | Review committee memoranda (.8); review recent pleadings filed (.4). | 1.20 | 618.00 |
| 04/12/04 | CSP | Review pleadings and orders in the case. | 1.80 | 711.00 |
| 04/13/04 | TNM | Review and revise notices to holders regarding plan and conference with C. Potamianos regarding same (.6); review recent e-mail correspondence, committee memoranda and pleadings filed (1.2). | 1.80 | 927.00 |
| 04/13/04 | CSP | Communications with TNM regarding notices to Citibank and Chase indentures note holders (.8); preparing notices to Citibank indenture note holders (1.5); preparing notices to Chase indenture note holders (1.5); communication with R. Conrad regarding notices to Citibank and Chase indentures note holders (.2); review plan of reorganization (2); review pleadings and orders in the case (2.5). | 8.50 | 3357.50 |