# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1859294

October 29, 2004
PAGE   30

HSBC Bank USA
MATTER #05744.00484

| | | | |
|---|---|---|---|
| 04/14/04 TNM | Telephone call E. Diamond regarding distribution issues and conference with D. Albaugh regarding same (.5); review correspondence and recent pleadings filed (.3). | .80 | 412.00 |
| 04/14/04 CSP | Review transcript of the 2/17/04 court hearing (3.5); review pleadings and orders in the case (5.8). | 9.30 | 3673.50 |
| 04/15/04 CSP | Review disclosure statement and schedules (5.5); review pleadings and orders in the case (4.7). | 9.20 | 3634.00 |
| 04/16/04 TNM | Telephone call with R. Conrad regarding status (.2); telephone call with E. Diamond regarding plan (.2). | .40 | 206.00 |
| 04/16/04 CSP | Review Fried Frank letter regarding complaint against the debtor (.3); review Magten Complaint to Avoid Fraudulent Transfer (1.8); review pleadings and orders in the case (7.8). | 9.90 | 3910.50 |
| 04/19/04 TNM | Review committee memoranda and recent pleadings filed (.6); telephone call with counsel regarding hazard deposition and e-mail correspondence regarding same (.2); conference with C. Potamianos regarding hazard deposition (.1). | .90 | 463.50 |
| 04/19/04 CSP | Conferences with TNM regarding notice of deposition of Lazard (.5); review ARCO environmental settlement (2); review MOU in securities litigation settlement (1.8); review pleadings and orders in the case (3). | 7.30 | 2883.50 |
| 04/20/04 CSP | Review comments to the plan of reorganization (1.8); review pleadings and orders in the case (3.5); review the disclosure statement and schedules (3). | 8.30 | 3278.50 |

NOR LD 00046

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1859294

October 29, 2004
PAGE   31

HSBC Bank USA
MATTER #05744.00484

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/21/04 | TNM | Review proposal settlements regarding class action and environmental claims (.8); review minutes (.2); preparation for 4/22 Committee meeting (1.5). | 1.50 | 772.50 |
| 04/21/04 | CSP | Review pleadings and orders in the case (7.5); conference and communications with TNM regarding the Lazard deposition (.5); communications with E. Diamond regarding the Lazard deposition (.5); review communications with A. Kornberg regarding Wilmington Trust's representation (.3); review agenda for tomorrow's creditors committee meeting (.3); review previous creditors committee meeting minutes (1). | 10.10 | 3989.50 |
| 04/22/04 | TNM | Committee conference call and preparation for same, including telephone call with R. Conrad (1.5); review committee and debtor correspondence (.4). | 1.90 | 978.50 |
| 04/22/04 | CSP | Creditors committee conference call (1.5); review B. Steingart's letter regarding creditors committee activities (.5); review debtor counsel's letter to the US trustee regarding creditors committee membership (.3); review pleadings and orders in the case (8). | 10.30 | 4068.50 |
| 04/26/04 | CSP | Review creditors committee counsel's letter regarding resignation of Magten and Law Debenture from the creditors committee (.5); review Magten suit against Clarkfork and Blackfoot officers (1.5); review M. Lewis suit against the debtor (1); review pleadings and orders in the case (6.5). | 9.50 | 3752.50 |
| 04/27/04 | TNM | Review e-mail correspondence and recent pleadings filed. | .30 | 154.50 |
| 04/27/04 | CSP | Communication with E. Diamond regarding the Lazard deposition. | .30 | 118.50 |

NOR LD 00047

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1859294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE  32

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 04/28/04 | TNM | Review recent pleadings filed (.5); conference with C. Potamianos regarding upcoming depositions (.1); review correspondence regarding Magten issues (.5); telephone call with R. Conrad regarding same (.1). | 1.20 | 618.00 |
| 04/29/04 | CSP | Review pleadings and orders in the case. | 3.00 | 1185.00 |
| 04/30/04 | EMF | Call with T. Moss regarding PUCHA issues. | .50 | 287.50 |
| 04/30/04 | TNM | Review and analysis of stay relief motions filed by McGreevy class plaintiffs and Wilmington Trust (4.4); conference with E. Fox regarding PUCHA issues (.2); conference with A. Shapiro regarding analysis of same (.2); telephone call with E. Diamond regarding various pending matters (.1); e-mails to/from E. Diamond (.1); telephone call with J. Austin regarding Disclosure Statement and extension of objection deadline (.1); e-mail to J. Austin regarding same (.1); review correspondence regarding Committee membership (.2); review recent pleadings filed (.3). | 5.70 | 2935.50 |
| 04/30/04 | AS | Telephone call and office meeting with T. Moss re PUCHA; review of motion re stay; review of PUCHA statute and rules. | 4.50 | 1867.50 |
| 04/30/04 | CSP | Review letter from A. Darwin to the US trustee regarding creditors committee membership (.5); review letter from B. Steingart to the US trustee regarding creditors committee membership (1); review creditors committee counsel's letter to the US trustee regarding creditor committee membership (.5). | 2.00 | 790.00 |
| 04/30/04 | DA | Status Update for April 2004. | .10 | 38.00 |
| 05/03/04 | TNM | Review pending stay relief motions. | .40 | 206.00 |
| 05/03/04 | AS | Review Northwestern's application for exemption and amendment thereto. | 1.50 | 622.50 |

