

Smith
Katzenstein
Furlow LLP

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

March 2, 2007

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Joelle E. Polesky
Roger D. Anderson
Robert K. Beste
Etta R. Wolfe

**VIA EFILING AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 North King Street
Wilmington, DE  19801

RE:  *Law Debenture Trust Company of New York, Appellant,*
*v. Northwestern Corporation, Appellee*
**Civil Action No. 05-603-JJF**

Dear Judge Farnan:

We represent Law Debenture Trust Company of New York ("Law Debenture"). Under the current briefing schedule in this appeal, Law Debenture's reply brief is due today. Due to scheduling issues, Law Debenture requested a two week extension, to which Northwestern Corporation agreed. Accordingly, enclosed for Your Honor's consideration is a stipulation amending the briefing schedule. It the stipulation meets with Your Honor's satisfaction, Law Debenture requests that it be approved.

Respectfully,

Kathleen M. Miller (ID 2898)

KMM/tlc

cc:  Victoria Watson Counihan, Esquire (via efiling)