## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **16th** day of **March, 2007**, a copy of the foregoing *Reply Brief of Appellant Law Debenture Trust Company of New York, as Indenture Trustee* was served on the following in the manner indicated:

| **HAND DELIVERY** | **REGULAR U.S. MAIL** |
|---|---|
| Victoria Counihan, Esquire<br>Greenberg Traurig, LLP<br>Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801 | Jesse H. Austin, III<br>Karol K. Denniston<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, Suite 2400<br>Atlanta, GA 30308 |

/s/ Etta R. Wolfe
Etta R. Wolfe (DE Id. No. 4164)

04183|COS|10023592.WPD