IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| NORTHWESTERN CORPORATION, | : |
| | : |
| Reorganized Debtor. | : Case No. 03-12872 (KJC) |
| | : |
| LAW DEBENTURE TRUST COMPANY, | : |
| OF NEW YORK, | : |
| | : |
| Appellant, | : |
| | : |
| v. | : Civil Action No. 05-603-JJF |
| | : |
| NORTHWESTERN CORPORATION, | : |
| | : |
| Appellee. | : |

### FINAL ORDER

At Wilmington, this **2nd** day of April 2007, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the July 5, 2006 Order of the Bankruptcy Court granting in part and denying in part Appellant's Request For Payment Of Administrative Expenses Pursuant To 11 U.S.C. § 503 is **AFFIRMED**.

*[signature: Joseph J. Farnan Jr.]*
UNITED STATES DISTRICT JUDGE