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1852294

HSBC Bank USA                                      October 29, 2004
MATTER #05744.00484                               PAGE  33

| | | | |
|---|---|---|---|
| 05/03/04 CSP | Review Harbert Management and Wilmington Trust's motion to lift the automatic stay to participate in the SEC proceedings (2.5); review pleadings and orders in the case (6.8). | 9.30 | 3673.50 |
| 05/04/04 TNM | Receipt and preliminary review of revised plan and disclosure statement (.5); telephone call with E. Diamond regarding various committee issues (.2); e-mails to/from J. Austin regarding extension of objection deadline regarding disclosure statement (.2); review committee correspondence (.2); conference with A. Shapiro regarding PUHCA issues (.2); conference with C. Potamianos and D. Albaugh regarding upcoming depositions (.2); review objections to disclosure statement (.5); review pending motions for stay relief (.6). | 2.60 | 1339.00 |
| 05/04/04 CSP | Conference with TNM regarding upcoming depositions in the case (.3); review creditors committee counsel's response to Magten counsel's letter (.5); review revised plan of reorganization (4); review pleadings and orders in the case (3); review revised disclosure statement (2.5). | 10.30 | 4068.50 |
| 05/05/04 TNM | Review Amendel Plan and Disclosure Statement (1.8); review deposition notices regarding pending motions (.2); e-mail correspondence to/from counsel for movants regarding same (.2); e-mail correspondence to/from Committee Counsel (.1); telephone call with E. Diamond (.1); review recent pleadings filed (.4). | 2.80 | 1442.00 |
| 05/05/04 CSP | Provide Comanche Park motion for relief from stay to TNM (.4); review pleadings and orders in the case (3.2). | 3.60 | 1422.00 |
| 05/06/04 EMH | Office conference with TM re: deposition matters. | .30 | 183.00 |

NOR LD 00049

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Accting@PryorCashman.com
TIN: 13-1859294

October 29, 2004
PAGE   34

HSBC Bank USA
MATTER #05744.00484

| | | |
|---|---|---|
| 05/06/04 RL | Conference with T. Moss regarding case status, issues. | .40   220.00 |
| 05/06/04 TNM | Telephone call with E. Diamond regarding various pending matters (.2); conference with E. Hellige regarding status (.2); conference with R. Levy regarding various pending matters (.5); review upcoming deposition schedules (.2); e-mail correspondence to/from J. Austin (.1); review U.S. Trustee amended Committee appointment (.1); review committee correspondence (.2). | 1.50   772.50 |
| 05/06/04 CSP | Review draft of registration rights agreement (3); review creditors committee counsel's communication regarding Pearl Meyer retention (.3); review creditors committee counsel's memorandum regarding attorney fee reimbursements (.5); review pleadings and orders in the case (1); review revised disclosure statement (3). | 7.80   3081.00 |
| 05/07/04 RL | Conference with T. Moss regarding case status, issues, upcoming needs (1.2); reviewing draft of revised disclosure statement and plan, and miscellaneous case and background documents from T. Moss (1.5). | 2.70   1485.00 |
| 05/07/04 TNM | Review and analysis of pending motions and related documents (1.0); preparation for meeting with R. Levy (.7); meeting with R. Levy regarding case status and strategy issues (1.2). | 2.90   1493.50 |
| 05/07/04 CSP | Review pleadings and orders in the case (2.5); communications with TNM regarding the next creditors committee meeting (.5); review revised draft of the registration rights agreement (2.8); review US Trustee's letter regarding creditors committee membership of Comanche Park (.4); review revised disclosure statement (3). | 9.20   3634.00 |

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Accmg@PryorCashman.com
TIN: 13-1859294

October 29, 2004
PAGE   35

HSBC Bank USA
MATTER #05744.00484

| | | | |
|---|---|---|---|
| 05/10/04 RL | Attend Creditors Committee meeting at Paul Weiss. | 3.50 | 1925.00 |
| 05/10/04 TNM | Attendance at Committee meeting in New York (3.9); conference with C. Potamianos regarding depositions (.1); review pending motions (.4). | 4.40 | 2266.00 |
| 05/10/04 CSP | Review 4/22/04 creditors committee meeting minutes (.4); review pleadings and orders in the case (5.5). | 5.90 | 2330.50 |
| 05/11/04 RL | Reviewing disclosure statement and plan. | 1.30 | 715.00 |
| 05/11/04 TNM | Conference with C. Potamianos regarding depositions (.2); review e-mail correspondence (.2); attention to retention of local counsel and preparation of pro hac vice application (.8); review recent pleadings filed (.2). | 1.40 | 721.00 |
| 05/11/04 CSP | Deposition of financial advisor to the ad hoc equity committee (1.8); review revised plan of reorganization (3.5); review revised disclosure statement (2.8); review pleadings and orders in the case (2). | 10.10 | 3989.50 |
| 05/12/04 RL | Review disclosure statement objections; conference with T. Moss. | 1.20 | 660.00 |
| 05/12/04 TNM | Conference with R. Levy regarding plan and disclosure statement (.1); review recent pleadings filed (.4); review pro hac vice application filed (.1); e-mail correspondence to M. Lastowski (.1). | .70 | 360.50 |
| 05/12/04 CSP | Deposition of A. Yearly (3.8); deposition of J. Harris (1.2). | 5.00 | 1975.00 |

NOR LD 00051

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Anttng@PryorCashman.com
TIN: 13-1859294

October 29, 2004
PAGE   36

HSBC Bank USA
MATTER #05744.00484

| | | | |
|---|---|---|---|
| 05/13/04 CSP | Review creditors committee's motion to intervene in the Magten adversary proceeding (.8); review creditors committee draft plan of reorganization solicitation letter (.4); review Section 382(c) statement of Magten regarding Paul Hastings (1.3); review revised draft of the registration rights agreement (1.8); review pleadings and orders in the case (3); review memorandum opinion regarding an equityholders committee (.8). | 8.10 | 3199.50 |
| 05/14/04 CSP | Review Montana Public Power's purchase offer (4.5); review transcript of the 4/22/04 court hearing (.5); review transcript of the 5/5/04 court hearing (1); review revised draft of the registration rights agreement (1.8); review pleadings and orders in the case (2.5). | 10.30 | 4068.50 |
| 05/14/04 DA | Review Northwestern pleadings for T. Moss (.1). | .10 | 38.00 |
| 05/16/04 TNM | Travel to Phoenix, AZ for hearing regarding Disclosure Statement and various pending motions (8.5); preparation for hearing (.7). | 9.20 | 4738.00 |
| 05/17/04 RL | Review debtor's response to disclosure statement objections (.7). | .70 | 385.00 |
| 05/17/04 TNM | Review WTC proposed solicitation letter and conference with A. Kornberg regarding same (.2); court appearance for hearing regarding Disclosure Statement and pending motions (5.5). | 5.70 | 2935.50 |
| 05/18/04 TNM | Return travel from Phoenix, AZ. | 6.80 | 3502.00 |
| 05/20/04 TNM | Review revised plan and disclosure statement (.6); e-mails to/from Karol Denniston regarding indenture trustee fee provisions (.4); conference call with S. Starr and M. Kenney of U.S. Trustee's office regarding fee provisions (.8); telephone call with R. Conrad regarding claim (.1). | 1.90 | 978.50 |

NOR LD 00052

# PRYOR CASHMAN SHERMAN & FLYNN LLP
410 PARK AVENUE
NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1859294

October 29, 2004
PAGE 37

HSBC Bank USA
MATTER #05744.00484

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 05/20/04 | CSP | Review transcript of the 4/8/04 court hearing (4); review letter to creditors committee counsel regarding D&O reimbursement claims (.3). | 4.30 | 1698.50 |
| 05/21/04 | RL | Review draft plan term regarding indenture fee payment (.2); conference T. Moss regarding same (.1). | .30 | 165.00 |
| 05/21/04 | TNM | Review revised terms of Plan regarding fees and conference with R. Levy regarding same (.4); e-mail to S. Starr regarding same (.1); telephone call with R. Conrad regarding claim (.1). | .60 | 309.00 |
| 05/24/04 | TNM | Review revisions to plan and e-mail to R. Conrad regarding same. | .50 | 257.50 |
| 05/25/04 | CSP | Review creditors committee financial advisor's communication regarding board search firms (.3); review creditors committee counsel's communication regarding D&O indemnification claims (.3); review pleadings and orders in the case (7.5). | 8.10 | 3199.50 |
| 05/26/04 | CSP | Review revised disclosure statement. | 4.50 | 1777.50 |
| 05/27/04 | CSP | Review plan of reorganization (3); review pleadings and orders in the case (5). | 8.00 | 3160.00 |
| 05/28/04 | TNM | Telephone call to T. Gil regarding Milltown Dam settlement (.1); review motion regarding same (.2). | .30 | 154.50 |
| 05/28/04 | CSP | Review transcript of the 5/17/04 court hearing. | 6.80 | 2686.00 |
| 05/28/04 | IF | File maintenance | 6.00 | 780.00 |

NOR LD 00053

PRYOR CASHMAN SHERMAN & FLYNN LLP
410 PARK AVENUE
NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1859294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE   38

| | | | |
|---|---|---|---|
| 06/01/04 CSP | Review creditors committee counsel's communication regarding recent case developments (.3); review pleadings and orders in the case (5.8); review Magten's Montana complaint regarding Paul Hastings' representation (2.5); review order reassigning the adversary proceedings (.2). | 8.80 | 3476.00 |
| 06/02/04 TNM | Review recent pleadings filed (.3); telephone call with B. Leshner of Hawthorne Capital regarding medium term notes (.4); e-mail to R. Conrad regarding same (.1). | .80 | 412.00 |
| 06/02/04 CSP | Conference with TNM regarding the status of the case (.3); conference with B. Leshner and TNM regarding Magten's adversary action (.4); research pleadings and motions for TNM (.5); review pleadings and orders in the case (4.3); review claims objections in the case (3.7). | 9.20 | 3634.00 |
| 06/03/04 TNM | Review recent pleadings filed. | .30 | 154.50 |
| 06/03/04 CSP | Review creditors committee counsel's communication regarding Judge Lindsey (.2); review creditors committee counsel's communication regarding Netexit bankruptcy filing (.2); review Netexit creditors listing (.8); review pleadings and orders in the case (8.5). | 9.70 | 3831.50 |
| 06/04/04 TNM | Review recent pleadings filed. | .20 | 103.00 |
| 06/07/04 CSP | Call to P. Chabot in response to inquiry (.2); review claims objection in the case (.5); review pleadings and orders in the case (7.5); review proposed settlement among NorthWestern, MPSC and MCC (1.3); review communications among the creditors committee members and creditors committee counsel regarding board search subcommittee formation (.4); review Andrews & Kurth letter regarding subordination (.2). | 10.10 | 3989.50 |

NOR LD 00054

# PRYOR CASHMAN SHERMAN & FLYNN LLP
410 PARK AVENUE
NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1859294

October 29, 2004
PAGE 39

HSBC Bank USA
MATTER #05744.00484

| | | |
|---|---|---|
| 06/08/04 CSP Call to R. Conrad regarding board search subcommittee formation (.2); call to TNM regarding board search subcommittee formation (.2); calls with E. Diamond regarding board search subcommittee formation (.2); calls with R. Conrad regarding the MPP proposal (.5); call with E. Diamond regarding the MPP proposal (.3); calls with B. Mavin regarding the MPP proposal (.5); call with P. Chabot regarding the MPP proposal (.3); review pleadings and orders in the case (7.5); review NorthWestern's response to the Andrews & Kurth subordination letter (.2); communication with E. Diamond regarding board search subcommittee formation (.2). | 9.90 | 3910.50 |
| 06/08/04 DA  Review various committee emails regarding subcommittee for board search; confer with C. Potamianos regarding contacting client and responding to committee emails. | .20 | 76.00 |
| 06/09/04 TNM Conference with C. Potamianos regarding various pending matters (.2); review e-mail correspondence and recent pleadings filed (.4). | .60 | 309.00 |
| 06/09/04 CSP Review Montana Public Power offer for selected NorthWestern assets (2.8); review creditors committee counsel's communication regarding board search subcommittee formation (.1); review proposed motion regarding Colstrip 4 counsels' fees and expenses (1.3); review pleadings and orders in the case (5.2). | 9.40 | 3713.00 |
| 06/09/04 DA  HSBC status update for May 2004 (.2). | .20 | 76.00 |
| 06/10/04 TNM Review recent pleadings filed. | .50 | 257.50 |
| 06/10/04 CSP Review creditors committee counsel's communication regarding Magten's adversary proceeding (.2); review Montana Public Power offer for selected NorthWestern assets (3); review orders and pleadings in the case (6.5). | 9.70 | 3831.50 |

NOR LD 00055

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1859294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE   40

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/16/04 | TNM | Conference with C. Potamianos regarding status (.2); review Court's opinions regarding pending motions (.7). | .90 | 463.50 |
| 06/16/04 | CSP | Review creditors committee financial advisor's report for April (.5); review pleadings and orders in the case (3); review creditors committee counsel's communications regarding the NorthWestern, MPSC and MCC settlement (.1); review Wilmington Trust's solicitation letter (.3); review memorandum opinion regarding the Mcgreevey class action (.5); review memorandum opinion regarding Comanche Park's motion to lift automatic stay (.3); review memorandum opinion regarding Harbert Management's motion to lift automatic stay (.3); conference with TNM regarding the status of the case (.3). | 5.30 | 2093.50 |
| 06/17/04 | RL | Review court rulings on lift stay and intervention matters. | .50 | 275.00 |
| 06/17/04 | TNM | Review recent pleadings filed. | .70 | 360.50 |
| 06/23/04 | CSP | Call with TNM regarding developments in the case (.3); review pleadings and orders in the case (3.7). | 4.00 | 1580.00 |
| 06/24/04 | CSP | Review transcript of the 5/12/04 court hearing. | 1.80 | 711.00 |
| 06/25/04 | TNM | Conference with C. Potamianos regarding status and review of pleadings. | .10 | 51.50 |
| 06/25/04 | CSP | Review pleadings and orders in the case (1.5); review creditors committee counsel's memorandum regarding Paul Hastings' request for payment of fees and expenses (.4). | 1.90 | 750.50 |
| 06/28/04 | CSP | Review orders and pleadings in the case. | 6.30 | 2488.50 |

NOR LD 00056

# PRYOR CASHMAN SHERMAN & FLYNN LLP
## 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Accmg@PryorCashman.com
TIN: 13-1859294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE   41

| | | | | |
|---|---|---|---|---|
| 06/30/04 | CSP | Review pleadings and orders in the case (5.5); review creditors committee financial advisor's communication regarding NorthWestern exit financing terms (.3). | 5.80 | 2291.00 |
| 07/01/04 | CSP | Review 6/9/04 court hearing transcript (1); review revised settlement agreement among NorthWestern, MPSC and MCC (1.7); review pleadings and orders in the case (7). | 9.70 | 3831.50 |
| 07/01/04 | DA | HSBC status update for June 2004 (.1). | .10 | 38.00 |
| 07/02/04 | CSP | Review pleadings and orders in the case. | 5.50 | 2172.50 |
| 07/06/04 | TNM | Review recent pleadings filed. | .50 | 257.50 |
| 07/06/04 | CSP | Review pleadings and orders in the case. | 2.20 | 869.00 |
| 07/07/04 | TNM | Committee conference call and preparation for same (1.3); telephone call with R. Conrad regarding same (.1). | 1.40 | 721.00 |
| 07/07/04 | CSP | Review creditors committee financial advisor's report for 5/04 (.8); review pleadings and orders in the case (4); creditors committee conference call (.8). | 5.60 | 2212.00 |
| 07/08/04 | CSP | Review creditor committee's objection to the motion to disqualify Paul Hastings (.8); review pleadings and orders in the case (4.3). | 5.10 | 2014.50 |
| 07/09/04 | CSP | Review pleadings and orders in the case. | 2.80 | 1106.00 |
| 07/12/04 | IF | File maintenance | 3.00 | 390.00 |
| 07/13/04 | TNM | Receive and review objection of WTC and Harbert to HSBC claim (1.0); e-mail correspondence regarding same (.1); conference with C. Potamianos regarding various pending matters (.2); review recent pleadings filed (.3). | 1.60 | 824.00 |

NOR LD 00057

# PRYOR CASHMAN SHERMAN & FLYNN LLP

410 PARK AVENUE
NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1853294

October 29, 2004
PAGE  42

HSBC Bank USA
MATTER #05744.00484

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 07/13/04 | CSP | Review motion to disallow HSBC's proof of claim (5); conference with TNM regarding the motion of disallow HSBC's proof of claim (.3); review pleadings and orders in the case (2); communications with E. Diamond and M. Ratner regarding upcoming depositions (.5). | 7.80 | 3081.00 |
| 07/14/04 | TNM | Review and analysis of objection to HSBC claim and telephone call R. Conrad regarding same. | 2.40 | 1236.00 |
| 07/14/04 | CSP | Review transcript of the 6/21/04 court hearing (1.8); review creditors committee counsel's communication regarding results of the McGreevey mediation (.2). | 2.00 | 790.00 |
| 07/15/04 | TNM | Conference with R. Levy regarding Wilmington Trust Company objection to HSBC claim (.2); review documents and analysis of same (2.4). | 2.60 | 1339.00 |
| 07/15/04 | CSP | Retrieve scheduling order for TNM (.2); review creditors committee counsel's communication regarding the two most recent court hearings (.2); review pleadings and orders in the case (4.5). | 4.90 | 1935.50 |
| 07/16/04 | TNM | Attention to Wilmington Trust Company claim objection issues; research regarding MCHA issues. | 2.70 | 1390.50 |
| 07/16/04 | CSP | Review creditors committee counsel's communication regarding the motion to oppose incentive plan (.2); review creditors committee counsel's communication regarding Power Management Company's proposal (.7). | .90 | 355.50 |
| 07/19/04 | EMH | Telephone conference with TM. | .30 | 183.00 |

NOR LD 00058

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Accting@PryorCashman.com
TIN: 13-1859294

October 29, 2004
PAGE   43

HSBC Bank USA
MATTER #05744.00484

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/19/04 | TNM | Research regarding PUCHA issues (1.3); conference calls with committee counsel and PUCHA counsel regarding Wilmington Trust Company issues Harbert claim objection issues (2.0); telephone call with R. Conrad regarding issues related to claim objection (.2); conference with E. Hellige regarding same (.1). | 3.60 | 1854.00 |
| 07/19/04 | RTS | Disc. w/DS, TM, PCs w/HSBC - Bob Conrad re: closing docs from JPMC, Citi | .50 | 197.50 |
| 07/20/04 | EMH | Office conference with TM re: litigation matters; conference call with TM and John Mazzarella re: litigiation. | 1.20 | 732.00 |
| 07/20/04 | RL | Conference with T. Moss regarding objection to HSBC claim, status, discovery. | .30 | 165.00 |
| 07/20/04 | TNM | Several telephone conferences with Committee counsel, PUCHA counsel, Harbert counsel and client-all regarding Wilmington Trust Company and Harbert objection to HSBC claim; attendance via teleconference in court discovery conference; draft subpoenas; conference with E. Hellige regarding various issues; conference with J. Brickell regarding staffing; preparation of response to objection-review and analysis of issues. | 7.40 | 3811.00 |
| 07/21/04 | EMH | Office conference with TM re: litigation matters; office conference with JO'B re: background of litigation. | 1.00 | 610.00 |
| 07/21/04 | RL | Review Harbert objection to HSBC claim; conferences with T. Moss regarding same. | 1.50 | 825.00 |

NOR LD 00059

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1859294

October 29, 2004
PAGE  44

HSBC Bank USA
MATTER #05744.00484

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/21/04 | TNM | Several telephone conferences with Committee counsel, PUCHA counsel, P. Mock and client regarding Wilmington Trust Company/Harbert objections to claim (.8); review documents produced by Wilmington Trust Company (1.0); draft subpoenas (1.2); conference with J. O'Brien regarding claim objection (.1); review and analysis of legal and factual issues (3.3). | 6.30 | 3244.50 |
| 07/21/04 | DA | Review Northwestern Corporation's Motion for an Order Seeking Temporary Allowance of Claim #s 711 and 638 for teh Limited Purpose of Voting on the Plan of Reorganization Filed by Northwestern Corporation Pursuant to Rule 3018(a) and draft Joinder to same (.8); confer with T. Moss regarding drafting Joinder (.1). | .90 | 342.00 |
| 07/22/04 | EMH | Office conference with TM re: litigation matter; office conference with CS. | .60 | 366.00 |
| 07/22/04 | JSO | Meet with TM; review motion documents; prepare for depositions. | 2.30 | 1196.00 |
| 07/22/04 | RL | Conference T. Moss regarding 7/23 OCC telephone call, case status, Harbert claim objection vs. HSBC (.2). | .20 | 110.00 |
| 07/22/04 | TNM | Meeting with S. Bloomberg of Le Beouf Lamb regarding claim objection (2.5); review and analysis of issues related to objection and draft discovery demands (2.7); conference with E. Hellige regarding same (.2); telephone call P. Moak regarding various issues and exchange e-mail correspondence (.2). | 5.60 | 2884.00 |
| 07/22/04 | DA | Phone conferences with M. Lastowski regarding filing of joinder in claim allowance motion; confer with T. Moss regarding same; finalize joinder. | 1.00 | 380.00 |

PRYOR CASHMAN SHERMAN & FLYNN LLP
410 PARK AVENUE
NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Accting@PryorCashman.com
TIN: 13-1859294

HSBC Bank USA                                         October 29, 2004
MATTER #05744.00484                                   PAGE  45


07/23/04 RL  OCC telephone call; prepare memo to T. Moss      2.00  1100.00
             regarding same, status of settlement talks with
             junior bonds.

07/26/04 EMH Office conference with TM re: deposition of       .50   305.00
             Wilmington Trust Company; conference call with
             TM and John Mazzarella re: Wilmington Trust
             deposition.

07/26/04 JSO Review file; prepare for upcoming depositions;   5.00  2600.00
             legal research into PVHCA; review discovery
             documents.

07/26/04 RL  Conference with T. Moss regarding discovery      2.00  1100.00
             response to objection research regarding
             possible objection.

07/26/04 TNM Numerous e-mail exchanges and telephone          6.40  3296.00
             conferences with P. Mook, S. Starr, M. Ratner,
             P. Bentley, S. Bloomberg and others regarding
             discovery and issues related to Wilmington
             Trust Company and Harbert claim rejection;
             telephone call with J. Mazzarella with E.
             Hellige regarding same; conference with J.
             O'Brien regarding all aspects of discovery and
             responsive pleadings; review relevant
             documents; review recent pleadings filed;
             conference with R. Levy regarding factual/legal
             issues.

07/26/04 CSP Review creditors committee counsel's             2.50   987.50
             communication regarding debtor's communication
             with Power Management Company (.2); review
             creditors committee counsel's communication
             regarding pleadings filed 7/16/04 (1.0); review
             creditors committee financial advisor's
             memorandum regarding the proposed TOPrS
             settlement (.5); review creditors committee
             counsel's communication regarding Oaktree's
             committee resignation (.1); review creditors

NOR LD 00061

PRYOR CASHMAN SHERMAN & FLYNN LLP
410 PARK AVENUE
NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Accting@PryorCashman.com
TIN: 13-1859294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE  46

|  |  |  |  |  |
|---|---|---|---|---|
|  | committee counsel's communication regarding the securities class action settlement (.2); review creditors committee financial advisor's memorandum regarding the management compensation report (.5). |  |  |
| 07/26/04 DA | Confer with R. Levy regarding subordinated holders' claim objection (.1); review same (.7). | .80 | 304.00 |
| 07/27/04 EMH | Meeting with TM and RL re: claim objection and related matters. | .70 | 427.00 |
| 07/27/04 JSO | Review motion papers; legal research into PVHCA issues; review documents. | 5.30 | 2756.00 |
| 07/27/04 RL | Conference with T. Moss regarding S. Ortiz deposition, issues regarding Wilmington/PCSF/HSBC; conference with T. Moss and E. Hellige regarding same. | 1.20 | 660.00 |
| 07/27/04 TNM | Attendance at deposition of S. Ortiz of Wilmington Trust Company and preparation for same (1.7); conference with E. Hellige and R. Levy regarding claim objection and related issues (.7); preparation of response to claims objection (1.4); review e-mail correspondence and recent pleadings filed (.3); telephone call M. Williams of Kramer Levin regarding Oritz deposition (.1). | 4.20 | 2163.00 |
| 07/27/04 CSP | Review creditors committee counsel's communication regarding depositions of creditors committee members (.1); review the court's memorandum decision regarding disqualification of debtor's counsel (.5); review the court's memorandum decision regarding the YBLP settlement (.5);  review the financial advisor's communication regarding board candidates (.8). | 1.90 | 750.50 |

NOR LD 00062

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1859294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE 47

| | | | |
|---|---|---|---|
| 07/28/04 EMH | Telephone conference with Frank Grippo of JPMorgan Chase re: claim objection and documents received at closing; office conference with TM. | .60 | 366.00 |
| 07/28/04 JSO | Review documents produced by Harbert; prepare for deposition. | 4.00 | 2080.00 |
| 07/28/04 TNM | Telephone call with K. Denniston regarding Ortiz deposition and claims objection (.1); telephone call D. Nato of Citigroup Investments regarding plan (.1); telephone call D. Nato regarding E. Diamond (.1); conference with J. O'Brien regarding claims objection (.1); telephone call R. Conrad regarding various issues (.2); telephone call R. Paluso of chase regarding documents (.1); telephone call N. Mitchell of Winston & Straun-left message (.1); attention to response to response to claims objection (.7). | 1.50 | 772.50 |
| 07/29/04 JSO | Review documents. | 2.50 | 1300.00 |
| 07/29/04 TNM | Attention to discovery issues and preparation of response to claims objection of Harbert and Wilmington Trust Company (3.5); telephone call with M. Mitchell of Winston and Straun regarding Chase documents (.3). | 3.80 | 1957.00 |
| 07/29/04 LDW | Discussed motion to preclude expert report with JO. | .50 | 175.00 |
| 07/30/04 JSO | Prepare for and attend deposition of Harbert. | 4.00 | 2080.00 |
| 07/30/04 TNM | Attention to preparation of response to objection of Harbert and Wilmington Trust Company to HSBC's claim and discovery issues. | 3.60 | 1854.00 |
| 07/30/04 CSP | Review pleadings and orders in the case. | 3.00 | 1185.00 |
| 07/30/04 DA | Provide client with monthly status update for July 2004 (.1). | .10 | 38.00 |

NOR LD 00063

# PRYOR CASHMAN SHERMAN & FLYNN LLP
## 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Aextng@PryorCashman.com
TIN: 13-1859294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE  48

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/02/04 | TNM | Attention to preparation of response to objection of Harbert and Wilmington Trust Company to HSBC's claim. | 2.60 | 1339.00 |
| 08/02/04 | CSP | Review pleadings and orders in the case. | 1.80 | 711.00 |
| 08/03/04 | TNM | Attention to preparation of response to objection of Harbert and Wilmington Trust Company to HSBC claim (2.5); telephone call E. Diamond regarding status (.1); preparation for 8/4 omnibus hearing (.5). | 3.10 | 1596.50 |
| 08/03/04 | CSP | Pull and compile plan objections for TNM. | 1.80 | 711.00 |
| 08/04/04 | TNM | Court appearance for Omnibus hearing in Wilmington, DE (2.0); travel to/from Wilmington, DE for court appearance (7.0). | 9.00 | 4635.00 |
| 08/05/04 | TNM | Attention to preparation of response to Wilmington Trust Company and Harbert claim objection (1.3); telephone call with E. Diamond (.1); telephone call with S. Bloomberg (.1); telephone call with R. Conrad (.1). | 1.60 | 824.00 |
| 08/05/04 | CSP | Review creditors committee counsel's memorandum regarding D&O defense fees and expenses (.5); review pleadings and orders in the case (5.3). | 5.80 | 2291.00 |
| 08/06/04 | TNM | Telephone call E. Diamond regarding status (.2); telephone call P. Moak-left message (.1). | .30 | 154.50 |
| 08/06/04 | LDW | Reviewed evidence treatise re: precluding expert report and pulled cases cited therein. | 3.80 | 1330.00 |
| 08/06/04 | CSP | Review pleadings and orders in the case. | 6.80 | 2686.00 |
| 08/07/04 | LDW | Reviewed cases re: preclusion of expert testimony. | 3.00 | 1050.00 |
| 08/08/04 | LDW | Began drafting MML to exclude expert report. | 5.00 | 1750.00 |

NOR LD 00064

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctsg@PryorCashman.com
TIN: 13-1859294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE  49

| | | | | |
|---|---|---|---|---|
| 08/09/04 | TNM | Telephone call with P. Mook regarding litigation status (.1); conference with J. O'Brien regarding same (.1); review C.V.S. of proposed directors (.6); review recent pleadings filed and committee correspondence (.4). | 1.20 | 618.00 |
| 08/09/04 | LDW | Discussed draft motion with JO and potential settlement. | .30 | 105.00 |
| 08/10/04 | CSP | Review backgrounds of six board of directors candidates (.8); review creditors committee counsel's communication regarding the board of directors candidates selection (.1); review pleadings and orders in the case (3.3). | 4.20 | 1659.00 |
| 08/11/04 | TNM | Review documents and pleadings regarding claim objection to HSBC claim and confirmation objections. | 1.30 | 669.50 |
| 08/12/04 | TNM | Conference with C. Potamianos regarding status conference and review agenda. | .20 | 103.00 |
| 08/12/04 | CSP | Conferense with TNM regarding tomorrow's court hearing (.2); review pleadings and orders in the case (1.9). | 2.10 | 829.50 |
| 08/13/04 | CSP | Court hearing teleconference (.5); conference with TNM regarding today's court hearing (.3); review pleadings and orders in the case (5.3); review creditors committee counsel's memorandum regarding debtor's expenses in defense of securities litigation (.5). | 6.60 | 2607.00 |
| 08/16/04 | TNM | Review confirmation pleadings (.7); review email correspondence (.1). | .80 | 412.00 |
| 08/16/04 | CSP | Review amended plan of reorganization (3.7); review pleadings and orders in the case (2.7). | 6.40 | 2528.00 |
| 08/17/04 | TNM | E-mail correspondence with E. Diamond. | .10 | 51.50 |

NOR LD 00065

PRYOR CASHMAN SHERMAN & FLYNN LLP
410 PARK AVENUE
NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1853294

HSBC Bank USA                                          October 29, 2004
MATTER #05744.00484                                    PAGE  50


08/17/04 CSP  Review pleadings and orders in the case.    4.30   1698.50

08/18/04 TNM  Committee conference call (.6); review e-mail    .90    463.50
              correspondence and recent pleadings filed (.3).

08/18/04 CSP  Creditors committee conference call (.6);    5.70   2251.50
              review pleadings and orders in the case (5.0);
              review creditors committee counsel's
              communications regarding the Harbert/Wilmington
              Trust settlement (.1).

08/19/04 CSP  Review pleadings and orders in the case (2.0);    7.30   2883.50
              review amended plan of reorganization (5.3).

08/20/04 TNM  Telephonic court appearance regarding motion of    2.40   1236.00
              LDTC to adjourn confirmation hearing (1.1);
              review recent pleadings filed and plan
              amendments (1.3).

08/20/04 CSP  Review TOPrS settlement term sheet (.8); review    9.30   3673.50
              pleadings and orders in the case (1.3); review
              amended and restated disclosure statement
              (7.2).

08/23/04 TNM  Review court opinion regarding Magten Adversary    2.20   1133.00
              proceeding (.4); committee correspondence (.2);
              preparation for confirmation hearing, including
              review of pleadings filed (1.6).

08/23/04 CSP  Review creditors committee counsel's    3.70   1461.50
              communication regarding the 8/20/04 court
              hearing (.2); review the court's decision on
              dismissal of Magten's adversary proceeding
              regarding fraudulent conveyance (1.0); review
              pleadings and orders in the case (2.5).

08/24/04 TNM  Telephone call with R. Conrad regarding status    9.40   4841.00
              (.1); e-mail correspondence to/from A. Kornberg
              regarding status (.1); travel to Phoenix for
              confirmation hearing (8.5); preparation for
              hearing (.7).

NOR LD 00066

# PRYOR CASHMAN SHERMAN & FLYNN LLP
## 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1859294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE 51

| | | | |
|---|---|---|---|
| 08/24/04 CSP | Review pleadings and orders in the case. | 2.80 | 1106.00 |
| 08/24/04 DA | Review pleadings per request of T. Moss (.2). | .20 | 76.00 |
| 08/25/04 TNM | Court appearance for confirmation hearing. | 8.90 | 4583.50 |
| 08/25/04 IF | File maintenance | 7.00 | 910.00 |
| 08/26/04 TNM | Return travel from Phoenix. | 7.20 | 3708.00 |
| 08/27/04 TNM | Review recent pleadings filed. | .50 | 257.50 |
| 08/27/04 CSP | Review creditors committee counsel's communication regarding the 8/25/04 court hearing (.3); review pleadings and orders in the case (4.5). | 4.80 | 1896.00 |
| 08/30/04 TNM | Review revised plan documents. | .60 | 309.00 |
| 08/30/04 CSP | Review pleadings and orders in the case. | 3.80 | 1501.00 |
| 08/31/04 CSP | Review pleadings and orders in the case. | .50 | 197.50 |
| 09/01/04 CSP | Review amended and restated plan of reorganization (1.0); review pleadings and orders in the case (.8); review amended and restated disclosure statement (5.0). | 6.80 | 2686.00 |
| 09/02/04 TNM | Review recent pleadings filed. | .30 | 154.50 |
| 09/03/04 DA | Provide HSBC with status update for August 2004 (.1). | .10 | 38.00 |
| 09/07/04 TNM | Review recent pleadings filed and plan documents (1.3); telephone call with R. Conrad regarding status (.1). | 1.40 | 721.00 |
| 09/07/04 CSP | Review pleadings and orders in the case. | 4.20 | 1659.00 |
| 09/08/04 TNM | Review recent pleadings filed. | .40 | 206.00 |
| 09/08/04 CSP | Review pleadings and orders in the case. | 2.80 | 1106.00 |

NOR LD 00067

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1859294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE   52

| | | | |
|---|---|---|---|
| 09/09/04 TNM | Review amended plan and disclosure statement documents. | 1.40 | 721.00 |
| 09/09/04 CSP | Review pleadings in the case. | 2.70 | 1066.50 |
| 09/10/04 CSP | Review pleadings in the case. | 1.70 | 671.50 |
| 09/13/04 CSP | Review pleadings and orders in the case. | 1.50 | 592.50 |
| 09/13/04 IF | File maintenance | 2.00 | 260.00 |
| 09/14/04 CSP | Review creditors committee counsel's memorandum regarding D&O attorneys' fee reimbursements (.4); review pleadings in the case (.5). | .90 | 355.50 |
| 09/16/04 TNM | Telephone call with R. Conrad regarding status and trading order (.4); review trading order and committee filings regarding same (.8); telephone call with R. Conrad and J. Bennett regarding trading issues (.2). | 1.40 | 721.00 |
| 09/16/04 CSP | Review pleadings and orders in the case. | 1.50 | 592.50 |
| 09/17/04 CSP | Review transcript of the 8/20/04 court hearing (1.0); review transcript of the 8/25/04 court hearing (2.3). | 3.30 | 1303.50 |
| 09/20/04 CSP | Review pleadings in the case (.5); review creditors committee counsel's communication regarding additional committees (.1). | .60 | 237.00 |
| 09/21/04 CSP | Review pleadings in the case. | 1.30 | 513.50 |
| 09/22/04 TNM | Review recent pleadings filed. | .20 | 103.00 |
| 09/22/04 IF | File maintenance | 2.00 | 260.00 |
| 09/23/04 TNM | Review recent pleadings filed. | .30 | 154.50 |

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1869294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE  53

| | | | |
|---|---|---|---|
| 09/23/04 CSP | Review pleadings and orders in the case (1.0); review creditors committee counsel's communication regarding D&O insurance reimbursement (.2). | 1.20 | 474.00 |
| 09/24/04 TNM | Review e-mail correspondence and recent pleadings filed. | .30 | 154.50 |
| 09/24/04 CSP | Review pleadings in the case. | .50 | 197.50 |
| 09/27/04 CSP | Review pleadings in the case. | .70 | 276.50 |
| 09/28/04 CSP | Review pleadings in the case. | .50 | 197.50 |
| 09/29/04 TNM | Telephone call with JPMorgan Chase regarding fee submission (.2); prepare fee submission to Debtor (.3); review pleadings regarding confirmation matters (.5). | 1.00 | 515.00 |
| 09/29/04 CSP | Review creditors committee counsel's communications regarding upcoming creditors committee conference call (.2); review pleadings in the case (1.0). | 1.20 | 474.00 |
| 09/30/04 TNM | Review e-mail correspondence and telephone call with committee counsel regarding scheduling meeting (.2); telephone call J. Mazzarella regarding same (.1); conference with D. Albaugh regarding same (.1). | .40 | 206.00 |
| 09/30/04 CSP | Review creditors committee counsel's communication regarding the upcoming creditors committee conference call (.1); review pleadings in the case (.4). | .50 | 197.50 |
| 09/30/04 DA | Phone conference with T. Moss regarding 10/1 committee call (.2). | .20 | 76.00 |
| 10/01/04 TNM | Committee conference call. | 1.10 | 566.50 |

NOR LD 00069

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1869294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE   54

| Date | | Description | | |
|---|---|---|---|---|
| 10/01/04 | DA | Review T. Moss email regarding agenda for committee call (.1); participate in committee call regarding Hylland settlement, Cornerstone claims, and plan status (1.1); phone conference with T. Moss regarding same (.1); provide HSBC with monthly status update for September 2004 (.1). | 1.40 | 532.00 |
| 10/04/04 | TNM | Review Law Debenture claim objection; several telephone calls with Debtor's counsel, committee counsel, client and PUHCA counsel regarding same and related confirmation issues; preparation for confirmation hearing. | 2.70 | 1390.50 |
| 10/05/04 | TNM | Travel to Phoenix, AZ for 10/6 confirmation hearing and preparation for hearing (8.5); telephone call with A. Kornberg and M. Melnyk regarding confirmation issues (1.3). | 9.80 | 5047.00 |
| 10/06/04 | TNM | Court appearance for confirmation hearing in Phoenix, AZ. | 9.80 | 5047.00 |
| 10/07/04 | TNM | Return travel from Phoenix, AZ from confirmation hearing. | 7.80 | 4017.00 |
| 10/08/04 | TNM | Telephonic court appearance for decision regarding confirmation of plan (1.9); review e-mail correspondence and recent pleadings filed (.3). | 2.40 | 1236.00 |
| 10/11/04 | TNM | Review proposed confirmation order and prepare comments to same (1.3); e-mail correspondence regarding Committee matters (.1); review recent pleadings filed (.1). | 1.50 | 772.50 |
| 10/12/04 | TNM | Review recent pleadings filed (.2); telephone call M. Phillips regarding confirmation order (.5); telephone call with F. Hamblett regarding claim objections and e-mail correspondence regarding same (.2); review and analysis of confirmation order (.7). | 1.60 | 824.00 |

NOR LD 00070

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1859294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE 55

10/13/04 TNM Committee conference call (.7); e-mail            .80     412.00
             correspondence with K. Denniston regarding
             claim objection (.1).

10/14/04 TNM Review pleadings regarding confirmation order.   .20     103.00


     TOTAL HOURS                    1581.80

     SUBTOTAL FEES                                          $ 633,620.50

     TOTAL FEES                                             $ 633,620.50

DESCRIPTION OF DISBURSEMENTS

10/29/04 Reproduction                           2100.36
10/29/04 Telephone                                29.43
10/29/04 Facsimile                                27.64
10/29/04 Messenger Service                        57.60
10/29/04 Secretarial Overtime                     69.75
10/29/04 Computerized Legal Research             741.44
10/29/04 Word Processing                          63.75
10/29/04 Velo Bind                                 9.00
10/29/04 Filing Fees                              45.00
10/29/04 Car Service                            1047.22
10/29/04 Meals                                    26.95
10/29/04 Parking                                  10.00
10/29/04 Court Reporter Services                1615.25
10/29/04 Travel/Airfare                         2679.70
10/29/04 Travel/Hotel                            378.80
10/29/04 Travel/Meals                            122.57
10/29/04 Travel/Ground Transportation             98.00
10/29/04 Air Courier                             277.32
10/29/04 Telephone Expense                       131.74
10/29/04 US Court Docket Expense                 212.31

     TOTAL DISBURSEMENTS                                    $9,743.83

     TOTAL CURRENT FEES AND DISBURSEMENTS                   $ 643,364.33

     TOTAL BALANCE DUE                                      $ 643,364.33

NOR LD 00071

# PRYOR CASHMAN SHERMAN & FLYNN LLP
### 410 PARK AVENUE
### NEW YORK, NEW YORK 10022-4441

TELEPHONE: 212-421-4100
FAX: 212-326-0806
EMAIL: Acctng@PryorCashman.com
TIN: 13-1859294

HSBC Bank USA
MATTER #05744.00484

October 29, 2004
PAGE   56

| Name | Initial | Status | Hours | Rate | Fees |
|------|---------|--------|-------|------|------|
| E. M. Hellige | EMH | Partner | 11.65 | 596.16 | 6,945.25 |
| J. S. O'Brien | JSO | Partner | 23.10 | 520.00 | 12,012.00 |
| R. Levy | RL | Partner | 17.80 | 550.00 | 9,790.00 |
| R. T. Sarubbi | RTS | Associate | 14.25 | 352.37 | 5,021.25 |
| A.H. Shapiro | AS | Associate | 6.00 | 415.00 | 2,490.00 |
| L.D. Weitzen | LDW | Associate | 12.60 | 350.00 | 4,410.00 |
| D.R. Swarthout | DRS | Associate | 32.90 | 341.05 | 11,220.50 |
| C. S. Potamianos | CSP | Associate | 1070.60 | 375.19 | 401,678.50 |
| E.M. Fox | EMF | Partner | 2.30 | 571.74 | 1,315.00 |
| I Fajardo | IF | Paralegal | 49.00 | 130.00 | 6,370.00 |
| D. Albaugh | DA | Associate | 16.80 | 361.55 | 6,074.00 |
| T. N. Moss | TNM | Partner | 324.80 | 511.99 | 166,294.00 |
| | | | 1581.80 | | 633,620.50 |

NOR LD 00072